Spencer C. Skeen CA Bar No. 182216
spencer.skeen@ogletreedeakins.com
Tim L. Johnson CA Bar No. 265794
tim.johnson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:   858.652.3100
Facsimile:    858.652.3101

Attorneys for Defendant

BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal CA Bar No. 068687
Kyle R. Nordrehaug CA Bar No. 205975
Aparajit Bhowmik CA Bar No. 248066
Piya Mukherjee CA Bar No. 274217
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Website: www.bamlawca.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY HENRY, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CENTRAL FREIGHT LINES, INC., a Corporation, and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-00280-JAM-EFB<br><br>**STIPULATION AND REQUEST TO REMOVE UNREDACTED DOCUMENT (DKT. NO. 1-9) AND TO RE-FILE IT WITH REDACTION; ORDER**<br><br>Action Filed: October 20, 2015<br>Removed: February 23, 2016 |

## RECITALS

1. On October 20, 2015, Plaintiff Rickey Henry ("Plaintiff") filed this action in the Superior Court of the State of California for the County of Sacramento.

2. On February 11, 2016, Defendant Central Freight Lines, Inc. ("Defendant") removed this matter to this Court under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2). (Dkt. No. 1.)

3. On February 23, 2016, Plaintiff filed a Motion to Remand to State Court for Lack of Subject Matter Jurisdiction and a Motion to Redact Plaintiff's Personal Information from the Record. (Dkt. No. 7.)

4. After reviewing Plaintiff's Motion to Redact Plaintiff's Personal Information from the Record, Defendant's counsel's realized they had submitted an unredacted copy of Plaintiff's Independent Contractor Agreement by mistake. (Dkt. No. 1-9.)

5. On February 24, 2016, Defendant's counsel asked Plaintiff's counsel to enter into this Stipulation and Request to Remove Unredacted Document (Dkt. No. 1-9) and to Re-File It With Redaction.

/ / /

# **STIPULATION**

NOW, THEREFORE, Plaintiff and Defendant stipulate and request that this Court strike an unredacted document containing Plaintiff's personal information that should have been redacted pursuant to Rule 5.2 (Dkt. No. 1-9) and allow Defendant to re-file a redacted version of the document.

DATED: February 24, 2016    BLUMENTHAL, NORDREHAUG & BHOWMIK

By: /s/ *Aparajit Bhowmik*
Aparajit Bhowmik
Piya Mukherjee
Attorneys for Plaintiff

DATED: February 24, 2016    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Tim L. Johnson*
Spencer C. Skeen
Tim L. Johnson
Attorneys for Defendant

# **ORDER**

Good cause appearing, the Court hereby approves the Stipulation and Request to Remove Unredacted Document (Dkt. No. 1-9) and to Re-File It With Redaction and orders:

1. The Clerk's Office is directed to remove the unredacted document (Dkt. No. 1-9); and

2. Defendant is directed to refile a redacted version of the document.

**IT IS SO ORDERED.**

DATED: 2/25/2016    /s/ John A. Mendez
JOHN A MENDEZ
UNITED STATES DISTRICT COURT JUDGE

23968155.1