Spencer C. Skeen CA Bar No. 182216
spencer.skeen@ogletreedeakins.com
Tim L. Johnson CA Bar No. 265794
tim.johnson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:   858.652.3100
Facsimile:    858.652.3101

Attorneys for Defendant

BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal CA Bar No. 068687
Kyle R. Nordrehaug CA Bar No. 205975
Aparajit Bhowmik CA Bar No. 248066
Piya Mukherjee CA Bar No. 274217
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Website: www.bamlawca.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY HENRY, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL FREIGHT LINES, INC., a Corporation, and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:16-cv-00280-JAM-EFB<br><br>**STIPULATION AND REQUEST TO STAY ALL PROCEEDINGS UNTIL MEDIATION AND CONTINUE THE DEADLINE TO FILE THE JOINT 26(F) REPORT**<br><br>Action Filed: October 20, 2015<br>Removed: February 23, 2016 |

## RECITALS

1. On October 20, 2015, Plaintiff filed this action in the Superior Court of the State of California for the County of Sacramento.

2. On February 11, 2016, Defendant removed this matter to this Court under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2). (Dkt. No. 1.)

3. After removal, the Parties met and conferred pursuant to Rule 26(f). As a result of that conference, the Parties decided to attend early mediation. The Parties scheduled mediation with the Hon. Herbert B. Hoffman (Ret.) on June 15, 2016.

4. On April 12, 2016, the Parties filed Joint Status Report (Dkt. No. 14.)

## STIPULATION

NOW, THEREFORE, the Parties stipulate and request that this Court stay all proceedings in this action until at least June 15, 2016, pending the outcome of mediation. The Parties further stipulate and request that this Court continue the deadline to file the Joint 26(f) Report until July 8, 2016.

DATED: April 20, 2016                BLUMENTHAL, NORDREHAUG & BHOWMIK

                                     By: /s/ *Aparajit Bhowmik*
                                         Aparajit Bhowmik
                                         Piya Mukherjee
                                         Attorneys for Plaintiff

DATED: April 20, 2016                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                     By: /s/ *Spencer C. Skeen*
                                         Spencer C. Skeen
                                         Tim L. Johnson
                                         Attorneys for Defendant

[*Proposed order on next page*]

# **ORDER**

Good cause appearing, the Court hereby approves the Stipulation and Request to Stay All Proceedings Until Mediation and to Continue the Deadline to File the Joint 26(f) Report and orders:

1. All proceedings are stayed in this action until at least June 15, 2016, pending the outcome of mediation; and

2. The Parties' new deadline to file the Joint 26(f) Report is July 8, 2016.

**IT IS SO ORDERED.**

DATED: 4/21/2016          /s/ John A. Mendez
                          JOHN A MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE

## SIGNATURE CERTIFICATION

I certify that the content of this document is acceptable to Aparajit Bhowmik counsel for Plaintiff and that I have obtained his authorization to affix his electronic signature to this document.

DATED:  April 20, 2016              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                    By: /s/ *Spencer C. Skeen*
                                        Spencer C. Skeen
                                        Tim L. Johnson
                                        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on April 20, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on April 20, 2016.

By: */s/ Spencer C. Skeen*
     Timothy L. Johnson

24586030.1