BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
Norman B. Blumenthal (Bar No. 068687)
Kyle R. Nordrehaug (Bar No. 205975)
Aparajit Bhowmik (Bar No. 248066)
Piya Mukherjee (Bar No. 274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232
norm@bamlawca.com

Attorneys for Plaintiff

Spencer C. Skeen CA Bar No. 182216
spencer.skeen@ogletreedeakins.com
Tim L. Johnson CA Bar No. 265794
tim.johnson@ogletreedeakins.com
Jesse C. Ferrantella CA Bar No. 279131
jesse.ferrantella@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA 92122
Telephone: 858.652.3100
Facsimile: 858.652.3101

Attorneys for Defendant

**FILED**

**MAY 02 2018**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY HENRY, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL FREIGHT LINES, INC., a Corporation, and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:16-cv-00280-JAM-EFB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING ADMINISTRATION OF *BELAIRE-WEST* NOTICE TO PUTATIVE CLASS MEMBERS**<br><br>Action Filed: October 20, 2015<br>Removed: February 23, 2016 |

STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATION OF *BELAIRE-WEST* NOTICE TO PUTATIVE CLASS MEMBERS

Plaintiff Rickey Henry ("Plaintiff") and Defendant Central Freight Lines, Inc. ("Defendant") (collectively the "Parties") hereby stipulate by and through their respective attorneys of record as follows:

WHEREAS, the Parties have met and conferred and have agreed upon a version of a *Belaire-West* notice to be mailed to the putative class members, a copy of which is attached hereto as Exhibit 1;

WHEREAS, the agreed-upon draft *Belaire-West* notice has been provided to the third-party administrator, ILYM Group, Inc ("ILYM"), for formatting and preparation for mailing;

WHEREAS, Defendant shall provide to ILYM the last known contact information of all putative class members within 7 business days of the Court's entry of the order regarding this Stipulation. The Parties agree that any information pertaining to putative class members shall be confidential and provided only to ILYM upon ILYM's agreement to abide by the terms of the Stipulated Protective Order entered by the Court in this action. ILYM shall execute the Acknowledgement and Agreement to Be Bound (which is attached as Exhibit A to the Stipulated Protective Order) prior to any disclosure of putative class member to ILYM. ILYM shall maintain putative class information as private and confidential pursuant to the Stipulated Protective Order, and shall not disclose any such information to Plaintiff or his counsel except as expressly authorized in this Stipulation, and only after the close of the opt-out period as further set forth below;

WHEREAS, the mailing of the notices by ILYM to the putative class members will take place no later than one week after receipt of the putative class list from Defendant;

WHEREAS, the putative class members shall have thirty (30) days from the date of mailing to opt-out from having their contact information and time records produced to Plaintiff. Any putative class member who, within the 30-day opt-out period, opts out of the disclosure by returning the opt-out form or by otherwise indicating in writing to ILYM that the putative class member wishes to have his/her information maintained as private <u>shall not have his/her contact or other information disclosed</u>;

WHEREAS, no later than ten (10) days after the close of the opt-out period, ILYM shall provide to counsel for Defendant a list containing each putative class member who submitted an opt-out requests;

WHEREAS, within ten (10) days after the close of the opt-out period, ILYM shall produce to counsel for the parties a list containing the name, address, and telephone number of each putative class

1
STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATION OF *BELAIRE-WEST* NOTICE
TO PUTATIVE CLASS MEMBERS

members who did not opt-out of the disclosure;

WHEREAS, Plaintiff agrees to bear the costs associated with the mailing of the notice to the putative class members;

WHEREAS, the Parties agree that this Stipulation may be executed in counterparts.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: April 30, 2018

BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP

By: /s/ *Aparajit Bhowmik*
Norman B. Blumenthal
Kyle R. Nordrehaug
Aparajit Bhowmik
Jeffrey S. Herman
Attorneys for Plaintiff

DATED: April 30, 2018

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Tim L. Johnson*
Spencer C. Skeen
Tim L. Johnson
Jesse C. Ferrantella
Attorneys for Defendant
CENTRAL FREIGHT LINES, INC.

**IT IS SO ORDERED.**

Dated: MAy 1, 2018    By: _____
The Hon. John A. Mendez
JUDGE OF THE EASTERN DISTRICT

# EXHIBIT 1

[ILYM Group, Inc. Letterhead]

[Date of Mailing]

## NOTICE TO CURRENT AND FORMER EMPLOYEES OF CENTRAL FREIGHT LINES, INC. REGARDING DISCLOSURE OF PERSONAL INFORMATION

[Putative Class Member Name]
[Address]
[City, ST Zip]
[Phone Number]

Dear [Name]:

Plaintiff Rickey Henry ("Plaintiff"), a former owner-operator for Central Freight Lines, Inc. ("CFL"), filed a class action lawsuit (*Rickey Henry v. Central Freight Lines, Inc.*, 2:16-cv-00280-JAM-EFB) in the United States District Court for the Eastern District of California against CFL. Henry alleges that CFL: 1) violated California's Unfair Competition law; 2) failed to pay minimum wages; 3) failed to provide accurate itemized statements; 4) failed to pay wages when due; 5) failed to reimburse for expenses; 6) made illegal deductions from wages; and 7) violated California's Private Attorneys General Act. The lawsuit seeks unpaid wages, penalties and interest. Henry seeks to bring these claims on behalf of all on behalf of truck drivers who performed trucking services for as independent contractors in California between October 20, 2011 and the present ("Putative Class Members").

CFL denies all allegations and contends it complied with California wage and hour laws. CFL also denies that Plaintiffs' claims are appropriate for resolution on a class-wide basis. The Court has yet to decide whether Plaintiffs' claims have merit and whether the lawsuit should proceed as a class action.

**This correspondence is being sent to you pursuant to an agreement reached between the Plaintiff and CFL. The Court does not endorse any of the statements contained in this Notice. The Court has not rendered any opinion as to the merits of this case.**

CFL's records reflect that you have provided trucking services for CFL as an owner-operator in California at some time since October 20, 2011. Henry's attorneys have requested that CFL provide your address, and telephone number so they may contact you to obtain your input as to whether the Plaintiff's allegations are accurate.

CFL wants you have an opportunity to protect your privacy. Therefore, this notice is being sent to you by a neutral, third-party administrator to give you an opportunity, if you choose, to object to the release of your personal contact information to Plaintiffs' attorneys. **You may elect not to provide your contact, time and/or payroll information to Plaintiff's attorneys on the grounds of privacy.**

**THEREFORE, if you do not want your contact information to be provided to the Plaintiff's attorneys, you must sign and return the enclosed (postage pre-paid) postcard to** *Central Freight Lines Class Action*, **c/o ILYM Group, Inc., 14771 Plaza Drive, Unit L, Tustin, California 92780, on or before [One (1) Month from Mailing]. Alternatively, you may send an email to ILYM Group, Inc., the third-party administrator, at [email address] objecting to the disclosure of your personal contact information (please include** *Henry v. Central Freight Lines, Inc.* **in the subject line of the email). If you choose to respond by email, you must send the email by no later than [One (1) Month from Mailing].**

If you do not sign and return the enclosed Response Card, or send an email to the above address, on or before [One (1) Month from Mailing], your contact information will be provided to Plaintiff's attorneys. If you have misplaced the enclosed Response Card, you may contact ILYM Group, Inc. at *Henry v. Central Freight Lines, Inc.*, c/o [TPA Contact Info] for a replacement card.

Please understand that you are under no obligation to provide information to or discuss this matter with anyone representing Henry or CFL. Your choice about whether to return the Response Card will not affect your right to participate in the lawsuit in the future in the event it is later certified as a class action and will not impact your business relationship with CFL. You will experience no retaliation regardless of whether you choose to return the Response Card or discuss the lawsuit with any attorneys.

**THIS IS NOT A COMMUNICATION FROM THE COURT AND IS NOT AN EXPRESSION OF ANY OPINION BY THE COURT AS TO THE MERITS OF THE CLAIMS OR DEFENSES BY EITHER SIDE IN THIS LITIGATION. PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

ILYM Group, Inc. has been retained by the parties as a neutral third-party to provide this Notice to you. If you have any questions regarding this Notice you may contact them at: *Central Freight Lines Class Action, c/o ILYM Group, Inc.*, 14771 Plaza Drive, Unit L, Tustin, California 92780. You also have the right to contact Plaintiff's attorneys or CFL's attorneys with any questions.

The attorneys representing Plaintiff are:

BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
Nicholas De Blouw
deblouw@bamlawlj.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 952-0354
Facsimile: (858) 551-1232

The attorneys representing the CFL are:

Spencer C. Skeen
Tim Johnson
Jesse C. Ferrantella
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA 92122
Phone: (858) 652-3100
Spencer.Skeen@ogletree.com
Tim.Johnson@ogletree.com
Jesse.Ferrantella@ogletree.com

**OBJECTION TO RELEASE OF CONTACT INFORMATION**
*Peterson v. Central Freight Lines, Inc.*
c/o [TPA Info]

**This postcard must be postmarked no later than [30 days after mailing]**

I **DO NOT WANT** to disclose my name, home address, and personal telephone number to the attorneys representing Plaintiffs Alfonso Peterson and Manuel Ortega in the lawsuit against Central Freight Lines, Inc.

**[PLEASE PRINT CLEARLY]**

Print Full Name: _____

Signature: _____    Date: _____

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Tim L. Johnson, counsel for Defendant, and that I have obtained Tim L. Johnson's authorization to affix his electronic signature to this document.

DATED: April 30, 2018         BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP

By: */s/ Victoria B. Rivapalacio*
     VICTORIA B. RIVAPALACIO
     Attorney for Plaintiff