UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY HENRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL FREIGHT LINES, INC.,<br><br>　　　　　Defendant. | No. 2:16-cv-0280-JAM-EFB<br><br><br>ORDER AFTER HEARING |

The case was before the court on August 8, 2018, for hearing on plaintiff's motion to compel defendant to provide further responses to requests for production of documents. ECF No. 55. Attorney Jeffrey Herman appeared on behalf of the plaintiff and attorney Timothy Johnson appeared on behalf of defendant.

For the reasons stated on the record, it is hereby ORDERED that plaintiff's motion to compel (ECF No. 55) is granted as follows:

1. By September 7, 2018, defendant shall produce:

　　a. the start and end dates of all putative class members who did not opt out of the *Belaire-West* process by September 7, 2018;

　　b. information regarding central dispatch that corresponded with plaintiff and the putative class members;

　　c. all Independent Contractor Agreements for all putative class members; and

1

        d. a copy of each orientation document that was provided to putative class members at their orientations.[1] Defendant need not produce these materials for each class member. Instead, it may produce exemplar documents so long as a copy of each orientation document that was provided to putative class members is produced. Defendant shall also provide a verified statement confirming that it has conducted a diligent search and that a copy of all orientation material provided to putative class members during the class period has been produced.

      2. By no later than September 14, 2018, defendant shall produce, in searchable electronic format, the tracking data, compensation data, deduction data, and mileage data contained in the Settlement Statements for all putative class members. Defendant need not produce copies of all Settlement Statements for each putative class members so long as the information from all the putative class members' Settlement Statements is provided in searchable electronic format.

DATED: August 30, 2018.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The term "orientation materials" refers to documents putative class members received prior to engaging in services with defendant.