FILED

SEP 25 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY HENRY, an individual, on behalf of himself, on behalf of all person similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL FREIGHT LINES, INC., a corporation; and DOES 1 through 50, inclusive<br><br>Defendant. | Case No. 2:16-CV-00280-JAM-EFB<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE BRIEFING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

16cv0280.Stip to Cont MSJ Briefing

By stipulation and agreement of Plaintiff and Defendant, and for good cause shown, the Court sets the following briefing schedule for Defendant's motion for summary judgment:

1. Defendant's motion for summary judgment shall be filed on or before October 29, 2018.

2. Plaintiff shall file his opposition, and any related cross-motion pursuant to L.R. 230(e), on or before December 3, 2018.

3. ~~Defendant shall file its reply brief in support of its motion for summary judgment on or before December 20, 2018.~~

3. Defendant shall file its opposition to Plaintiff's anticipated cross-motion *and reply brief in support of its motion* for summary judgment on or before January 7, 2018.

4. Plaintiff shall file its reply brief in support of its anticipated cross-motion for summary judgment on or before January 24, 2018.

6. The hearing for Defendant's motion for summary judgment and Plaintiff's anticipated cross-motion for summary judgment shall be ~~noticed for February 5, 2019 at 1:30 p.m.~~ *set by the Court after all briefs have been filed.*

**IT IS SO ORDERED.**

DATED: September 27, 2018

Honorable John A. Mendez
United States District Court Judge

35743310.1

16cv0280.Stip to Cont MSJ Briefing

1    Case No. 2:16-CV-00280-JAM-EFB
[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE BRIEFING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT