# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY HENRY, an individual, on behalf of himself, on behalf of all person similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>CENTRAL FREIGHT LINES, INC., a corporation; and DOES 1 through 50, inclusive<br><br>        Defendant. | Case No. 2:16-CV-00280-JAM-EFB<br><br>**ORDER GRANTING STIPULATION TO WITHDRAW PLAINTIFF'S MOTION FOR CLASS CERTIFICATION WITHOUT PREJUDICE PENDING THE COURT'S RULINGS ON DEFENDANT'S MOTION TO STAY AND PLAINTIFF'S MOTION FOR RECONSIDERATION** |

16cv280.o.102219.docx

By stipulation and agreement of Plaintiff and Defendant, and for good cause shown, the Court hereby orders that Plaintiff's Motion for Class Certification (ECF No. 88) is withdrawn without prejudice to Plaintiff refiling the motion, either with the same content or modified content, at a later date, following the Court's rulings on the Motion to Stay (ECF No. 91) and the Motion for Reconsideration (ECF No. 96).

**IT IS SO ORDERED.**

Dated: 10/21/2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge