UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY HENRY, an individual, on behalf of himself, on behalf of all person similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL FREIGHT LINES, INC., a corporation; and DOES 1 through 50, inclusive<br><br>Defendant. | Case No. 2:16-CV-00280- JAM-JDP<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING AND BRIEFING DATES FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

**ORDER**

The Court, having read and reviewed the parties' Joint Stipulation to Continue Hearing and Briefing Dates on Plaintiff's Motion for Class Certification, and good cause appearing, hereby ORDERS as follows:

1. The hearing on Plaintiff's Motion for Class Certification is hereby continued to December 7, 2021 at 1:30 p.m.;

2. Defendant is hereby ordered to file its Opposition to the Motion by or before November 3, 2021; and

3. Plaintiff is hereby ordered to file his Reply to Defendant's Opposition to the Motion by or before November 17, 2021.

IT IS SO ORDERED.

DATED: October 1, 2021                /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE