# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY HENRY, an individual, on behalf of himself, on behalf of all person similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL FREIGHT LINES, INC., a corporation; and DOES 1 through 50, inclusive<br><br>　　　　　　Defendant. | Case No. 2:16-CV-00280- JAM-JDP<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO EXCEED STATED PAGE LIMITATIONS ON BRIEFING FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE HIS REPLY** |

## ORDER

The Court, having read and reviewed the parties' Joint Stipulation and Request to Exceed Stated Page Limitations on Briefing for Plaintiff's Motion for Class Certification ("Motion") and (2) to continue the date for Plaintiff to file its Reply to Defendant's Opposition to the Motion for Class Certification to facilitate the depositions of the Declarants Defendant will present in support of its Opposition , and good cause appearing, hereby GRANTS the Parties' request as follows:

1. Defendant shall have 20 pages to oppose Plaintiff's Motion. Plaintiff shall have 10 pages for its reply in support of the Motion;

2. Defendant shall produce its Declarants cited to in support of its Opposition for deposition that agree to be represented by Defendant's counsel no later than November 19, 2021, and if Defendant is unable to represent a declarant and said Declarant need to be subpoenaed, Defendant shall provide Plaintiff's counsel last known contact information for those individuals and shall stipulate to continuing Plaintiff's date to file a Reply to the Opposition to Motion for Class Certification should the Declarant require the issuance of a subpoena in order to appear at deposition; and

3. Plaintiff's Reply to the Opposition shall be continued from November 17, 2021 to December 3, 2021

4. The Hearing on Plaintiff's Motion for Class Certification will be held on December 14, 2021.

IT IS SO ORDERED.

DATED: November 3, 2021            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE