Spencer C. Skeen CA Bar No. 182216
spencer.skeen@ogletree.com
Tim L. Johnson CA Bar No. 265794
tim.johnson@ogletree.com
Jesse C. Ferrantella CA Bar No. 279131
jesse.ferrantella@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:    858.652.3100
Facsimile:    858.652.3101

Attorneys for Defendant CENTRAL FREIGHT LINES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY HENRY, an individual, on behalf of himself, on behalf of all person similarly situated,<br><br>         Plaintiff,<br><br>     v.<br><br>CENTRAL FREIGHT LINES, INC., a corporation; and DOES 1 through 50, inclusive<br><br>         Defendant. | Case No. 2:16-cv-00280-JAM-JDP<br><br>*(Class Action)*<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:           December 14, 2021<br>Time:          1:30 p.m.<br><br>District Judge:      John A. Mendez<br>Magistrate Judge:  Jeremy D. Peterson |

49141686_1.docx

**PLEASE TAKE NOTICE THAT** pursuant to Rule 201 of the Federal Rules of Evidence, Defendant Central Freight Lines, Inc., requests that the Court take judicial notice of the following:

1. The Ninth Circuit's June 23, 2021 Order issued in *California Trucking Association, et al. v. Bonta, et al.*, Case No. 20-55106, granting the California Trucking Association's Motion to Stay Issuance of Mandate. A true and accurate copy of this Order is attached as "**Exhibit 1.**"

2. The California Trucking Association's Motion to Stay Issuance of Mandate, filed in the Ninth Circuit in the matter of *California Trucking Association, et al. v. Bonta, et al.*, Case No. 20-55106. A true and accurate copy of this Motion is attached as "**Exhibit 2**."

3. A copy of the United States Supreme Court's docket in the matter of *California Trucking Association, et al. v. Bonta, et al.*, Case No. 21-194 (Ninth Cir. Case No. 20-55106). A true and accurate copy of the Docket (effective November 2, 2021) is attached as "**Exhibit 3**."

DATED:  November 3, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Spencer C. Skeen*
    Spencer C. Skeen
    Tim L. Johnson
    Jesse C. Ferrantella
    Attorneys for Defendant CENTRAL FREIGHT LINES, INC.

49141686_1.docx

1   Case No. 2:16-cv-00280-JAM-JDP
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 3, 2021.

By: */s/ Spencer C. Skeen*
    Spencer C. Skeen

49169607.1

49141686_1.docx

2   Case No. 2:16-cv-00280-JAM-JDP
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION