# EXHIBIT 4



π EXHIBIT 9
Deponent Henry, R
108 pages
Date 10/4/18 Rptr. DH
WWW.DEPOBOOK.COM

```
Date: 05/15/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 11:30:08               Operator Settlements                 Page:  150
----------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
---------------------------------------------                    -----------
** TRIP PAYMENTS **                                                   DUE
ORDER    DATE  ORIGIN        DES                                     OWNER
                                                                 -----------
3206117 05/08  PHOENIX       AZ FO     PPE 05/10/14                 425.70
-----------------------------------------                        -----------
                 *** TOTAL REVENUE                                  425.70

*** CHARGES ***                                                  CHARGES
CODE  DATE  DESCRIPTION                                          DEDUCTED
-----------------------------------                              -----------
60    05/10  INS-PHYS DAM/GAP         PPE 03/14/15                 112.73
61    05/10  OWNER OCC HENRR                                        31.85
62    05/10  INS-BOBTAIL                                            6.00
63    05/10  DRIVER WC HENRR                                       155.10
78    05/10  MAINTENANCE ESCROW                                     21.29
81    05/10  SURETY BOND ESCROW                                     50.00
85    05/06  FUEL HENRY,RICKEY LO                                  588.12
-----------------------------------------------------           -----------
             *** TOTAL CHARGES                                     965.09
             *** TOTAL E/C/B CHARGE BACKS
                 E/C/B=Escrow charges not included in charges deducted total
----------------------------------------------------------------------------
             *** TOTAL AMOUNT DUE OWNER                            539.39-
```

CFL000199

```
Date: 05/15/2014            Central Freight Lines,Inc.              SETT_CUR
Time: 11:30:08                 Operator Settlements               Page:  151
-------------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 05/15/2014
OWNER HENRR  RICKEY HENRY
                                        DUE OWNER
                                        ---------
Loaded Miles                                   0
Empty Miles                                  330
Lease Amt (%)                                  0
Lease Amt (Mileage)                       425.70
 Add Pay                                     .00
Gross Due Owner                           425.70
Reimbursements
 46 Auto Advance Reimbursement            539.39
 Total Reimbursements                        .00
Charges
 60 INS-PHYS DAMAGE                       112.73
 61 OWNER OCC INS                          31.85
 62 INS-BOBTAIL                             6.00
 63 DRIVER WORKER COMP                    155.10
 78 MAINTENANCE ESCROW                     21.29
 81 SURETY BOND ESCROW                     50.00
 85 FUEL PURCHASES                        588.12
Total Charges                             965.09
Unsettled Bal Fwd                         539.39
Net Amt Due Owner                            .00
Amt of Dir Deposit                           .00
```

CFL000200

```
Date: 05/21/2014              Central Freight Lines,Inc.              SETT_CUR
Time: 16:53:10                   Operator Settlements                Page:  144
--------------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
--------------------------------------------------------------------------------
** TRIP PAYMENTS **                          ---LOADED------EMPTY----    DUE
ORDER    DATE  ORIGIN           DESTINATION    MLS   RATE  MLS   RATE    OWNER
--------------------------------------------------------------------------------
9548033 05/12 FONTANA      CA SAN ANTONIO  TX  659 1.360    0   .00    896.24
9548033 05/12 FONTANA      CA SAN ANTONIO  TX  659 1.360    0   .00    896.24
9549494 05/12 FONTANA      CA SAN ANTONIO  TX    0  .000    0   .00       .00
9549494 05/12 FONTANA      CA SAN ANTONIO  TX    0  .000    0   .00       .00
3209772 05/13 SAN ANTONIO  TX HOUSTON      TX   98 1.360    0   .00    133.28
3209772 05/13 SAN ANTONIO  TX HOUSTON      TX   98 1.360    0   .00    133.28
9549494 05/13 SAN ANTONIO  TX HOUSTON      TX    0  .000    0   .00       .00
9549494 05/13 SAN ANTONIO  TX HOUSTON      TX    0  .000    0   .00       .00
9461732 05/14 HOUSTON      TX PHOENIX      AZ  591 1.360    0   .00    803.76
9461732 05/14 HOUSTON      TX PHOENIX      AZ  591 1.360    0   .00    803.76
9311093 05/15 PHOENIX      AZ HOUSTON      TX  591 1.360    0   .00    803.76
9311093 05/15 PHOENIX      AZ HOUSTON      TX  591 1.360    0   .00    803.76
3213162 05/16 OKLAHOMA CIT OK FORT WORTH   TX    0  .000  105 1.29    135.45
3213162 05/16 OKLAHOMA CIT OK FORT WORTH   TX    0  .000  105 1.29    135.45
9461559 05/16 HOUSTON      TX OKLAHOMA CIT OK  227 1.360    0   .00    308.72
9461559 05/16 HOUSTON      TX OKLAHOMA CIT OK  227 1.360    0   .00    308.72
8077661 05/17 FORT WORTH   TX DALLAS       TX    0  .000   16 1.29     20.64
8077661 05/17 FORT WORTH   TX DALLAS       TX    0  .000   16 1.29     20.64
8077679 05/17 FORT WORTH   TX DALLAS       TX    0  .000    0   .00       .00
8077679 05/17 FORT WORTH   TX DALLAS       TX    0  .000    0   .00       .00
9711599 05/17 DALLAS       TX FONTANA      CA  695 1.360    0   .00    945.20
9711599 05/17 DALLAS       TX FONTANA      CA  695 1.360    0   .00    945.20
9711946 05/17 DALLAS       TX FONTANA      CA    0  .000    0   .00       .00
9711946 05/17 DALLAS       TX FONTANA      CA    0  .000    0   .00       .00
--------------------------------------------------------------------------------
           *** TOTAL REVENUE                                        8,094.10
--------------------------------------------------------------------------------
*** CHARGES ***                                                     CHARGES
 CODE  DATE  DESCRIPTION                                            DEDUCTED
--------------------------------------------------------------------------------
 53   05/17  WASATCH LEASE PAYMENTS                                  585.00
 53   05/17  WASATCH RENT PAYMENTS                                   100.00
 53   05/17  WASATCH 2290 PAYMENTS                                    27.50
 60   05/10  INS-PHYS DAM/GAP                                        112.73
 61   05/10  OWNER OCC HENRR                                          31.85
 62   05/10  INS-BOBTAIL                                              6.00
```

CFL000201

```
Date: 05/21/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 16:53:10               Operator Settlements                 Page:  145
------------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
------------------------------------------------------------------------------
*** CHARGES ***                                                     CHARGES
 CODE  DATE   DESCRIPTION                                           DEDUCTED
------------------------------------------------------------------------------
63    05/10   DRIVER WC HENRR                                        155.10
78    05/10   MAINTENANCE ESCROW                                     404.71
81    05/10   SURETY BOND ESCROW                                      50.00
85    05/12   FUEL HENRY,RICKEY TA-TONOPAH                           595.61
85    05/12   FUEL HENRY,MARTHA PETRO FUEL #                         279.90
85    05/13   FUEL HENRY,MARTHA TA-SAN ANTON                         530.68
85    05/14   FUEL HENRY,RICKEY TA-ELOY                              668.77
85    05/15   FUEL HENRY,MARTHA LOVES #315                           631.90
85    05/17   FUEL HENRY,RICKEY TA-BIG SPRIN                         463.21
89    05/23   PREV SETTLE BALFWD                                     539.39
------------------------------------------------------------------------------
                   *** TOTAL CHARGES                               5,182.35
                   *** TOTAL E/C/B CHARGE BACKS
                       E/C/B=Escrow charges not included in charges deducted total
------------------------------------------------------------------------------
                   *** TOTAL AMOUNT DUE OWNER                      2,911.75
```

CFL000202

```
Date: 05/21/2014          Central Freight Lines,Inc.          SETT_CUR
Time: 16:53:10              Operator Settlements            Page:  146
----------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 05/21/2014
OWNER HENRR   RICKEY HENRY
                                    DUE OWNER
                                    ---------
Loaded Miles                          5,722
Empty Miles                             242
Lease Amt (%)                             0
Lease Amt (Mileage)                 8,094.10
 Add Pay                                 .00
Gross Due Owner                     8,094.10
Reimbursements
 Total Reimbursements                    .00
Charges
 53 WASATCH LEASE PAYMENTS            712.50
 60 INS-PHYS DAMAGE                   112.73
 61 OWNER OCC INS                      31.85
 62 INS-BOBTAIL                         6.00
 63 DRIVER WORKER COMP                155.10
 78 MAINTENANCE ESCROW               404.71
 81 SURETY BOND ESCROW                50.00
 85 FUEL PURCHASES                  3,170.07
 89 AUTO ADVANCE DEDUCTION            539.39
Total Charges                       5,182.35
Unsettled Bal Fwd                        .00
Net Amt Due Owner                   2,911.75
Amt of Dir Deposit                  2,911.75
```

CFL000203

```
Date: 05/29/2014          Central Freight Lines,Inc.            SETT_CUR
Time: 09:03:02               Operator Settlements              Page:  141
-----------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
-----------------------------------------------------------------------------
** TRIP PAYMENTS **                      ---LOADED------EMPTY----      DUE
ORDER   DATE ORIGIN          DESTINATION    MLS   RATE MLS  RATE     OWNER
-----------------------------------------------------------------------------
9544883 05/21 FONTANA     CA PHOENIX     AZ 165 1.350    0   .00    222.75
9544883 05/21 FONTANA     CA PHOENIX     AZ 165 1.350    0   .00    222.75
9720442 05/21 FONTANA     CA PHOENIX     AZ   0  .000    0   .00       .00
9720442 05/21 FONTANA     CA PHOENIX     AZ   0  .000    0   .00       .00
3217312 05/22 SAN ANTONIO TX HOUSTON     TX   0  .000   98 1.28    125.44
3217312 05/22 SAN ANTONIO TX HOUSTON     TX   0  .000   98 1.28    125.44
9311770 05/22 PHOENIX     AZ SAN ANTONIO TX 500 1.350    0   .00    675.00
9311770 05/22 PHOENIX     AZ SAN ANTONIO TX 500 1.350    0   .00    675.00
9466913 05/22 HOUSTON     TX CORPUS CHRIS TX 113 1.350    0   .00    152.55
9466913 05/22 HOUSTON     TX CORPUS CHRIS TX 113 1.350    0   .00    152.55
3218666 05/23 LAREDO      TX HOUSTON     TX   0  .000  163 1.28    208.64
3218666 05/23 LAREDO      TX HOUSTON     TX   0  .000  163 1.28    208.64
9300286 05/23 CORPUS CHRIS TX HOUSTON    TX 113 1.350    0   .00    152.55
9300286 05/23 CORPUS CHRIS TX HOUSTON    TX 113 1.350    0   .00    152.55
9604216 05/23 HOUSTON     TX LAREDO      TX 163 1.350    0   .00    220.05
9604216 05/23 HOUSTON     TX LAREDO      TX 163 1.350    0   .00    220.05
9606484 05/23 HOUSTON     TX LAREDO      TX   0  .000    0   .00       .00
9606484 05/23 HOUSTON     TX LAREDO      TX   0  .000    0   .00       .00
-----------------------------------------------------------------------------
            *** TOTAL REVENUE                                     3,513.96
-----------------------------------------------------------------------------
*** CHARGES ***                                                  CHARGES
CODE  DATE  DESCRIPTION                                          DEDUCTED
-----------------------------------------------------------------------------
53    05/17 WASATCH RENT PAYMENTS                                 100.00
53    05/24 WASATCH LEASE CORRECTION                                7.50
60    05/10 INS-PHYS DAM/GAP                                      112.73
61    05/10 OWNER OCC HENRR                                        31.85
62    05/10 INS-BOBTAIL                                             6.00
63    05/10 DRIVER WC HENRR                                       155.10
78    05/10 MAINTENANCE ESCROW                                    175.70
81    05/10 SURETY BOND ESCROW                                     50.00
85    05/18 FUEL HENRY,MARTHA TA-TONOPAH                          315.11
85    05/21 FUEL HENRY,RICKEY TA-TONOPAH                          627.15
85    05/22 FUEL HENRY,RICKEY PETRO FUEL #                        530.37
85    05/23 FUEL HENRY,RICKEY TA-GANADO                           216.50
```

CFL000204

```
Date: 05/29/2014              Central Freight Lines,Inc.              SETT_CUR
Time: 09:03:02                  Operator Settlements                 Page:  142
-------------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
-------------------------------------------------------------------------------
*** CHARGES ***                                                      CHARGES
CODE  DATE   DESCRIPTION                                             DEDUCTED
-------------------------------------------------------------------------------
85    05/23  FUEL HENRY,RICKEY TA-GANADO                              494.97
85    05/24  FUEL HENRY,RICKEY PETRO FUEL #                           281.29
-------------------------------------------------------------------------------
              *** TOTAL CHARGES                                     3,104.27
              *** TOTAL E/C/B CHARGE BACKS
                  E/C/B=Escrow charges not included in charges deducted total
-------------------------------------------------------------------------------
              *** TOTAL AMOUNT DUE OWNER                              409.69
```

CFL000205

```
Date: 05/29/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 09:03:02               Operator Settlements            Page:   143
-------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 05/29/2014
OWNER HENRR  RICKEY HENRY
                                     DUE OWNER
                                     ---------
Loaded Miles                             2,108
Empty Miles                                522
Lease Amt (%)                                0
Lease Amt (Mileage)                   3,513.96
 Add Pay                                    .00
Gross Due Owner                       3,513.96
Reimbursements
 Total Reimbursements                       .00
Charges
 53 WASATCH LEASE PAYMENTS             107.50
 60 INS-PHYS DAMAGE                    112.73
 61 OWNER OCC INS                       31.85
 62 INS-BOBTAIL                          6.00
 63 DRIVER WORKER COMP                 155.10
 78 MAINTENANCE ESCROW                 175.70
 81 SURETY BOND ESCROW                  50.00
 85 FUEL PURCHASES                   2,465.39
Total Charges                        3,104.27
Unsettled Bal Fwd                          .00
Net Amt Due Owner                      409.69
Amt of Dir Deposit                     409.69
```

CFL000206

```
Date: 06/05/2014            Central Freight Lines,Inc.              SETT_CUR
Time: 12:01:18                Operator Settlements                 Page:  142
--------------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
--------------------------------------------------------------------------------
** TRIP PAYMENTS **                         ---LOADED------EMPTY----    DUE
ORDER    DATE  ORIGIN         DESTINATION    MLS   RATE  MLS  RATE     OWNER
--------------------------------------------------------------------------------
9596487  05/25  HOUSTON     TX PICO RIVERA  CA 775 1.350   0  .00  1,046.25
9596487  05/25  HOUSTON     TX PICO RIVERA  CA 775 1.350   0  .00  1,046.25
9606468  05/25  HOUSTON     TX PICO RIVERA  CA   0  .000   0  .00      .00
9606468  05/25  HOUSTON     TX PICO RIVERA  CA   0  .000   0  .00      .00
6962385  05/28  PICO RIVERA CA FORT WORTH   TX 708 1.350   0  .00    955.80
6962385  05/28  PICO RIVERA CA FORT WORTH   TX 708 1.350   0  .00    955.80
6963169  05/29  PICO RIVERA CA FORT WORTH   TX   0  .000   0  .00      .00
6963169  05/29  PICO RIVERA CA FORT WORTH   TX   0  .000   0  .00      .00
6667760  05/29  PICO RIVERA CA FONTANA      CA  21 1.350   0  .00     28.35
6667760  05/29  PICO RIVERA CA FONTANA      CA  21 1.350   0  .00     28.35
8414427  05/29  FORT WORTH  TX PHOENIX      AZ 525 1.350   0  .00    708.75
8414427  05/29  FORT WORTH  TX PHOENIX      AZ 525 1.350   0  .00    708.75
9315417  05/29  PHOENIX     AZ PICO RIVERA  CA 189 1.350   0  .00    255.15
9315417  05/29  PHOENIX     AZ PICO RIVERA  CA 189 1.350   0  .00    255.15
9318858  05/29  PHOENIX     AZ PICO RIVERA  CA   0  .000   0  .00      .00
9318858  05/29  PHOENIX     AZ PICO RIVERA  CA   0  .000   0  .00      .00
9636309  05/29  PICO RIVERA CA FONTANA      CA   0  .000   0  .00      .00
9636309  05/29  PICO RIVERA CA FONTANA      CA   0  .000   0  .00      .00
9722323  05/30  FONTANA     CA ALBUQUERQUE  NM 379 1.350   0  .00    511.65
9722323  05/30  FONTANA     CA ALBUQUERQUE  NM 379 1.350   0  .00    511.65
9725078  05/30  FONTANA     CA ALBUQUERQUE  NM   0  .000   0  .00      .00
9725078  05/30  FONTANA     CA ALBUQUERQUE  NM   0  .000   0  .00      .00
6584858  05/31  ALBUQUERQUE NM FORT WORTH   TX 320 1.350   0  .00    432.00
6584858  05/31  ALBUQUERQUE NM FORT WORTH   TX 320 1.350   0  .00    432.00
9744459  05/31  FORT WORTH  TX EL PASO      TX 301 1.350   0  .00    406.35
9744459  05/31  FORT WORTH  TX EL PASO      TX 301 1.350   0  .00    406.35
--------------------------------------------------------------------------------
        *** TOTAL REVENUE                                          8,688.60
--------------------------------------------------------------------------------
*** CHARGES ***                                                    CHARGES
CODE   DATE   DESCRIPTION                                          DEDUCTED
--------------------------------------------------------------------------------
53     05/17  WASATCH RENT PAYMENTS                                 100.00
53     05/31  WASATCH LEASE PAYMENTS                                620.00
59     05/31  DOT REQ LAB FEE HENRY,RICKEY                           20.00
59     05/31  DOT REQ LAB FEE HENRY,MARTHA                           20.00
```

CFL000207

```
Date: 06/05/2014          Central Freight Lines, Inc.           SETT_CUR
Time: 12:01:18               Operator Settlements               Page:  143
--------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
--------------------------------------------------------------------------
*** CHARGES ***                                          CHARGES
CODE  DATE   DESCRIPTION                                 DEDUCTED
--------------------------------------------------------------------------
60    05/10  INS-PHYS DAM/GAP                             112.73
61    05/10  OWNER OCC HENRR                               31.85
62    05/10  INS-BOBTAIL                                    6.00
63    05/10  DRIVER WC HENRR                              155.10
78    05/10  MAINTENANCE ESCROW                           434.43
81    05/10  SURETY BOND ESCROW                            50.00
85    05/25  FUEL HENRY,MARTHA TA-TONOPAH                 366.31
85    05/27  FUEL HENRY,RICKEY TA-TONOPAH                 584.44
85    05/28  FUEL HENRY,RICKEY PETRO FUEL #               607.13
85    05/28  FUEL HENRY,MARTHA PETRO FUEL #               250.04
85    05/29  FUEL HENRY,RICKEY TA-TONOPAH                 244.57
85    05/30  FUEL HENRY,MARTHA TA-GALLUP                  384.99
85    05/31  FUEL HENRY,RICKEY TA-AMARILLO                144.78
85    05/31  FUEL HENRY,RICKEY PETRO FUEL #               321.54
--------------------------------------------------------------------------
                *** TOTAL CHARGES                       4,453.91
                *** TOTAL E/C/B CHARGE BACKS
                    E/C/B=Escrow charges not included in charges deducted total
--------------------------------------------------------------------------
                *** TOTAL AMOUNT DUE OWNER              4,234.69
```

CFL000208

```
Date: 06/05/2014          Central Freight Lines,Inc.            SETT_CUR
Time: 12:01:18               Operator Settlements           Page:  144
-----------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 06/05/2014
OWNER HENRR   RICKEY HENRY
                                    DUE OWNER
                                    ---------
Loaded Miles                           6,436
Empty Miles                                0
Lease Amt (%)                              0
Lease Amt (Mileage)                 '8,688.60
  Add Pay                                 .00
Gross Due Owner                      8,688.60
Reimbursements
  Total Reimbursements                   .00
Charges
  53  WASATCH LEASE PAYMENTS           720.00
  59  DOT REQUIREMENTS                  40.00
  60  INS-PHYS DAMAGE                  112.73
  61  OWNER OCC INS                     31.85
  62  INS-BOBTAIL                        6.00
  63  DRIVER WORKER COMP               155.10
  78  MAINTENANCE ESCROW               434.43
  81  SURETY BOND ESCROW                50.00
  85  FUEL PURCHASES                 2,903.80
Total Charges                        4,453.91
Unsettled Bal Fwd                         .00
Net Amt Due Owner                    4,234.69
Amt of Dir Deposit                   4,234.69
```

CFL000209

```
Date: 06/12/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 10:01:23              Operator Settlements                  Page:  150
--------------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
--------------------------------------------------------------------------------
** TRIP PAYMENTS **                       ---LOADED------EMPTY----    DUE
ORDER   DATE  ORIGIN         DESTINATION   MLS  RATE  MLS  RATE      OWNER
--------------------------------------------------------------------------------
7363039 06/01 EL PASO     TX FONTANA    CA 385 1.350    0  .00     519.75
7363039 06/01 EL PASO     TX FONTANA    CA 385 1.350    0  .00     519.75
3226602 06/05 DENVER      CO CHICAGO    IL   0 .000   497 1.28     636.16
3226602 06/05 DENVER      CO CHICAGO    IL   0 .000   497 1.28     636.16
9727082 06/05 FONTANA     CA DENVER     CO 494 1.350    0  .00     666.90
9727082 06/05 FONTANA     CA DENVER     CO 494 1.350    0  .00     666.90
--------------------------------------------------------------------------------
          *** TOTAL REVENUE                                      3,645.62
--------------------------------------------------------------------------------
*** CHARGES ***                                                  CHARGES
CODE  DATE  DESCRIPTION                                          DEDUCTED
--------------------------------------------------------------------------------
53   05/17  WASATCH RENT PAYMENTS                                 100.00
60   05/10  INS-PHYS DAM/GAP                                      112.73
61   05/10  OWNER OCC HENRR                                        31.85
62   05/10  INS-BOBTAIL                                             6.00
63   05/10  DRIVER WC HENRR                                       155.10
78   05/10  MAINTENANCE ESCROW                                    182.28
81   05/10  SURETY BOND ESCROW                                     50.00
85   06/01  FUEL HENRY,MARTHA PETRO: 2 #50                        416.90
85   06/03  FUEL HENRY,RICKEY TA-ONTARIO W                         90.93
85   06/04  FUEL HENRY,RICKEY PETRO FUEL #                        417.54
85   06/05  FUEL HENRY,RICKEY TA-DENVER EA                        439.44
85   06/05  FUEL HENRY,RICKEY LOVES #309                           29.00
85   06/06  FUEL HENRY,RICKEY TA-WALCOTT -                        544.09
85   06/07  FUEL HENRY,RICKEY PETRO FUEL #                        462.31
85   06/07  FUEL HENRY,MARTHA TA-MILL CITY                        271.64
--------------------------------------------------------------------------------
          *** TOTAL CHARGES                                     3,309.81
          *** TOTAL E/C/B CHARGE BACKS
              E/C/B=Escrow charges not included in charges deducted total
--------------------------------------------------------------------------------
          *** TOTAL AMOUNT DUE OWNER                              335.81
```

CFL000210

```
Date: 06/12/2014            Central Freight Lines,Inc.              SETT_CUR
Time: 10:01:23                Operator Settlements                 Page:  151
------------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 06/12/2014
OWNER HENRR  RICKEY HENRY
                                        DUE OWNER
                                        ---------
Loaded Miles                                1,758
Empty Miles                                   994
Lease Amt (%)                                   0
Lease Amt (Mileage)                      3,645.62
 Add Pay                                      .00
Gross Due Owner                          3,645.62
Reimbursements
 Total Reimbursements                        .00
Charges
 53 WASATCH LEASE PAYMENTS                 100.00
 60 INS-PHYS DAMAGE                        112.73
 61 OWNER OCC INS                           31.85
 62 INS-BOBTAIL                             6.00
 63 DRIVER WORKER COMP                     155.10
 78 MAINTENANCE ESCROW                     182.28
 81 SURETY BOND ESCROW                      50.00
 85 FUEL PURCHASES                       2,671.85
Total Charges                            3,309.81
Unsettled Bal Fwd                            .00
Net Amt Due Owner                          335.81
Amt of Dir Deposit                         335.81
```

CFL000211

```
Date: 06/19/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 10:55:44               Operator Settlements                Page:  146
-----------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
-----------------------------------------------------------------------------
** TRIP PAYMENTS **                     ---LOADED------EMPTY----      DUE
ORDER   DATE  ORIGIN      DESTINATION    MLS   RATE MLS  RATE       OWNER
-----------------------------------------------------------------------------
9230335 06/08  RENO       NV FONTANA    CA  253 1.350    0  .00     341.55
9230335 06/08  RENO       NV FONTANA    CA  253 1.350    0  .00     341.55
9230343 06/08  RENO       NV FONTANA    CA    0  .000    0  .00        .00
9230343 06/08  RENO       NV FONTANA    CA    0  .000    0  .00        .00
9417247 06/08  CHICAGO    IL SACRAMENTO CA1,019 1.350    0  .00   1,375.65
9417247 06/08  CHICAGO    IL SACRAMENTO CA1,019 1.350    0  .00   1,375.65
9417296 06/08  CHICAGO    IL SACRAMENTO CA    0  .000    0  .00        .00
9417296 06/08  CHICAGO    IL SACRAMENTO CA    0  .000    0  .00        .00
9560277 06/08  SACRAMENTO CA RENO       NV   64 1.350    0  .00      86.40
9560277 06/08  SACRAMENTO CA RENO       NV   64 1.350    0  .00      86.40
9560376 06/08  SACRAMENTO CA RENO       NV    0  .000    0  .00        .00
9560376 06/08  SACRAMENTO CA RENO       NV    0  .000    0  .00        .00
9729237 06/11  FONTANA    CA PICO RIVERA CA  21 1.350    0  .00      28.35
9729237 06/11  FONTANA    CA PICO RIVERA CA  21 1.350    0  .00      28.35
9122680 06/13  FORT WORTH TX AUSTIN     TX   94 1.350    0  .00     126.90
9122680 06/13  FORT WORTH TX AUSTIN     TX   94 1.350    0  .00     126.90
9639444 06/13  PICO RIVERA CA FORT WORTH TX 708 1.350    0  .00     955.80
9639444 06/13  PICO RIVERA CA FORT WORTH TX 708 1.350    0  .00     955.80
3233954 06/14  AUSTIN     TX FORT WORTH TX    0  .000   94 1.28     120.32
3233954 06/14  AUSTIN     TX FORT WORTH TX    0  .000   94 1.28     120.32
8060337 06/14  SAN DIEGO  CA FONTANA    CA   60 1.350    0  .00      81.00
8060337 06/14  SAN DIEGO  CA FONTANA    CA   60 1.350    0  .00      81.00
9122821 06/14  FORT WORTH TX SAN DIEGO  CA  668 1.350    0  .00     901.80
9122821 06/14  FORT WORTH TX SAN DIEGO  CA  668 1.350    0  .00     901.80
9747346 06/14  FORT WORTH TX SAN DIEGO  CA    0  .000    0  .00        .00
9747346 06/14  FORT WORTH TX SAN DIEGO  CA    0  .000    0  .00        .00
-----------------------------------------------------------------------------
           *** TOTAL REVENUE                               8,035.54
-----------------------------------------------------------------------------
*** CHARGES ***                                            CHARGES
CODE  DATE  DESCRIPTION                                     DEDUCTED
-----------------------------------------------------------------------------
53    05/17  WASATCH RENT PAYMENTS                           100.00
53    06/14  WASATCH LEASE PAYMENTS                          620.00
60    05/10  INS-PHYS DAM/GAP                                112.73
61    05/10  OWNER OCC HENRR                                  31.85
```

CFL000212

```
Date: 06/19/2014          Central Freight Lines, Inc.          SETT_CUR
Time: 10:55:44              Operator Settlements              Page:  147
----------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
----------------------------------------------------------------------------
*** CHARGES ***                                               CHARGES
CODE  DATE   DESCRIPTION                                      DEDUCTED
----------------------------------------------------------------------------
62    05/10  INS-BOBTAIL                                          6.00
63    05/10  DRIVER WC HENRR                                    155.10
78    05/10  MAINTENANCE ESCROW                                 401.78
81    05/10  SURETY BOND ESCROW                                  50.00
85    06/08  FUEL HENRY,RICKEY TA-SPARKS                        186.61
85    06/08  FUEL HENRY,RICKEY TA-ONTARIO W                     255.08
85    06/12  FUEL HENRY,RICKEY TA-TONOPAH                       410.15
85    06/13  FUEL HENRY,RICKEY PETRO FUEL #                     570.34
85    06/14  FUEL HENRY,RICKEY PETRO: 2 #50                     617.90
90    06/14  WASATCH EXCESS MILES MAY                           391.50
----------------------------------------------------------------------------
              *** TOTAL CHARGES                              3,909.04
              *** TOTAL E/C/B CHARGE BACKS
                  E/C/B=Escrow charges not included in charges deducted total
----------------------------------------------------------------------------
              *** TOTAL AMOUNT DUE OWNER                     4,126.50
```

CFL000213

```
Date: 06/19/2014          Central Freight Lines,Inc.          SETT_CUR
Time: 10:55:44              Operator Settlements            Page:  148
-------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 06/19/2014
OWNER HENRR   RICKEY HENRY
                                   DUE OWNER
                                   ---------
Loaded Miles                         5,774
Empty Miles                            188
Lease Amt (%)                            0
Lease Amt (Mileage)                8,035.54
 Add Pay                               .00
Gross Due Owner                    8,035.54
Reimbursements
 Total Reimbursements                  .00
Charges
  53 WASATCH LEASE PAYMENTS         720.00
  60 INS-PHYS DAMAGE                112.73
  61 OWNER OCC INS                   31.85
  62 INS-BOBTAIL                      6.00
  63 DRIVER WORKER COMP             155.10
  78 MAINTENANCE ESCROW             401.78
  81 SURETY BOND ESCROW              50.00
  85 FUEL PURCHASES                2,040.08
  90 WASATCH EXCESS MILES           391.50
Total Charges                      3,909.04
Unsettled Bal Fwd                      .00
Net Amt Due Owner                  4,126.50
Amt of Dir Deposit                 4,126.50
```

CFL000214

```
Date: 06/25/2014         Central Freight Lines,Inc.           SETT_CUR
Time: 15:11:54              Operator Settlements              Page:  141
```
----------------------------------------------------------------------------
```
Owner: HENRR   Unit: 500033
       RICKEY HENRY
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
```
----------------------------------------------------------------------------

| ** TRIP PAYMENTS ** | | | | ---LOADED--- | | ---EMPTY--- | | DUE |
|---|---|---|---|---|---|---|---|---|
| ORDER | DATE | ORIGIN | DESTINATION | MLS | RATE | MLS | RATE | OWNER |
| 9736547 | 06/18 | FONTANA | CA PHOENIX | AZ | 165 1.340 | 0 | .00 | 221.10 |
| 9736547 | 06/18 | FONTANA | CA PHOENIX | AZ | 165 1.340 | 0 | .00 | 221.10 |
| 9737578 | 06/18 | FONTANA | CA PHOENIX | AZ | 0 .000 | 0 | .00 | .00 |
| 9737578 | 06/18 | FONTANA | CA PHOENIX | AZ | 0 .000 | 0 | .00 | .00 |
| 3237823 | 06/19 | SAN ANTONIO | TX HOUSTON | TX | 0 .000 | 98 | 1.27 | 124.46 |
| 3237823 | 06/19 | SAN ANTONIO | TX HOUSTON | TX | 0 .000 | 98 | 1.27 | 124.46 |
| 9191669 | 06/19 | PHOENIX | AZ SAN ANTONIO | TX | 500 1.340 | 0 | .00 | 670.00 |
| 9191669 | 06/19 | PHOENIX | AZ SAN ANTONIO | TX | 500 1.340 | 0 | .00 | 670.00 |
| 9443482 | 06/19 | HOUSTON | TX FORT WORTH | TX | 128 1.340 | 0 | .00 | 171.52 |
| 9443482 | 06/19 | HOUSTON | TX FORT WORTH | TX | 128 1.340 | 0 | .00 | 171.52 |
| 9054859 | 06/20 | FORT WORTH | TX CHICAGO | IL | 479 1.340 | 0 | .00 | 641.86 |
| 9054859 | 06/20 | FORT WORTH | TX CHICAGO | IL | 479 1.340 | 0 | .00 | 641.86 |
| 9418807 | 06/21 | CHICAGO | IL FORT WORTH | TX | 479 1.340 | 0 | .00 | 641.86 |
| 9418807 | 06/21 | CHICAGO | IL FORT WORTH | TX | 479 1.340 | 0 | .00 | 641.86 |

----------------------------------------------------------------------------
```
              *** TOTAL REVENUE                              4,941.60
```
----------------------------------------------------------------------------

| *** CHARGES *** | | | CHARGES |
|---|---|---|---|
| CODE | DATE | DESCRIPTION | DEDUCTED |
| 53 | 05/17 | WASATCH RENT PAYMENTS | 100.00 |
| 53 | 06/14 | WASATCH LEASE PAYMENTS | 620.00 |
| 60 | 05/10 | INS-PHYS DAM/GAP | 112.73 |
| 61 | 05/10 | OWNER OCC HENRR | 31.85 |
| 62 | 05/10 | INS-BOBTAIL | 6.00 |
| 63 | 05/10 | DRIVER WC HENRR | 155.10 |
| 78 | 05/10 | MAINTENANCE ESCROW | 247.08 |
| 81 | 05/10 | SURETY BOND ESCROW | 50.00 |
| 85 | 06/15 | FUEL HENRY,MARTHA TA-ONTARIO W | 288.22 |
| 85 | 06/18 | FUEL HENRY,RICKEY TA-WILLCOX | 402.64 |
| 85 | 06/18 | FUEL HENRY,MARTHA PETRO FUEL # | 245.79 |
| 85 | 06/19 | FUEL HENRY,RICKEY TA-SAN ANTON | 282.98 |
| 85 | 06/20 | FUEL HENRY,RICKEY TA-STRAFFORD | 530.55 |
| 85 | 06/21 | FUEL HENRY,MARTHA TA-STRAFFORD | 556.93 |

----------------------------------------------------------------------------
```
              *** TOTAL CHARGES                              3,629.87
              .*** TOTAL E/C/B CHARGE BACKS
                  E/C/B=Escrow charges not included in charges deducted total
```
----------------------------------------------------------------------------
```
              *** TOTAL AMOUNT DUE OWNER                     1,311.73
```

CFL000215

```
Date: 06/25/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 15:11:54              Operator Settlements              Page:  142
-----------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 06/25/2014
OWNER HENRR   RICKEY HENRY
                                   DUE OWNER
                                   ---------
Loaded Miles                           3,502
Empty Miles                              196
Lease Amt (%)                              0
Lease Amt (Mileage)                 4,941.60
 Add Pay                                  .00
Gross Due Owner                     4,941.60
Reimbursements
 Total Reimbursements                     .00
Charges
 53 WASATCH LEASE PAYMENTS            720.00
 60 INS-PHYS DAMAGE                   112.73
 61 OWNER OCC INS                      31.85
 62 INS-BOBTAIL                         6.00
 63 DRIVER WORKER COMP                155.10
 78 MAINTENANCE ESCROW                247.08
 81 SURETY BOND ESCROW                 50.00
 85 FUEL PURCHASES                  2,307.11
Total Charges                       3,629.87
Unsettled Bal Fwd                         .00
Net Amt Due Owner                   1,311.73
Amt of Dir Deposit                  1,311.73
```

CFL000216

```
Date: 07/02/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 16:13:52               Operator Settlements                Page: 139
------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
------------------------------------------------------------------------
** TRIP PAYMENTS **                       ---LOADED------EMPTY----   DUE
   ORDER   DATE  ORIGIN      DESTINATION    MLS  RATE MLS  RATE    OWNER

9432931 06/22  FORT WORTH   TX CHICAGO   IL 479 1.350   0  .00   646.65
9432931 06/22  FORT WORTH   TX CHICAGO   IL 479 1.350   0  .00   646.65
9418708 06/24  CHICAGO      IL FONTANA   CA 987 1.350   0  .00 1,332.45
9418708 06/24  CHICAGO      IL FONTANA   CA 987 1.350   0  .00 1,332.45
9418906 06/24  CHICAGO      IL FONTANA   CA   0  .000   0  .00      .00
9418906 06/24  CHICAGO      IL FONTANA   CA   0  .000   0  .00      .00
        06/28  9418906       062214 O/R MILE  80 1.350   0  .00   108.00
9484403 06/28  FONTANA      CA DENVER    CO 494 1.350   0  .00   666.90
9484403 06/28  FONTANA      CA DENVER    CO 494 1.350   0  .00   666.90
------------------------------------------------------------------------
            *** TOTAL REVENUE                              5,400.00
------------------------------------------------------------------------
*** CHARGES ***                                           CHARGES
  CODE  DATE  DESCRIPTION                                  DEDUCTED
------------------------------------------------------------------------
  53   05/17  WASATCH RENT PAYMENTS                         100.00
  53   06/14  WASATCH LEASE PAYMENTS                        620.00
  56   06/28  OMNITRAC IP 107087469                          19.50
  60   05/10  INS-PHYS DAM/GAP                              112.73
  61   05/10  OWNER OCC HENRR                                31.85
  62   05/10  INS-BOBTAIL                                     6.00
  63   05/10  DRIVER WC HENRR                               155.10
  78   05/10  MAINTENANCE ESCROW                            270.00
  81   05/10  SURETY BOND ESCROW                             50.00
  85   06/22  FUEL HENRY,MARTHA PETRO FUEL #                481.49
  85   06/23  FUEL HENRY,RICKEY TA-STRAFFORD                594.63
  85   06/24  FUEL HENRY,MARTHA TA-HOLBROOK                 617.72
  85   06/28  FUEL HENRY,MARTHA PETRO FUEL #                474.23
------------------------------------------------------------------------
            *** TOTAL CHARGES                              3,533.25
            *** TOTAL E/C/B CHARGE BACKS
               E/C/B=Escrow charges not included in charges deducted total
------------------------------------------------------------------------
            *** TOTAL AMOUNT DUE OWNER                     1,866.75
```

CFL000217

```
Date: 07/02/2014          Central Freight Lines,Inc.           SETT_CUR
Time: 16:13:52              Operator Settlements             Page:  140
---------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 07/02/2014
OWNER HENRR  RICKEY HENRY
                                    DUE OWNER
                                    ---------
Loaded Miles                          4,000
Empty Miles                               0
Lease Amt (%)                             0
Lease Amt (Mileage)                5,400.00
 Add Pay                                 .00
Gross Due Owner                    5,400.00
Reimbursements
 Total Reimbursements                    .00
Charges
 53 WASATCH LEASE PAYMENTS           720.00
 56 OMNITRAC                          19.50
 60 INS-PHYS DAMAGE                  112.73
 61 OWNER OCC INS                     31.85
 62 INS-BOBTAIL                        6.00
 63 DRIVER WORKER COMP               155.10
 78 MAINTENANCE ESCROW               270.00
 81 SURETY BOND ESCROW                50.00
 85 FUEL PURCHASES                 2,168.07
Total Charges                      3,533.25
Unsettled Bal Fwd                        .00
Net Amt Due Owner                  1,866.75
Amt of Dir Deposit                 1,866.75
```

CFL000218

```
Date: 07/10/2014            Central Freight Lines,Inc.              SETT_CUR
Time: 11:03:04                 Operator Settlements                Page:  135
-----------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
         RICKEY HENRY
         13263 PLACENTIA STREET
         HESPERIA,CA 92344
-----------------------------------------------------------------------------
** TRIP PAYMENTS **                    ---LOADED------EMPTY----       DUE
ORDER    DATE  ORIGIN       DESTINATION     MLS   RATE MLS  RATE      OWNER
-----------------------------------------------------------------------------
3245446 06/30  DENVER    CO FONTANA     CA    0  .000  494 1.28      632.32
3245446 06/30  DENVER    CO FONTANA     CA    0  .000  494 1.28      632.32
3248689 07/03  DENVER    CO KANSAS CITY MO    0  .000  305 1.28      390.40
3248689 07/03  DENVER    CO KANSAS CITY MO    0  .000  305 1.28      390.40
9485608 07/03  FONTANA   CA DENVER      CO  494 1.350    0  .00      666.90
9485608 07/03  FONTANA   CA DENVER      CO  494 1.350    0  .00      666.90
9030438 07/04  KANSAS CITY MO FORT WORTH TX  270 1.350    0  .00      364.50
9030438 07/04  KANSAS CITY MO FORT WORTH TX  270 1.350    0  .00      364.50
9032913 07/04  KANSAS CITY MO FORT WORTH TX    0  .000    0  .00        .00
9032913 07/04  KANSAS CITY MO FORT WORTH TX    0  .000    0  .00        .00
6665731 07/05  LAS VEGAS NV FONTANA     CA  120 1.350    0  .00      162.00
6665731 07/05  LAS VEGAS NV FONTANA     CA  120 1.350    0  .00      162.00
6665764 07/05  LAS VEGAS NV FONTANA     CA    0  .000    0  .00        .00
6665764 07/05  LAS VEGAS NV FONTANA     CA    0  .000    0  .00        .00
9056664 07/05  FORT WORTH TX LAS VEGAS  NV  606 1.350    0  .00      818.10
9056664 07/05  FORT WORTH TX LAS VEGAS  NV  606 1.350    0  .00      818.10
9056904 07/05  FORT WORTH TX LAS VEGAS  NV    0  .000    0  .00        .00
9056904 07/05  FORT WORTH TX LAS VEGAS  NV    0  .000    0  .00        .00
-----------------------------------------------------------------------------
            *** TOTAL REVENUE                                      6,068.44
-----------------------------------------------------------------------------
*** CHARGES ***                                                    CHARGES
CODE  DATE   DESCRIPTION                                           DEDUCTED
-----------------------------------------------------------------------------
53    05/17  WASATCH RENT PAYMENTS                                  100.00
53    06/14  WASATCH LEASE PAYMENTS                                 620.00
53    07/05  WASATCH MAKE UP PAYMENTS                                50.00
56    06/28  OMNITRAC IP 107087469                                   19.50
60    05/10  INS-PHYS DAM/GAP                                       112.73
61    05/10  OWNER OCC HENRR                                         31.85
62    05/10  INS-BOBTAIL                                              6.00
63    05/10  DRIVER WC HENRR                                        155.10
78    05/10  MAINTENANCE ESCROW                                     303.42
81    05/10  SURETY BOND ESCROW                                      50.00
85    06/29  FUEL HENRY,RICKEY TA-DENVER EA                         455.92
85    07/01  FUEL HENRY,RICKEY PILOT #381                            33.82
```

CFL000219

```
Date: 07/10/2014           Central Freight Lines,Inc.              SETT_CUR
Time: 11:03:04               Operator Settlements                 Page:  136
----------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
----------------------------------------------------------------------------
*** CHARGES ***                                                    CHARGES
CODE  DATE   DESCRIPTION                                           DEDUCTED
----------------------------------------------------------------------------
85    07/02  FUEL HENRY,RICKEY TA-ONTARIO W                         122.78
85    07/02  FUEL HENRY,MARTHA PETRO FUEL #                         542.96
85    07/03  FUEL HENRY,RICKEY TA-DENVER EA                         445.67
85    07/04  FUEL HENRY,RICKEY PETRO FUEL #                         469.87
85    07/05  FUEL HENRY,MARTHA TA-AMARILLO                          344.02
85    07/05  FUEL HENRY,RICKEY TA-GALLUP                            312.24
----------------------------------------------------------------------------
             *** TOTAL CHARGES                                    4,175.88
             *** TOTAL E/C/B CHARGE BACKS
                 E/C/B=Escrow charges not included in charges deducted total
----------------------------------------------------------------------------
             *** TOTAL AMOUNT DUE OWNER                           1,892.56
```

CFL000220

```
Date: 07/10/2014          Central Freight Lines,Inc.           SETT_CUR
Time: 11:03:04               Operator Settlements            Page:  137
-----------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 07/10/2014
OWNER HENRR   RICKEY HENRY
                                   DUE OWNER
                                   ---------
Loaded Miles                         2,980
Empty Miles                          1,598
Lease Amt (%)                            0
Lease Amt (Mileage)                6,068.44
 Add Pay                                .00
Gross Due Owner                    6,068.44
Reimbursements
 Total Reimbursements                   .00
Charges
 53 WASATCH LEASE PAYMENTS           770.00
 56 OMNITRAC                          19.50
 60 INS-PHYS DAMAGE                  112.73
 61 OWNER OCC INS                     31.85
 62 INS-BOBTAIL                        6.00
 63 DRIVER WORKER COMP               155.10
 78 MAINTENANCE ESCROW               303.42
 81 SURETY BOND ESCROW                50.00
 85 FUEL PURCHASES                 2,727.28
Total Charges                      4,175.88
Unsettled Bal Fwd                       .00
Net Amt Due Owner                  1,892.56
Amt of Dir Deposit                 1,892.56
```

CFL000221

```
Date: 07/17/2014           Central Freight Lines,Inc.              SETT_CUR
Time: 10:41:12                Operator Settlements                 Page:  147
-------------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
-------------------------------------------------------------------------------
** TRIP PAYMENTS **                        ---LOADED------EMPTY----    DUE
ORDER    DATE  ORIGIN        DESTINATION    MLS   RATE  MLS   RATE    OWNER
-------------------------------------------------------------------------------
8880932 07/09  FONTANA     CA ALBUQUERQUE NM  379 1.350    0  .00    511.65
8880932 07/09  FONTANA     CA ALBUQUERQUE NM  379 1.350    0  .00    511.65
9482209 07/09  FONTANA     CA ALBUQUERQUE NM    0  .000    0  .00       .00
9482209 07/09  FONTANA     CA ALBUQUERQUE NM    0  .000    0  .00       .00
3252426 07/10  ALBUQUERQUE NM PICO RIVERA  CA    0  .000  394 1.28    504.32
3252426 07/10  ALBUQUERQUE NM PICO RIVERA  CA    0  .000  394 1.28    504.32
3252434 07/10  ALBUQUERQUE NM PICO RIVERA  CA    0  .000    0  .00       .00
3252434 07/10  ALBUQUERQUE NM PICO RIVERA  CA    0  .000    0  .00       .00
8884108 07/11  PICO RIVERA CA FORT WORTH   TX  708 1.350    0  .00    955.80
8884108 07/11  PICO RIVERA CA FORT WORTH   TX  708 1.350    0  .00    955.80
3255296 07/12  OKLAHOMA CIT OK FORT WORTH  TX    0  .000  105 1.28    134.40
3255296 07/12  OKLAHOMA CIT OK FORT WORTH  TX    0  .000  105 1.28    134.40
9586207 07/12  DALLAS      TX OKLAHOMA CIT OK  100 1.350    0  .00    135.00
9586207 07/12  DALLAS      TX OKLAHOMA CIT OK  100 1.350    0  .00    135.00
9763590 07/12  FORT WORTH  TX DALLAS       TX    0  .000   16 1.28     20.48
9763590 07/12  FORT WORTH  TX DALLAS       TX    0  .000   16 1.28     20.48
-------------------------------------------------------------------------------
           *** TOTAL REVENUE                                       4,523.30
-------------------------------------------------------------------------------
*** CHARGES ***                                                   CHARGES
CODE  DATE   DESCRIPTION                                          DEDUCTED
-------------------------------------------------------------------------------
53    05/17  WASATCH RENT PAYMENTS                                  100.00
53    06/14  WASATCH LEASE PAYMENTS                                 620.00
53    07/05  WASATCH MAKE UP PAYMENTS                                50.00
56    06/28  OMNITRAC IP 107087469                                   19.50
60    05/10  INS-PHYS DAM/GAP                                       112.73
61    05/10  OWNER OCC HENRR                                         31.85
62    05/10  INS-BOBTAIL                                              6.00
63    05/10  DRIVER WC HENRR                                        155.10
78    05/10  MAINTENANCE ESCROW                                     226.17
81    05/10  SURETY BOND ESCROW                                      50.00
85    07/09  FUEL HENRY,RICKEY PETRO FUEL #                         366.61
85    07/09  FUEL HENRY,MARTHA TA-HOLBROOK                          535.96
85    07/10  FUEL HENRY,MARTHA PETRO DEMING                         510.36
85    07/11  FUEL HENRY,RICKEY PETRO FUEL #                         461.97
```

CFL000222

```
Date: 07/17/2014              Central Freight Lines,Inc.              SETT_CUR
Time: 10:41:12                  Operator Settlements                 Page:  148
--------------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
--------------------------------------------------------------------------------
*** CHARGES ***                                                       CHARGES
CODE  DATE   DESCRIPTION                                              DEDUCTED
--------------------------------------------------------------------------------
90    07/12  WASATCH EXCESS MILES JUNE                                 567.54
--------------------------------------------------------------------------------
             *** TOTAL CHARGES                                        3,813.79
             *** TOTAL E/C/B CHARGE BACKS
                 E/C/B=Escrow charges not included in charges deducted total
--------------------------------------------------------------------------------
             *** TOTAL AMOUNT DUE OWNER                                709.51
```

CFL000223

```
Date: 07/17/2014          Central Freight Lines,Inc.          SETT_CUR
Time: 10:41:12               Operator Settlements            Page:  149
------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 07/17/2014
OWNER HENRR  RICKEY HENRY
                                  DUE OWNER
                                  ---------
Loaded Miles                         2,374
Empty Miles                          1,030
Lease Amt (%)                            0
Lease Amt (Mileage)               4,523.30
 Add Pay                               .00
Gross Due Owner                   4,523.30
Reimbursements
 Total Reimbursements                  .00
Charges
 53 WASATCH LEASE PAYMENTS          770.00
 56 OMNITRAC                         19.50
 60 INS-PHYS DAMAGE                 112.73
 61 OWNER OCC INS                    31.85
 62 INS-BOBTAIL                       6.00
 63 DRIVER WORKER COMP              155.10
 78 MAINTENANCE ESCROW              226.17
 81 SURETY BOND ESCROW               50.00
 85 FUEL PURCHASES                 1,874.90
 90 WASATCH EXCESS MILES            567.54
Total Charges                     3,813.79
Unsettled Bal Fwd                      .00
Net Amt Due Owner                   709.51
Amt of Dir Deposit                  709.51
```

CFL000224

```
Date: 07/24/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 12:44:13              Operator Settlements                  Page:  146
--------------------------------------------------------------------------
Owner: HENRR    Unit: 500033
        RICKEY HENRY
        13263 PLACENTIA STREET
        HESPERIA,CA 92344
--------------------------------------------------------------------------
** TRIP PAYMENTS **                       ---LOADED------EMPTY----     DUE
ORDER    DATE   ORIGIN         DESTINATION     MLS  RATE  MLS   RATE   OWNER
--------------------------------------------------------------------------
5763636 07/13  FORT WORTH   TX DALLAS      TX   16 1.350    0   .00   21.60
5763636 07/13  FORT WORTH   TX DALLAS      TX   16 1.350    0   .00   21.60
9353855 07/13  FORT WORTH   TX DALLAS      TX    0  .000    0   .00     .00
9353855 07/13  FORT WORTH   TX DALLAS      TX    0  .000    0   .00     .00
5763636 07/14  DALLAS       TX FONTANA     CA  695 1.350    0   .00  938.25
5763636 07/14  DALLAS       TX FONTANA     CA  695 1.350    0   .00  938.25
9586314 07/14  DALLAS       TX FONTANA     CA    0  .000    0   .00     .00
9586314 07/14  DALLAS       TX FONTANA     CA    0  .000    0   .00     .00
3259900 07/18  ALBUQUERQUE  NM FORT WORTH  TX    0  .000  320  1.28  409.60
3259900 07/18  ALBUQUERQUE  NM FORT WORTH  TX    0  .000  320  1.28  409.60
3259918 07/18  ALBUQUERQUE  NM FORT WORTH  TX    0  .000    0   .00     .00
3259918 07/18  ALBUQUERQUE  NM FORT WORTH  TX    0  .000    0   .00     .00
9796434 07/18  FONTANA      CA ALBUQUERQUE NM  379 1.350    0   .00  511.65
9796434 07/18  FONTANA      CA ALBUQUERQUE NM  379 1.350    0   .00  511.65
9798919 07/18  FONTANA      CA ALBUQUERQUE NM    0  .000    0   .00     .00
9798919 07/18  FONTANA      CA ALBUQUERQUE NM    0  .000    0   .00     .00
2513489 07/19  LITTLE ROCK  AR HOUSTON     TX  221 1.350    0   .00  298.35
2513489 07/19  LITTLE ROCK  AR HOUSTON     TX  221 1.350    0   .00  298.35
2513596 07/19  MEMPHIS      TN LITTLE ROCK AR   72 1.350    0   .00   97.20
2513596 07/19  LITTLE ROCK  AR HOUSTON     TX    0  .000    0   .00     .00
2513596 07/19  MEMPHIS      TN LITTLE ROCK AR   72 1.350    0   .00   97.20
2513596 07/19  LITTLE ROCK  AR HOUSTON     TX    0  .000    0   .00     .00
3260536 07/19  MEMPHIS      TN LITTLE ROCK AR    0  .000    0   .00     .00
3260536 07/19  MEMPHIS      TN LITTLE ROCK AR    0  .000    0   .00     .00
9763889 07/19  FORT WORTH   TX MEMPHIS     TN    0  .000  250  1.28  320.00
9763889 07/19  FORT WORTH   TX MEMPHIS     TN    0  .000  250  1.28  320.00
9763897 07/19  FORT WORTH   TX MEMPHIS     TN    0  .000    0   .00     .00
9763897 07/19  FORT WORTH   TX MEMPHIS     TN    0  .000    0   .00     .00
--------------------------------------------------------------------------
            *** TOTAL REVENUE                                     5,193.30
--------------------------------------------------------------------------
*** CHARGES ***                                                  CHARGES
CODE    DATE   DESCRIPTION                                       DEDUCTED
--------------------------------------------------------------------------
53      05/17  WASATCH RENT PAYMENTS                              100.00
53      06/14  WASATCH LEASE PAYMENTS                             620.00
```

CFL000225

```
Date: 07/24/2014          Central Freight Lines,Inc.            SETT_CUR
Time: 12:44:13              Operator Settlements              Page:  147
------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
------------------------------------------------------------------------
*** CHARGES ***                                              CHARGES
CODE  DATE  DESCRIPTION                                      DEDUCTED
------------------------------------------------------------------------
53    07/05  WASATCH MAKE UP PAYMENTS                           50.00
56    06/28  OMNITRAC IP 107087469                              19.50
60    05/10  INS-PHYS DAM/GAP                                  112.73
61    05/10  OWNER OCC HENRR                                    31.85
62    05/10  INS-BOBTAIL                                         6.00
63    05/10  DRIVER WC HENRR                                   155.10
78    05/10  MAINTENANCE ESCROW                                259.67
81    05/10  SURETY BOND ESCROW                                 50.00
85    07/13  FUEL HENRY,MARTHA PETRO FUEL #                    360.86
85    07/13  FUEL HENRY,RICKEY TA-LAS CRUCE                    376.18
85    07/14  FUEL HENRY,RICKEY TA-TONOPAH                      125.41
85    07/17  FUEL HENRY,RICKEY PETRO FUEL #                    295.02
85    07/18  FUEL HENRY,RICKEY TA-GALLUP                       274.96
85    07/18  FUEL HENRY,RICKEY TA-AMARILLO                      64.90
85    07/18  FUEL HENRY,MARTHA TA-AMARILLO                     107.09
85    07/18  FUEL HENRY,RICKEY TA-AMARILLO                     105.33
85    07/19  FUEL HENRY,MARTHA PETRO FUEL #                    388.86
------------------------------------------------------------------------
              *** TOTAL CHARGES                             3,503.46
              *** TOTAL E/C/B CHARGE BACKS
                  E/C/B=Escrow charges not included in charges deducted total
------------------------------------------------------------------------
              *** TOTAL AMOUNT DUE OWNER                    1,689.84
```

CFL000226

```
Date: 07/24/2014          Central Freight Lines,Inc.            SETT_CUR
Time: 12:44:13              Operator Settlements             Page:  148
-------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 07/24/2014
OWNER HENRR  RICKEY HENRY
                                     DUE OWNER
                                     ---------
Loaded Miles                            2,766
Empty Miles                             1,140
Lease Amt (%)                               0
Lease Amt (Mileage)                  5,193.30
 Add Pay                                  .00
Gross Due Owner                      5,193.30
Reimbursements
 Total Reimbursements                    .00
Charges
 53 WASATCH LEASE PAYMENTS             770.00
 56 OMNITRAC                            19.50
 60 INS-PHYS DAMAGE                    112.73
 61 OWNER OCC INS                       31.85
 62 INS-BOBTAIL                          6.00
 63 DRIVER WORKER COMP                 155.10
 78 MAINTENANCE ESCROW                 259.67
 81 SURETY BOND ESCROW                  50.00
 85 FUEL PURCHASES                   2,098.61
 Total Charges                       3,503.46
Unsettled Bal Fwd                        .00
Net Amt Due Owner                    1,689.84
Amt of Dir Deposit                   1,689.84
```

CFL000227

```
Date: 07/31/2014            Central Freight Lines,Inc.             SETT_CUR
Time: 11:47:34                Operator Settlements                 Page:  147
----------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
         RICKEY HENRY
         13263 PLACENTIA STREET
         HESPERIA,CA 92344
----------------------------------------------------------------------------
** TRIP PAYMENTS **                        ---LOADED------EMPTY----    DUE
ORDER     DATE   ORIGIN          DESTINATION    MLS  RATE  MLS  RATE  OWNER
----------------------------------------------------------------------------
9465873 07/20  HOUSTON      TX FORT WORTH  TX  128 1.340    0  .00   171.52
9465873 07/20  HOUSTON      TX FORT WORTH  TX  128 1.340    0  .00   171.52
9943424 07/20  HOUSTON      TX FORT WORTH  TX    0  .000    0  .00     .00
9943424 07/20  HOUSTON      TX FORT WORTH  TX    0  .000    0  .00     .00
7696081 07/21  FORT WORTH   TX FONTANA     CA  685 1.340    0  .00   917.90
7696081 07/21  FORT WORTH   TX FONTANA     CA  685 1.340    0  .00   917.90
9069626 07/21  FORT WORTH   TX FONTANA     CA    0  .000    0  .00     .00
9069626 07/21  FORT WORTH   TX FONTANA     CA    0  .000    0  .00     .00
1062256 07/25  FONTANA      CA FORT WORTH  TX  685 1.340    0  .00   917.90
1062256 07/25  FONTANA      CA FORT WORTH  TX  685 1.340    0  .00   917.90
3265188 07/25  AUSTIN       TX FORT WORTH  TX    0  .000   94 1.27   119.38
3265188 07/25  AUSTIN       TX FORT WORTH  TX    0  .000   94 1.27   119.38
7697428 07/25  FORT WORTH   TX AUSTIN      TX   94 1.340    0  .00   125.96
7697428 07/25  FORT WORTH   TX AUSTIN      TX   94 1.340    0  .00   125.96
3265915 07/26  TUCSON       AZ PHOENIX     AZ   59 1.340    0  .00    79.06
3265915 07/26  TUCSON       AZ PHOENIX     AZ   59 1.340    0  .00    79.06
9059056 07/26  FORT WORTH   TX TUCSON      AZ  466 1.340    0  .00   624.44
9059056 07/26  TUCSON       AZ PHOENIX     AZ    0  .000    0  .00     .00
9059056 07/26  PHOENIX      AZ FONTANA     CA  165 1.340    0  .00   221.10
9059056 07/26  FORT WORTH   TX TUCSON      AZ  466 1.340    0  .00   624.44
9059056 07/26  TUCSON       AZ PHOENIX     AZ    0  .000    0  .00     .00
9059056 07/26  PHOENIX      AZ FONTANA     CA  165 1.340    0  .00   221.10
9059072 07/26  FORT WORTH   TX TUCSON      AZ    0  .000    0  .00     .00
9059072 07/26  FORT WORTH   TX TUCSON      AZ    0  .000    0  .00     .00
9786146 07/26  PHOENIX      AZ FONTANA     CA    0  .000    0  .00     .00
9786146 07/26  PHOENIX      AZ FONTANA     CA    0  .000    0  .00     .00
----------------------------------------------------------------------------
              *** TOTAL REVENUE                                    6,354.52
----------------------------------------------------------------------------
*** CHARGES ***                                                   CHARGES
CODE  DATE   DESCRIPTION                                          DEDUCTED
----------------------------------------------------------------------------
53   05/17  WASATCH RENT PAYMENTS                                  100.00
53   06/14  WASATCH LEASE PAYMENTS                                 620.00
53   07/05  WASATCH MAKE UP PAYMENTS                                50.00
56   06/28  OMNITRAC IP 107087469                                   19.50
```

```
Date: 07/31/2014            Central Freight Lines,Inc.              SETT_CUR
Time: 11:47:34                 Operator Settlements                 Page:  148
-------------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
-------------------------------------------------------------------------------
*** CHARGES ***                                                    CHARGES
CODE  DATE   DESCRIPTION                                           DEDUCTED
-------------------------------------------------------------------------------
60    05/10  INS-PHYS DAM/GAP                                       112.73
61    05/10  OWNER OCC HENRR                                         31.85
62    05/10  INS-BOBTAIL                                              6.00
63    05/10  DRIVER WC HENRR                                        155.10
78    05/10  MAINTENANCE ESCROW                                     317.73
81    05/10  SURETY BOND ESCROW                                      50.00
85    07/20  FUEL HENRY,RICKEY PETRO FUEL #                         544.14
85    07/21  FUEL HENRY,RICKEY PETRO FUEL #                         589.18
85    07/24  FUEL HENRY,RICKEY PETRO FUEL #                         400.99
85    07/24  FUEL HENRY,RICKEY TA-BIG SPRIN                         403.89
85    07/25  FUEL HENRY,RICKEY TA-SWEETWATE                         521.51
85    07/26  FUEL HENRY,RICKEY TA-TONOPAH                           177.31
-------------------------------------------------------------------------------
          *** TOTAL CHARGES                                       4,099.93
          *** TOTAL E/C/B CHARGE BACKS
              E/C/B=Escrow charges not included in charges deducted total
-------------------------------------------------------------------------------
          *** TOTAL AMOUNT DUE OWNER                              2,254.59
```

CFL000229

```
Date: 07/31/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 11:47:34              Operator Settlements             Page:  149
------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 07/31/2014
OWNER HENRR   RICKEY HENRY
                                  DUE OWNER
                                  ---------
Loaded Miles                        4,564
Empty Miles                           188
Lease Amt (%)                           0
Lease Amt (Mileage)               6,354.52
 Add Pay                               .00
Gross Due Owner                   6,354.52
Reimbursements
 Total Reimbursements                  .00
Charges
 53 WASATCH LEASE PAYMENTS          770.00
 56 OMNITRAC                         19.50
 60 INS-PHYS DAMAGE                 112.73
 61 OWNER OCC INS                    31.85
 62 INS-BOBTAIL                       6.00
 63 DRIVER WORKER COMP              155.10
 78 MAINTENANCE ESCROW             317.73
 81 SURETY BOND ESCROW              50.00
 85 FUEL PURCHASES                2,637.02
Total Charges                     4,099.93
Unsettled Bal Fwd                      .00
Net Amt Due Owner                 2,254.59
Amt of Dir Deposit                2,254.59
```

CFL000230

```
Date: 08/07/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 11:14:20               Operator Settlements               Page:  142
-----------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY
       13263 PLACENTIA STREET
       HESPERIA, CA 92344
-----------------------------------------------------------------------------
** TRIP PAYMENTS **                    ---LOADED------EMPTY----    DUE
 ORDER    DATE  ORIGIN       DESTINATION    MLS  RATE  MLS  RATE   OWNER
-----------------------------------------------------------------------------
9801325  07/30  FONTANA    CA PHOENIX     AZ 165 1.340   0  .00   221.10
9801325  07/30  FONTANA    CA PHOENIX     AZ 165 1.340   0  .00   221.10
3269230  07/31  AUSTIN     TX FORT WORTH  TX   0  .000  94 1.27   119.38
3269230  07/31  AUSTIN     TX FORT WORTH  TX   0  .000  94 1.27   119.38
9786773  07/31  PHOENIX    AZ SAN ANTONIO TX 500 1.340   0  .00   670.00
9786773  07/31  PHOENIX    AZ SAN ANTONIO TX 500 1.340   0  .00   670.00
9815044  07/31  SAN ANTONIO TX AUSTIN     TX  42 1.340   0  .00    56.28
9815044  07/31  SAN ANTONIO TX AUSTIN     TX  42 1.340   0  .00    56.28
1093319  08/02  DALLAS     TX FORT WORTH  TX  16 1.340   0  .00    21.44
1093319  08/02  DALLAS     TX FORT WORTH  TX  16 1.340   0  .00    21.44
9059403  08/02  FORT WORTH TX ATLANTA     GA 415 1.340   0  .00   556.10
9059403  08/02  FORT WORTH TX ATLANTA     GA 415 1.340   0  .00   556.10
9528837  08/02  ATLANTA    GA FORT WORTH  TX 415 1.340   0  .00   556.10
9528837  08/02  ATLANTA    GA FORT WORTH  TX 415 1.340   0  .00   556.10
9528902  08/02  ATLANTA    GA FORT WORTH  TX   0  .000   0  .00     .00
9528902  08/02  ATLANTA    GA FORT WORTH  TX   0  .000   0  .00     .00
9764663  08/02  FORT WORTH TX DALLAS      TX   0  .000  16 1.27    20.32
9764663  08/02  FORT WORTH TX DALLAS      TX   0  .000  16 1.27    20.32
9842121  08/02  FORT WORTH TX ATLANTA     GA   0  .000   0  .00     .00
9842121  08/02  FORT WORTH TX ATLANTA     GA   0  .000   0  .00     .00
-----------------------------------------------------------------------------
           *** TOTAL REVENUE                               4,441.44
-----------------------------------------------------------------------------
*** CHARGES ***                                            CHARGES
 CODE  DATE  DESCRIPTION                                   DEDUCTED
-----------------------------------------------------------------------------
  53   05/17  WASATCH RENT PAYMENTS                         100.00
  53   06/14  WASATCH LEASE PAYMENTS                        620.00
  53   08/02  WASATCH MAKE UP PAYMENTS                       50.00
  56   06/28  OMNITRAC IP 107087469                          19.50
  56   08/02  OMNITRAC INSTALL INV 330050635               145.00
  60   05/10  INS-PHYS DAM/GAP                             112.73
  61   05/10  OWNER OCC HENRR                               31.85
  62   05/10  INS-BORTAIL                                    6.00
  63   05/10  DRIVER WC HENRR                              155.10
  78   05/10  MAINTENANCE ESCROW                           222.07
```

CFL000231

```
Date: 08/07/2014            Central Freight Lines,Inc.              SETT_CUR
Time: 11:14:20                 Operator Settlements                Page:  143
-------------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
-------------------------------------------------------------------------------
*** CHARGES ***                                                    CHARGES
 CODE  DATE   DESCRIPTION                                          DEDUCTED

 81   05/10   SURETY BOND ESCROW                                      50.00
 85   07/29   FUEL HENRY,RICKEY PETRO ONTARI                         142.08
 85   07/30   FUEL HENRY,RICKEY TA-TONOPAH                           427.58
 85   07/30   FUEL HENRY,MARTHA PETRO FUEL #                         167.67
 85   07/31   FUEL HENRY,RICKEY TA-SAN ANTON                         488.68
 85   08/01   FUEL HENRY,MARTHA TA-MERIDIAN                          470.71
 85   08/01   FUEL HENRY,RICKEY TA-TALLULAH                          449.34
 85   08/02   FUEL HENRY,RICKEY PETRO FUEL #                         450.48
-------------------------------------------------------------------------------
             *** TOTAL CHARGES                                     4,108.79
             *** TOTAL E/C/B CHARGE BACKS
                 E/C/B=Escrow charges not included in charges deducted total
-------------------------------------------------------------------------------
             *** TOTAL AMOUNT DUE OWNER                              332.65
```

CFL000232

```
Date: 08/07/2014            Central Freight Lines,Inc.              SETT_CUR
Time: 11:14:20                Operator Settlements                Page:  144
----------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 08/07/2014
OWNER HENRR  RICKEY HENRY
                                    DUE OWNER
                                    ---------
Loaded Miles                          3,106
Empty Miles                             220
Lease Amt (%)                             0
Lease Amt (Mileage)                   4,441.44
 Add Pay                                 .00
Gross Due Owner                       4,441.44
Reimbursements
 Total Reimbursements                    .00
Charges
 53 WASATCH LEASE PAYMENTS             770.00
 56 OMNITRAC                           164.50
 60 INS-PHYS DAMAGE                    112.73
 61 OWNER OCC INS                       31.85
 62 INS-BOBTAIL                          6.00
 63 DRIVER WORKER COMP                 155.10
 78 MAINTENANCE ESCROW                 222.07
 81 SURETY BOND ESCROW                  50.00
 85 FUEL PURCHASES                   2,596.54
Total Charges                        4,108.79
Unsettled Bal Fwd                        .00
Net Amt Due Owner                      332.65
Amt of Dir Deposit                     332.65
```

CFL000233

```
Date: 08/14/2014        Central Freight Lines,Inc.              SETT_CUR
Time: 13:44:00            Operator Settlements                  Page:  148
--------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
--------------------------------------------------------------------------
** TRIP PAYMENTS **                    ---LOADED------EMPTY----    DUE
ORDER    DATE ORIGIN          DESTINATION    MLS  RATE MLS  RATE   OWNER
--------------------------------------------------------------------------
9356155 08/03 FORT WORTH   TX ALBUQUERQUE  NM 320 1.350    0  .00  432.00
9356155 08/03 FORT WORTH   TX ALBUQUERQUE  NM 320 1.350    0  .00  432.00
3271640 08/04 ALBUQUERQUE  NM FORT WORTH   TX   0  .000  320 1.28  409.60
3271640 08/04 ALBUQUERQUE  NM FORT WORTH   TX   0  .000  320 1.28  409.60
3271657 08/04 ALBUQUERQUE  NM FORT WORTH   TX   0  .000    0  .00     .00
3271657 08/04 ALBUQUERQUE  NM FORT WORTH   TX   0  .000    0  .00     .00
3272770 08/05 SALT LAKE CI UT RENO         NV   0  .000  258 1.28  330.24
3272770 08/05 SALT LAKE CI UT RENO         NV   0  .000  258 1.28  330.24
3273042 08/05 SALT LAKE CI UT RENO         NV   0  .000    0  .00     .00
3273042 08/05 SALT LAKE CI UT RENO         NV   0  .000    0  .00     .00
9844580 08/05 FORT WORTH   TX SALT LAKE CI UT 624 1.350    0  .00  842.40
9844580 08/05 FORT WORTH   TX SALT LAKE CI UT 624 1.350    0  .00  842.40
9979709 08/06 RENO         NV FONTANA      CA 253 1.350    0  .00  341.55
9979709 08/06 RENO         NV FONTANA      CA 253 1.350    0  .00  341.55
9979717 08/06 RENO         NV FONTANA      CA   0  .000    0  .00     .00
9979717 08/06 RENO         NV FONTANA      CA   0  .000    0  .00     .00
--------------------------------------------------------------------------
              *** TOTAL REVENUE                               4,711.58
--------------------------------------------------------------------------
*** CHARGES ***                                               CHARGES
CODE  DATE  DESCRIPTION                                       DEDUCTED
--------------------------------------------------------------------------
53    05/17 WABASATCH RENT PAYMENTS                             100.00
53    06/14 WABASATCH LEASE PAYMENTS                            620.00
53    08/02 WABASATCH MAKE UP PAYMENTS                           50.00
56    06/28 OMNITRAC IP 107087469                                19.50
60    05/10 INS-PHYS DAM/GAP                                    112.73
61    05/10 OWNER OCC HENRR                                      31.85
62    05/10 INS-BOBTAIL                                           6.00
63    08/09 DRIVER WC HENRR                                     268.92
78    05/10 MAINTENANCE ESCROW                                  235.58
81    05/10 SURETY BOND ESCROW                                   50.00
85    08/03 FUEL HENRY,RICKEY TA-AMARILLO                       389.37
85    08/04 FUEL HENRY,MARTHA TA-MORIARTY                       527.17
85    08/04 FUEL HENRY,RICKEY TA-GALLUP                         123.08
85    08/05 FUEL HENRY,MARTHA TA-MILL CITY                      459.68
--------------------------------------------------------------------------
              *** TOTAL CHARGES                               2,993.88
              *** TOTAL E/C/B CHARGE BACKS
              E/C/B=Escrow charges not included in charges deducted total
--------------------------------------------------------------------------
              *** TOTAL AMOUNT DUE OWNER                      1,717.70
```

CFL000234

```
Date: 08/14/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 13:44:00               Operator Settlements               Page:  149
-------------------------------------------------------------------------
 OPERATOR SETTLEMENTS OWNER SUMMARY FOR 08/14/2014
 OWNER HENRR   RICKEY HENRY
                                       DUE OWNER
                                       ---------
 Loaded Miles                            2,394
 Empty Miles                             1,156
 Lease Amt (%)                               0
 Lease Amt (Mileage)                  4,711.58
  Add Pay                                   .00
 Gross Due Owner                      4,711.58
 Reimbursements
  Total Reimbursements                     .00
 Charges
  53 WASATCH LEASE PAYMENTS            770.00
  56 OMNITRAC                           19.50
  60 INS-PHYS DAMAGE                   112.73
  61 OWNER OCC INS                      31.85
  62 INS-BOBTAIL                         6.00
  63 DRIVER WORKER COMP                268.92
  78 MAINTENANCE ESCROW               235.58
  81 SURETY BOND ESCROW                50.00
  85 FUEL PURCHASES                  1,499.30
 Total Charges                        2,993.88
 Unsettled Bal Fwd                         .00
 Net Amt Due Owner                    1,717.70
 Amt of Dir Deposit                   1,717.70
```

CFL000235

```
Date: 08/20/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 20:05:22               Operator Settlements             Page:  143
--------------------------------------------------------------------------
Owner: HENRR    Unit: 500033
       RICKEY HENRY
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
--------------------------------------------------------------------------
** TRIP PAYMENTS **                         ---LOADED----EMPTY----    DUE
  ORDER   DATE  ORIGIN      DESTINATION     MLS  RATE  MLS  RATE    OWNER
--------------------------------------------------------------------------
3277027 08/10  ALBUQUERQUE  NM PHOENIX      AZ    0  .000  236 1.28  302.08
3277027 08/10  ALBUQUERQUE  NM PHOENIX      AZ    0  .000  236 1.28  302.08
9804089 08/10  FONTANA      CA ALBUQUERQUE  NM  379 1.350    0  .00  511.65
9804089 08/10  FONTANA      CA ALBUQUERQUE  NM  379 1.350    0  .00  511.65
9805797 08/10  FONTANA      CA ALBUQUERQUE  NM    0  .000    0  .00    .00
9805797 08/10  FONTANA      CA ALBUQUERQUE  NM    0  .000    0  .00    .00
9926049 08/11  PHOENIX      AZ FORT WORTH   TX  525 1.350    0  .00  708.75
9926049 08/11  PHOENIX      AZ FORT WORTH   TX  525 1.350    0  .00  708.75
1095165 08/12  FORT WORTH   TX EL PASO      TX  301 1.350    0  .00  406.35
1095165 08/12  FORT WORTH   TX EL PASO      TX  301 1.350    0  .00  406.35
9283748 08/12  FORT WORTH   TX EL PASO      TX    0  .000    0  .00    .00
9283748 08/12  FORT WORTH   TX EL PASO      TX    0  .000    0  .00    .00
1095157 08/13  EL PASO      TX FONTANA      CA  385 1.350    0  .00  519.75
1095157 08/13  EL PASO      TX FONTANA      CA  385 1.350    0  .00  519.75
1095165 08/13  EL PASO      TX FONTANA      CA    0  .000    0  .00    .00
1095165 08/13  EL PASO      TX FONTANA      CA    0  .000    0  .00    .00
1067537 08/14  FONTANA      CA FORT WORTH   TX  685 1.350    0  .00  924.75
1067537 08/14  FONTANA      CA FORT WORTH   TX  685 1.350    0  .00  924.75
9286527 08/14  FORT WORTH   TX SAN ANTONIO  TX  133 1.350    0  .00  179.55
9286527 08/14  FORT WORTH   TX SAN ANTONIO  TX  133 1.350    0  .00  179.55
9286550 08/14  FORT WORTH   TX SAN ANTONIO  TX    0  .000    0  .00    .00
9286550 08/14  FORT WORTH   TX SAN ANTONIO  TX    0  .000    0  .00    .00
3282340 08/16  PHOENIX      AZ FONTANA      CA    0  .000  165 1.28  211.20
3282340 08/16  PHOENIX      AZ FONTANA      CA    0  .000  165 1.28  211.20
9393323 08/16  SAN ANTONIO  TX PHOENIX      AZ  500 1.350    0  .00  675.00
9393323 08/16  SAN ANTONIO  TX PHOENIX      AZ  500 1.350    0  .00  675.00
--------------------------------------------------------------------------
            *** TOTAL REVENUE                                   8,878.16
--------------------------------------------------------------------------
*** CHARGES ***                                                 CHARGES
 CODE   DATE  DESCRIPTION                                        DEDUCTED
--------------------------------------------------------------------------
  53   05/17  WASATCH RENT PAYMENTS                               100.00
  53   06/14  WASATCH LEASE PAYMENTS                              620.00
  53   08/02  WASATCH MAKE UP PAYMENTS                             50.00
  56   06/28  OMNITRAC IP 107087469                                19.50
```

CFL000236

```
Date: 08/20/2014          Central Freight Lines,Inc.          SETT_CUR
Time: 20:05:22              Operator Settlements              Page:  144
-------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
-------------------------------------------------------------------------
*** CHARGES ***                                              CHARGES
CODE  DATE   DESCRIPTION                                     DEDUCTED
-------------------------------------------------------------------------
60    05/10  INS-PHYS DAM/GAP                                  112.73
61    05/10  OWNER OCC HENRR                                    31.85
62    05/10  INS-BOBTAIL                                         6.00
63    08/09  DRIVER WC HENRR                                   268.92
78    05/10  MAINTENANCE ESCROW                                443.91
81    05/10  SURETY BOND ESCROW                                 50.00
85    08/10  FUEL HENRY,RICKEY PETRO FUEL #                    377.96
85    08/10  FUEL HENRY,MARTHA PETRO FUEL #                    393.09
85    08/11  FUEL HENRY,RICKEY PETRO FUEL #                    494.89
85    08/12  FUEL HENRY,RICKEY PETRO FUEL #                    450.34
85    08/12  FUEL HENRY,RICKEY PETRO FUEL #                    359.13
85    08/13  FUEL HENRY,RICKEY TA-TONOPAH                      348.91
85    08/13  FUEL HENRY,MARTHA PETRO DEMING                    382.86
85    08/14  FUEL HENRY,MARTHA PETRO FUEL #                    570.29
85    08/14  FUEL HENRY,MARTHA PETRO FUEL #                     32.05
85    08/16  FUEL HENRY,RICKEY PETRO DEMING                    348.27
90    08/16  WASATCH EXCESS MILES JULY                         561.33
-------------------------------------------------------------------------
               *** TOTAL CHARGES                            6,022.03
               *** TOTAL E/C/B CHARGE BACKS
                   E/C/B=Escrow charges not included in charges deducted total
-------------------------------------------------------------------------
               *** TOTAL AMOUNT DUE OWNER                   2,856.13
```

CFL000237

```
Date: 08/20/2014          Central Freight Lines,Inc.            SETT_CUR
Time: 20:05:22               Operator Settlements            Page:  145
-----------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 08/20/2014
OWNER HENRR  RICKEY HENRY
                                       DUE OWNER
                                       ---------
Loaded Miles                               5,816
Empty Miles                                  802
Lease Amt (%)                                  0
Lease Amt (Mileage)                     8,878.16
 Add Pay                                     .00
Gross Due Owner                         8,878.16
Reimbursements
  Total Reimbursements                      .00
Charges
  53 WASATCH LEASE PAYMENTS              770.00
  56 OMNITRAC                             19.50
  60 INS-PHYS DAMAGE                     112.73
  61 OWNER OCC INS                        31.85
  62 INS-BOBTAIL                           6.00
  63 DRIVER WORKER COMP                  268.92
  78 MAINTENANCE ESCROW                  443.91
  81 SURETY BOND ESCROW                   50.00
  85 FUEL PURCHASES                    3,757.79
  90 WASATCH EXCESS MILES                561.33
Total Charges                         6,022.03
Unsettled Bal Fwd                           .00
Net Amt Due Owner                     2,856.13
Amt of Dir Deposit                    2,856.13
```

CFL000238

```
Date: 08/29/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 08:28:44              Operator Settlements               Page:  147
------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
------------------------------------------------------------------------
*** CHARGES ***                                                  CHARGES
CODE  DATE   DESCRIPTION                                        DEDUCTED
------------------------------------------------------------------------
56    06/28  OMNITRAC IP 107087469                                19.50
59    08/23  DOT REQ LAB FEE 071014 HENRY,R                       20.00
60    08/23  INS-PHYS DAM/GAP                                    129.15
60    08/23  INS-PHYS DAM/GAP RATE ADJ AUG                       -49.26
61    05/10  OWNER OCC HENRR                                      31.85
62    05/10  INS-BOBTAIL                                           6.00
63    08/09  DRIVER WC HENRR                                     268.92
78    05/10  MAINTENANCE ESCROW                                     .00
81    05/10  SURETY BOND ESCROW                                   50.00
85    08/23  FUEL HENRY,RICKEY TA-ONTARIO W                      114.76
------------------------------------------------------------------------
             *** TOTAL CHARGES                                   689.44
             *** TOTAL E/C/B CHARGE BACKS
                 E/C/B=Escrow charges not included in charges deducted total
------------------------------------------------------------------------
             *** TOTAL AMOUNT DUE OWNER                          689.44-
```

CFL000239

```
Date: 08/29/2014          Central Freight Lines,Inc.           SETT_CUR
Time: 08:28:44               Operator Settlements           Page:  148
---------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 08/28/2014
OWNER HENRR   RICKEY HENRY
                                    DUE OWNER
                                    ---------
Loaded Miles                               0
Empty Miles                                0
Lease Amt (%)                              0
Lease Amt (Mileage)                      .00
 Add Pay                                 .00
Gross Due Owner                          .00
Reimbursements
 46 Auto Advance Reimbursement        689.44
 Total Reimbursements                    .00
Charges
 56 OMNITRAC                           19.50
 59 DOT REQUIREMENTS                   20.00
 60 INS-PHYS DAMAGE                   178.41
 61 OWNER OCC INS                      31.85
 62 INS-BOBTAIL                         6.00
 63 DRIVER WORKER COMP                268.92
 78 MAINTENANCE ESCROW                   .00
 81 SURETY BOND ESCROW                 50.00
 85 FUEL PURCHASES                    114.76
Total Charges                         689.44
Unsettled Bal Fwd                     689.44
Net Amt Due Owner                        .00
Amt of Dir Deposit                       .00
```

CFL000240

```
Date: 09/04/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 10:05:31               Operator Settlements              Page:  145
------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
------------------------------------------------------------------------
** TRIP PAYMENTS **                    ---LOADED------EMPTY----    DUE
ORDER   DATE  ORIGIN       DESTINATION   MLS  RATE MLS  RATE     OWNER
------------------------------------------------------------------------
1076272 08/24 FONTANA    CA DENVER     CO 494 1.340    0  .00   661.96
1076272 08/24 FONTANA    CA DENVER     CO 494 1.340    0  .00   661.96
1077973 08/24 FONTANA    CA DENVER     CO   0  .000    0  .00      .00
1077973 08/24 FONTANA    CA DENVER     CO   0  .000    0  .00      .00
3289170 08/25 DENVER     CO FORT WORTH TX   0  .000  382 1.27   485.14
3289170 08/25 DENVER     CO FORT WORTH TX   0  .000  382 1.27   485.14
3289188 08/25 DENVER     CO FORT WORTH TX   0  .000    0  .00      .00
3289188 08/25 DENVER     CO FORT WORTH TX   0  .000    0  .00      .00
5753934 08/26 FORT WORTH TX RENO        NV 879 1.340    0  .00 1,177.86
5753934 08/26 FORT WORTH TX RENO        NV 879 1.340    0  .00 1,177.86
9767336 08/26 FORT WORTH TX RENO        NV   0  .000    0  .00      .00
9767336 08/26 FORT WORTH TX RENO        NV   0  .000    0  .00      .00
9977190 08/27 RENO       NV FONTANA     CA 253 1.340    0  .00   339.02
9977190 08/27 RENO       NV FONTANA     CA 253 1.340    0  .00   339.02
9977240 08/27 RENO       NV FONTANA     CA   0  .000    0  .00      .00
9977240 08/27 RENO       NV FONTANA     CA   0  .000    0  .00      .00
------------------------------------------------------------------------
            *** TOTAL REVENUE                               5,327.96
------------------------------------------------------------------------
*** CHARGES ***                                            CHARGES
CODE  DATE  DESCRIPTION                                    DEDUCTED
------------------------------------------------------------------------
53    08/30  WASATCH LEASE PAYMENTS                          620.00
53    08/30  WASATCH RENT PAYMENTS                           100.00
53    08/30  WASATCH MAKE UP PAYMENTS                         50.00
56    06/28  OMNITRAC IP 107087469                            19.50
60    08/23  INS-PHYS DAM/GAP                                129.15
61    05/10  OWNER OCC HENRR                                  31.85
62    05/10  INS-BOBTAIL                                       6.00
63    08/09  DRIVER WC HENRR                                 268.92
78    05/10  MAINTENANCE ESCROW                              266.40
81    05/10  SURETY BOND ESCROW                               50.00
85    08/24  FUEL HENRY,RICKEY PETRO FUEL #                  428.63
85    08/24  FUEL HENRY,MARTHA TA-DENVER EA                  553.45
85    08/25  FUEL HENRY,MARTHA FLYING J #74                  188.60
85    08/25  FUEL HENRY,MARTHA PETRO FUEL #                  406.34
```

CFL000241

```
Date: 09/04/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 10:05:31              Operator Settlements                 Page:  146
--------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
--------------------------------------------------------------------------
*** CHARGES ***                                              CHARGES
CODE  DATE   DESCRIPTION                                     DEDUCTED
--------------------------------------------------------------------------
85    08/26  FUEL HENRY,RICKEY PETRO FUEL #                    472.63
85    08/26  FUEL HENRY,MARTHA PETRO FUEL #                    323.74
85    08/26  FUEL HENRY,MARTHA TA-SPARKS                        35.13
89    09/05  PREV SETTLE BALFWD                                689.44
--------------------------------------------------------------------------
             *** TOTAL CHARGES                                4,639.78
             *** TOTAL E/C/B CHARGE BACKS
                 E/C/B=Escrow charges not included in charges deducted total
--------------------------------------------------------------------------
             *** TOTAL AMOUNT DUE OWNER                         688.18
```

CFL000242

```
Date: 09/04/2014          Central Freight Lines,Inc.          SETT_CUR
Time: 10:05:31               Operator Settlements            Page:  147
-------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 09/04/2014
OWNER HENRR   RICKEY HENRY
                                  DUE OWNER
                                  ---------
Loaded Miles                        3,252
Empty Miles                           764
Lease Amt (%)                           0
Lease Amt (Mileage)               5,327.96
 Add Pay                              .00
Gross Due Owner                   5,327.96
Reimbursements
 Total Reimbursements                 .00
Charges
 53 WASATCH LEASE PAYMENTS          770.00
 56 OMNITRAC                         19.50
 60 INS-PHYS DAMAGE                 129.15
 61 OWNER OCC INS                    31.85
 62 INS-BOBTAIL                       6.00
 63 DRIVER WORKER COMP              268.92
 78 MAINTENANCE ESCROW              266.40
 81 SURETY BOND ESCROW               50.00
 85 FUEL PURCHASES                2,408.52
 89 AUTO ADVANCE DEDUCTION          689.44
Total Charges                     4,639.78
Unsettled Bal Fwd                     .00
Net Amt Due Owner                   688.18
Amt of Dir Deposit                  688.18
```

CFL000243

```
Date: 09/11/2014          Central Freight Lines,Inc.          SETT_CUR
Time: 12:34:29               Operator Settlements           Page:  144
------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
------------------------------------------------------------------------
** TRIP PAYMENTS **                      ---LOADED------EMPTY----    DUE
ORDER    DATE  ORIGIN       DESTINATION    MLS  RATE MLS  RATE     OWNER
------------------------------------------------------------------------
1076561 09/04 FONTANA    CA ALBUQUERQUE NM 379 1.340    0  .00    507.86
1076561 09/04 FONTANA    CA ALBUQUERQUE NM 379 1.340    0  .00    507.86
3298122 09/04 ALBUQUERQUE NM PHOENIX    AZ   0  .000  236 1.27    299.72
3298122 09/04 ALBUQUERQUE NM PHOENIX    AZ   0  .000  236 1.27    299.72
3298130 09/04 ALBUQUERQUE NM PHOENIX    AZ   0  .000    0  .00       .00
3298130 09/04 ALBUQUERQUE NM PHOENIX    AZ   0  .000    0  .00       .00
6129852 09/04 FONTANA    CA ALBUQUERQUE NM   0  .000    0  .00       .00
6129852 09/04 FONTANA    CA ALBUQUERQUE NM   0  .000    0  .00       .00
9615105 09/05 PHOENIX    AZ FORT WORTH  TX 525 1.340    0  .00    703.50
9615105 09/05 PHOENIX    AZ FORT WORTH  TX 525 1.340    0  .00    703.50
7368293 09/06 EL PASO    TX FONTANA     CA 385 1.340    0  .00    515.90
7368293 09/06 EL PASO    TX FONTANA     CA 385 1.340    0  .00    515.90
9158197 09/06 FORT WORTH TX EL PASO     TX 301 1.340    0  .00    403.34
9158197 09/06 FORT WORTH TX EL PASO     TX 301 1.340    0  .00    403.34
9158817 09/06 FORT WORTH TX EL PASO     TX   0  .000    0  .00       .00
9158817 09/06 FORT WORTH TX EL PASO     TX   0  .000    0  .00       .00
------------------------------------------------------------------------
              *** TOTAL REVENUE                                 4,860.64
------------------------------------------------------------------------
*** CHARGES ***                                                 CHARGES
CODE  DATE  DESCRIPTION                                        DEDUCTED
------------------------------------------------------------------------
  53  08/30  WASATCH LEASE PAYMENTS                              620.00
  53  08/30  WASATCH RENT PAYMENTS                               100.00
  53  08/30  WASATCH MAKE UP PAYMENTS                             50.00
  56  06/28  OMNITRAC IP 107087469                                19.50
  60  08/23  INS-PHYS DAM/GAP                                    129.15
  61  05/10  OWNER OCC HENRR                                      31.85
  62  05/10  INS-BOBTAIL                                           6.00
  63  08/09  DRIVER WC HENRR                                     268.92
  78  05/10  MAINTENANCE ESCROW                                  243.03
  81  05/10  SURETY BOND ESCROW                                   50.00
  85  09/04  FUEL HENRY,RICKEY PETRO FUEL #                      241.53
  85  09/04  FUEL HENRY,MARTHA PETRO FUEL #                      482.68
  85  09/05  FUEL HENRY,RICKEY TA-LAS CRUCE                      364.74
  85  09/05  FUEL HENRY,MARTHA PETRO FUEL #                      431.29
```

CFL000244

```
Date: 09/11/2014              Central Freight Lines,Inc.              SETT_CUR
Time: 12:34:29                  Operator Settlements                 Page:  145
----------------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
----------------------------------------------------------------------------------
*** CHARGES ***                                                      CHARGES
CODE  DATE   DESCRIPTION                                             DEDUCTED
----------------------------------------------------------------------------------
85    09/06  FUEL HENRY,RICKEY PETRO: 2 #50                           371.32
----------------------------------------------------------------------------------
                  *** TOTAL CHARGES                                 3,410.01
                  *** TOTAL R/C/B CHARGE BACKS
                      E/C/B=Escrow charges not included in charges deducted total
----------------------------------------------------------------------------------
                  *** TOTAL AMOUNT DUE OWNER                        1,450.63
```

CFL000245

```
Date: 09/11/2014            Central Freight Lines,Inc.              SETT_CUR
Time: 12:34:29                Operator Settlements                Page:  146
-------------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 09/11/2014
OWNER HENRR  RICKEY HENRY
                                         DUE OWNER
                                         ----------
Loaded Miles                                3,180
Empty Miles                                   472
Lease Amt (%)                                   0
Lease Amt (Mileage)                      4,860.64
  Add Pay                                     .00
Gross Due Owner                          4,860.64
Reimbursements
  Total Reimbursements                        .00
Charges
  53 WASATCH LEASE PAYMENTS                770.00
  56 OMNITRAC                               19.50
  60 INS-PHYS DAMAGE                       129.15
  61 OWNER OCC INS                          31.85
  62 INS-BOBTAIL                             6.00
  63 DRIVER WORKER COMP                    268.92
  78 MAINTENANCE ESCROW                    243.03
  81 SURETY BOND ESCROW                     50.00
  85 FUEL PURCHASES                      1,891.56
Total Charges                            3,410.01
Unsettled Bal Fwd                            .00
Net Amt Due Owner                        1,450.63
Amt of Dir Deposit                       1,450.63
```

CFL000246

```
Date: 09/18/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 16:47:43               Operator Settlements              Page:  149
------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
      RICKEY HENRY
      13263 PLACENTIA STREET
      HESPERIA,CA 92344
------------------------------------------------------------------------
** TRIP PAYMENTS **                    ---LOADED------EMPTY----     DUE
ORDER    DATE  ORIGIN       DESTINATION    MLS  RATE  MLS  RATE    OWNER
------------------------------------------------------------------------
1342096 09/12  FONTANA    CA DENVER    CO  494 1.340    0  .00    661.96
1342096 09/12  FONTANA    CA DENVER    CO  494 1.340    0  .00    661.96
1343771 09/12  FONTANA    CA DENVER    CO    0  .000    0  .00       .00
1343771 09/12  FONTANA    CA DENVER    CO    0  .000    0  .00       .00
3305067 09/13  DENVER     CO CHICAGO   IL    0  .000  497 1.27    631.19
3305067 09/13  DENVER     CO CHICAGO   IL    0  .000  497 1.27    631.19
------------------------------------------------------------------------
               *** TOTAL REVENUE                               2,586.30
------------------------------------------------------------------------
*** CHARGES ***                                                CHARGES
CODE  DATE   DESCRIPTION                                       DEDUCTED
------------------------------------------------------------------------
53    08/30  WASATCH LEASE PAYMENTS                              620.00
53    08/30  WASATCH RENT PAYMENTS                               100.00
53    09/13  WASATCH MAKE UP PAYMENTS                             50.00
56    06/28  OMNITRAC IP 107087469                                19.50
60    08/23  INS-PHYS DAM/GAP                                    129.15
61    05/10  OWNER OCC HENRR                                      31.85
62    05/10  INS-BOBTAIL                                           6.00
63    08/09  DRIVER WC HENRR                                     268.92
78    05/10  MAINTENANCE ESCROW                                  129.32
81    05/10  SURETY BOND ESCROW                                   50.00
85    09/11  FUEL HENRY,RICKEY PETRO ONTARI                      202.39
85    09/11  FUEL HENRY,RICKEY PETRO ONTARI                      238.86
85    09/12  FUEL HENRY,MARTHA TA-PAROWAN                        313.85
85    09/13  FUEL HENRY,RICKEY TA-DENVER EA                      374.95
------------------------------------------------------------------------
               *** TOTAL CHARGES                               2,534.79
               *** TOTAL E/C/B CHARGE BACKS
                   E/C/B=Escrow charges not included in charges deducted total
------------------------------------------------------------------------
               *** TOTAL AMOUNT DUE OWNER                         51.51
```

CFL000247

```
Date: 09/18/2014          Central Freight Lines,Inc.          SETT_CUR
Time: 16:47:43              Operator Settlements             Page:  150
-----------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 09/18/2014
OWNER HENRR   RICKEY HENRY
                                  DUE OWNER
                                  ---------
Loaded Miles                           988
Empty Miles                            994
Lease Amt (%)                            0
Lease Amt (Mileage)              2,586.30
 Add Pay                              .00
Gross Due Owner                  2,586.30
Reimbursements
 Total Reimbursements                 .00
Charges
  53 WASATCH LEASE PAYMENTS        770.00
  56 OMNITRAC                       19.50
  60 INS-PHYS DAMAGE               129.15
  61 OWNER OCC INS                  31.85
  62 INS-BOBTAIL                     6.00
  63 DRIVER WORKER COMP            268.92
  78 MAINTENANCE ESCROW            129.32
  81 SURETY BOND ESCROW             50.00
  85 FUEL PURCHASES              1,130.05
Total Charges                    2,534.79
Unsettled Bal Fwd                     .00
Net Amt Due Owner                   51.51
Amt of Dir Deposit                  51.51
```

CFL000248

```
Date: 09/25/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 14:56:09              Operator Settlements                 Page:  148
----------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
----------------------------------------------------------------------------
** TRIP PAYMENTS **                    ---LOADED------EMPTY----      DUE
ORDER   DATE  ORIGIN       DESTINATION    MLS  RATE  MLS  RATE      OWNER
----------------------------------------------------------------------------
3305893 09/14 CHICAGO   IL MILWAUKEE   WI    0  .000   41 1.27      52.07
3305893 09/14 CHICAGO   IL MILWAUKEE   WI    0  .000   41 1.27      52.07
7738859 09/14 MILWAUKEE WI CHICAGO     IL   41 1.340    0  .00      54.94
7738859 09/14 MILWAUKEE WI CHICAGO     IL   41 1.340    0  .00      54.94
1007467 09/15 CHICAGO   IL PHOENIX     AZ  904 1.340    0  .00   1,211.36
1007467 09/15 CHICAGO   IL PHOENIX     AZ  904 1.340    0  .00   1,211.36
1007525 09/15 CHICAGO   IL PHOENIX     AZ    0  .000    0  .00        .00
1007525 09/15 CHICAGO   IL PHOENIX     AZ    0  .000    0  .00        .00
1253392 09/17 PHOENIX   AZ FORT WORTH  TX  525 1.340    0  .00     703.50
1253392 09/17 PHOENIX   AZ FORT WORTH  TX  525 1.340    0  .00     703.50
3308426 09/17 ABILENE   TX FORT WORTH  TX    0  .000   79 1.27     100.33
3308426 09/17 ABILENE   TX FORT WORTH  TX    0  .000   79 1.27     100.33
8985178 09/17 PHOENIX   AZ FORT WORTH  TX    0  .000    0  .00        .00
8985178 09/17 PHOENIX   AZ FORT WORTH  TX    0  .000    0  .00        .00
9705799 09/17 FORT WORTH TX ABILENE    TX   79 1.340    0  .00     105.86
9705799 09/17 FORT WORTH TX ABILENE    TX   79 1.340    0  .00     105.86
8464158 09/18 FORT WORTH TX FONTANA    CA  685 1.340    0  .00     917.90
8464158 09/18 FORT WORTH TX FONTANA    CA  685 1.340    0  .00     917.90
----------------------------------------------------------------------------
          *** TOTAL REVENUE                                       6,291.92
----------------------------------------------------------------------------
*** CHARGES ***                                                   CHARGES
CODE  DATE  DESCRIPTION                                          DEDUCTED
----------------------------------------------------------------------------
53    08/30  WASATCH LEASE PAYMENTS                                620.00
53    08/30  WASATCH RENT PAYMENTS                                 100.00
53    09/13  WASATCH MAKE UP PAYMENTS                               50.00
56    06/28  OMNITRAC IP 107087469                                  19.50
60    08/23  INS-PHYS DAM/GAP                                      129.15
61    05/10  OWNER OCC HENRR                                        31.85
62    05/10  INS-BOBTAIL                                             6.00
63    08/09  DRIVER WC HENRR                                       268.92
78    05/10  MAINTENANCE ESCROW                                    314.60
81    05/10  SURETY BOND ESCROW                                     50.00
85    09/14  FUEL HENRY,RICKEY PETRO FUEL #                        224.52
85    09/14  FUEL HENRY,RICKEY TA-BLOOMINGT                        359.95
```

```
Date: 09/25/2014           Central Freight Lines,Inc.              SETT_CUR
Time: 14:56:09              Operator Settlements                   Page:  149
---------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
---------------------------------------------------------------------------
*** CHARGES ***                                                   CHARGES
CODE  DATE   DESCRIPTION                                          DEDUCTED
---------------------------------------------------------------------------
85    09/15  FUEL HENRY,MARTHA TA-OKLAHOMA                          375.61
85    09/15  FUEL HENRY,MARTHA TA-HOLBROOK                          540.36
85    09/16  FUEL HENRY,RICKEY PETRO FUEL #                         437.68
85    09/17  FUEL HENRY,MARTHA PETRO FUEL #                         433.92
85    09/18  FUEL HENRY,RICKEY TA-LAS CRUCE                         325.32
90    09/20  WASATCH EXCESS MILES AUG                               440.55
---------------------------------------------------------------------------
              *** TOTAL CHARGES                                   4,727.93
              *** TOTAL E/C/B CHARGE BACKS
                  R/C/B=Escrow charges not included in charges deducted total
---------------------------------------------------------------------------
              *** TOTAL AMOUNT DUE OWNER                          1,563.99
```

CFL000250

```
Date: 09/25/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 14:56:09               Operator Settlements             Page:  150
--------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 09/25/2014
OWNER HENRR   RICKEY HENRY
                                    DUE OWNER
                                    ---------
Loaded Miles                            4,468
Empty Miles                               240
Lease Amt (%)                               0
Lease Amt (Mileage)                  6,291.92
 Add Pay                                   .00
Gross Due Owner                      6,291.92
Reimbursements
 Total Reimbursements                      .00
Charges
 53 WASATCH LEASE PAYMENTS             770.00
 56 OMNITRAC                             19.50
 60 INS-PHYS DAMAGE                     129.15
 61 OWNER OCC INS                        31.85
 62 INS-BOBTAIL                           6.00
 63 DRIVER WORKER COMP                  268.92
 78 MAINTENANCE ESCROW                  314.60
 81 SURETY BOND ESCROW                   50.00
 85 FUEL PURCHASES                    2,697.36
 90 WASATCH EXCESS MILES                440.55
Total Charges                         4,727.93
Unsettled Bal Fwd                          .00
Net Amt Due Owner                     1,563.99
Amt of Dir Deposit                    1,563.99
```

CFL000251

```
Date: 10/02/2014        Central Freight Lines,Inc.              SETT_CUR
Time: 12:02:55             Operator Settlements               Page:  149
-------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
-------------------------------------------------------------------------
** TRIP PAYMENTS **                      ---LOADED------EMPTY----    DUE
ORDER   DATE  ORIGIN        DESTINATION    MLS  RATE  MLS  RATE    OWNER
-------------------------------------------------------------------------
1287085 09/26 HOUSTON     TX OKLAHOMA CIT OK 224 1.340   0  .00   300.16
1287085 09/26 HOUSTON     TX OKLAHOMA CIT OK 224 1.340   0  .00   300.16
1348093 09/26 FONTANA     CA HOUSTON     TX 755 1.340   0  .00 1,011.70
1348093 09/26 FONTANA     CA HOUSTON     TX 755 1.340   0  .00 1,011.70
        09/27 5HRS TRL B/D   092414          0  .000   0  .00    82.50
1286053 09/27 FORT WORTH  TX OKLAHOMA CIT OK 105 1.340   0  .00   140.70
1286053 09/27 FORT WORTH  TX OKLAHOMA CIT OK 105 1.340   0  .00   140.70
1387224 09/27 OKLAHOMA CIT OK FORT WORTH  TX 105 1.340   0  .00   140.70
1387224 09/27 OKLAHOMA CIT OK FORT WORTH  TX 105 1.340   0  .00   140.70
-------------------------------------------------------------------------
              *** TOTAL REVENUE                              3,269.02
-------------------------------------------------------------------------
*** CHARGES ***                                             CHARGES
CODE  DATE   DESCRIPTION                                     DEDUCTED
-------------------------------------------------------------------------
53    08/30  WASATCH LEASE PAYMENTS                           620.00
53    08/30  WASATCH RENT PAYMENTS                            100.00
53    09/13  WASATCH MAKE UP PAYMENTS                          50.00
56    06/28  OMNITRAC IP 107087469                             19.50
60    08/23  INS-PHYS DAM/GAP                                 129.15
61    05/10  OWNER OCC HENRR                                   31.85
62    05/10  INS-BOBTAIL                                        6.00
63    09/27  DRIVER WC HENRR                                  121.67
63    09/27  DRIVER WC RFD SEPT 0901-092014                  441.75-
78    05/10  MAINTENANCE ESCROW                               163.45
81    05/10  SURETY BOND ESCROW                                50.00
85    09/24  FUEL HENRY,RICKEY PETRO ONTARI                   211.18
85    09/25  FUEL HENRY,RICKEY TA-ELOY                        514.79
85    09/26  FUEL HENRY,RICKEY TA-SAN ANTON                   496.61
85    09/27  FUEL HENRY,RICKEY PETRO FUEL #                   192.09
-------------------------------------------------------------------------
              *** TOTAL CHARGES                              2,264.54
              *** TOTAL E/C/B CHARGE BACKS
                  E/C/B=Escrow charges not included in charges deducted total
-------------------------------------------------------------------------
              *** TOTAL AMOUNT DUE OWNER                     1,004.48
```

CFL000252

```
Date: 10/02/2014            Central Freight Lines,Inc.            SETT_CUR
Time: 12:02:55                Operator Settlements               Page:  150
--------------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 10/02/2014
OWNER HENRR   RICKEY HENRY
                                    DUE OWNER
                                    ---------
Loaded Miles                          2,378
Empty Miles                               0
Lease Amt (%)                             0
Lease Amt (Mileage)                   3,186.52
 Add Pay                                 82.50
Gross Due Owner                       3,269.02
Reimbursements
  Total Reimbursements                    .00
Charges
  53 WASATCH LEASE PAYMENTS            770.00
  56 OMNITRAC                           19.50
  60 INS-PHYS DAMAGE                   129.15
  61 OWNER OCC INS                      31.85
  62 INS-BOBTAIL                         6.00
  63 DRIVER WORKER COMP                320.08-
  78 MAINTENANCE ESCROW                163.45
  81 SURETY BOND ESCROW                 50.00
  85 FUEL PURCHASES                   1,414.67
Total Charges                        2,264.54
Unsettled Bal Fwd                         .00
Net Amt Due Owner                    1,004.48
Amt of Dir Deposit                   1,004.48
```

CFL000253

```
Date: 10/08/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 17:57:19              Operator Settlements                 Page:  153
----------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
----------------------------------------------------------------------------
** TRIP PAYMENTS **                       ---LOADED------EMPTY----      DUE
ORDER    DATE  ORIGIN          DESTINATION    MLS   RATE MLS   RATE    OWNER
----------------------------------------------------------------------------
3317237 09/28 OKLAHOMA CIT OK FORT WORTH   TX    0  .000  105 1.26    132.30
3317237 09/28 OKLAHOMA CIT OK FORT WORTH   TX    0  .000  105 1.26    132.30
9704743 09/29 FORT WORTH   TX PHOENIX      AZ  525 1.330    0  .00    698.25
9704743 09/29 FORT WORTH   TX PHOENIX      AZ  525 1.330    0  .00    698.25
1259076 09/30 PHOENIX      AZ FORT WORTH   TX  525 1.330    0  .00    698.25
1259076 09/30 PHOENIX      AZ FORT WORTH   TX  525 1.330    0  .00    698.25
9361130 10/01 FORT WORTH   TX FRESNO       CA  777 1.330    0  .00  1,033.41
9361130 10/01 FORT WORTH   TX FRESNO       CA  777 1.330    0  .00  1,033.41
9368804 10/01 FORT WORTH   TX FRESNO       CA    0  .000    0  .00       .00
9368804 10/01 FORT WORTH   TX FRESNO       CA    0  .000    0  .00       .00
3319852 10/02 FRESNO       CA FONTANA      CA  130 1.330    0  .00    172.90
3319852 10/02 FRESNO       CA FONTANA      CA  130 1.330    0  .00    172.90
8237182 10/02 FRESNO       CA FONTANA      CA    0  .000    0  .00       .00
8237182 10/02 FRESNO       CA FONTANA      CA    0  .000    0  .00       .00
----------------------------------------------------------------------------
              *** TOTAL REVENUE                                     5,470.22
----------------------------------------------------------------------------
*** CHARGES ***                                                     CHARGES
CODE   DATE  DESCRIPTION                                           DEDUCTED
----------------------------------------------------------------------------
 53   08/30  WASATCH LEASE PAYMENTS                                  620.00
 53   08/30  WASATCH RENT PAYMENTS                                   100.00
 53   09/13  WASATCH MAKE UP PAYMENTS                                 50.00
 56   06/28  OMNITRAC IP 107087469                                    19.50
 60   08/23  INS-PHYS DAM/GAP                                        129.15
 61   05/10  OWNER OCC HENRR                                          31.85
 62   05/10  INS-BOBTAIL                                               6.00
 63   09/27  DRIVER WC HENRR                                         121.67
 78   05/10  MAINTENANCE ESCROW                                      273.51
 81   05/10  SURETY BOND ESCROW                                       50.00
 85   09/28  FUEL HENRY,RICKEY TA-DENTON TR                          550.37
 85   09/29  FUEL HENRY,RICKEY FLYING J #69                           42.00
 85   09/29  FUEL HENRY,RICKEY PETRO FUEL #                          374.94
 85   09/30  FUEL HENRY,RICKEY TA-BIG SPRIN                          556.20
 85   10/01  FUEL HENRY,RICKEY TA-MORIARTY                           527.62
 85   10/01  FUEL HENRY,RICKEY PETRO FUEL #                          253.90
----------------------------------------------------------------------------
              *** TOTAL CHARGES                                     3,706.71
              *** TOTAL E/C/B CHARGE BACKS
                  E/C/B=Escrow charges not included in charges deducted total
----------------------------------------------------------------------------
              *** TOTAL AMOUNT DUE OWNER                            1,763.51
```

CFL000254

```
Date: 10/08/2014          Central Freight Lines,Inc.          SETT_CUR
Time: 17:57:19               Operator Settlements             Page:  154
------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 10/08/2014
OWNER HENRR   RICKEY HENRY JR.
                                    DUE OWNER
                                    ---------
Loaded Miles                          3,914
Empty Miles                             210
Lease Amt (%)                             0
Lease Amt (Mileage)                 5,470.22
 Add Pay                                 .00
Gross Due Owner                     5,470.22
Reimbursements
 Total Reimbursements                    .00
Charges
 53 WASATCH LEASE PAYMENTS            770.00
 56 OMNITRAC                           19.50
 60 INS-PHYS DAMAGE                   129.15
 61 OWNER OCC INS                      31.85
 62 INS-BOBTAIL                         6.00
 63 DRIVER WORKER COMP                121.67
 78 MAINTENANCE ESCROW               273.51
 81 SURETY BOND ESCROW                50.00
 85 FUEL PURCHASES                  2,305.03
Total Charges                       3,706.71
Unsettled Bal Fwd                        .00
Net Amt Due Owner                   1,763.51
Amt of Dir Deposit                  1,763.51
```

CFL000255

```
Date: 10/15/2014        Central Freight Lines,Inc.              SETT_CUR
Time: 11:55:27             Operator Settlements                 Page:  153
```
--------------------------------------------------------------------------
```
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
```
--------------------------------------------------------------------------

| ** TRIP PAYMENTS ** | | | | ---LOADED--- | | ---EMPTY--- | | DUE |
|---|---|---|---|---|---|---|---|---|
| ORDER | DATE | ORIGIN | DESTINATION | MLS | RATE | MLS | RATE | OWNER |
| 1442524 | 10/07 | FONTANA         CA | ALBUQUERQUE  NM | 379 | 1.330 | 0 | .00 | 504.07 |
| 1442524 | 10/07 | FONTANA         CA | ALBUQUERQUE  NM | 379 | 1.330 | 0 | .00 | 504.07 |
| 1443282 | 10/07 | FONTANA         CA | ALBUQUERQUE  NM | 0 | .000 | 0 | .00 | .00 |
| 1443282 | 10/07 | FONTANA         CA | ALBUQUERQUE  NM | 0 | .000 | 0 | .00 | .00 |
| 7095342 | 10/08 | ALBUQUERQUE  NM | FORT WORTH   TX | 320 | 1.330 | 0 | .00 | 425.60 |
| 7095342 | 10/08 | ALBUQUERQUE  NM | FORT WORTH   TX | 320 | 1.330 | 0 | .00 | 425.60 |
| 3326030 | 10/09 | CHATTANOOGA  TN | NASHVILLE    TN | 0 | .000 | 67 | 1.26 | 84.42 |
| 3326030 | 10/09 | CHATTANOOGA  TN | NASHVILLE    TN | 0 | .000 | 67 | 1.26 | 84.42 |
| 8468001 | 10/09 | FORT WORTH   TX | CHATTANOOGA  TN | 407 | 1.330 | 0 | .00 | 541.31 |
| 8468001 | 10/09 | FORT WORTH   TX | CHATTANOOGA  TN | 407 | 1.330 | 0 | .00 | 541.31 |
| 8825770 | 10/09 | NASHVILLE    TN | FORT WORTH   TX | 349 | 1.330 | 0 | .00 | 464.17 |
| 8825770 | 10/09 | NASHVILLE    TN | FORT WORTH   TX | 349 | 1.330 | 0 | .00 | 464.17 |
| 3328028 | 10/10 | CHATTANOOGA  TN | MEMPHIS      TN | 0 | .000 | 169 | 1.26 | 212.94 |
| 3328028 | 10/10 | CHATTANOOGA  TN | MEMPHIS      TN | 0 | .000 | 169 | 1.26 | 212.94 |
| 7014715 | 10/10 | FORT WORTH   TX | CHATTANOOGA  TN | 407 | 1.330 | 0 | .00 | 541.31 |
| 7014715 | 10/10 | FORT WORTH   TX | CHATTANOOGA  TN | 407 | 1.330 | 0 | .00 | 541.31 |
| 2517654 | 10/11 | TEXARKANA    TX | FORT WORTH   TX | 105 | 1.330 | 0 | .00 | 139.65 |
| 2517654 | 10/11 | TEXARKANA    TX | FORT WORTH   TX | 105 | 1.330 | 0 | .00 | 139.65 |
| 3328234 | 10/11 | MEMPHIS      TN | TEXARKANA    TX | 0 | .000 | 147 | 1.26 | 185.22 |
| 3328234 | 10/11 | MEMPHIS      TN | TEXARKANA    TX | 0 | .000 | 147 | 1.26 | 185.22 |
| 7011414 | 10/11 | FORT WORTH   TX | FRESNO       CA | 777 | 1.330 | 0 | .00 | 1,033.41 |
| 7011414 | 10/11 | FORT WORTH   TX | FRESNO       CA | 777 | 1.330 | 0 | .00 | 1,033.41 |
| 9363821 | 10/11 | FORT WORTH   TX | FRESNO       CA | 0 | .000 | 0 | .00 | .00 |
| 9363821 | 10/11 | FORT WORTH   TX | FRESNO       CA | 0 | .000 | 0 | .00 | .00 |

--------------------------------------------------------------------------
```
             *** TOTAL REVENUE                                  8,264.20
```
--------------------------------------------------------------------------

| *** CHARGES *** | | | CHARGES |
|---|---|---|---|
| CODE | DATE | DESCRIPTION | DEDUCTED |
| 53 | 08/30 | WASATCH LEASE PAYMENTS | 620.00 |
| 53 | 08/30 | WASATCH RENT PAYMENTS | 100.00 |
| 53 | 09/13 | WASATCH MAKE UP PAYMENTS | 50.00 |
| 56 | 06/28 | OMNITRAC IP 107087469 | 19.50 |
| 60 | 08/23 | INS-PHYS DAM/GAP | 129.15 |
| 61 | 05/10 | OWNER OCC HENRR | 31.85 |

CFL000256

```
Date: 10/15/2014          Central Freight Lines, Inc.          SETT_CUR
Time: 11:55:27               Operator Settlements             Page:  154
-----------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
-----------------------------------------------------------------------------
*** CHARGES ***                                               CHARGES
CODE  DATE   DESCRIPTION                                      DEDUCTED
-----------------------------------------------------------------------------
62    05/10  INS-BOBTAIL                                          6.00
63    09/27  DRIVER WC HENRR                                    121.67
78    05/10  MAINTENANCE ESCROW                                 413.21
81    05/10  SURETY BOND ESCROW                                  50.00
85    10/06  FUEL HENRY,RICKEY PETRO ONTARI                     179.43
85    10/07  FUEL HENRY,RICKEY PETRO FUEL #                     445.07
85    10/07  FUEL HENRY,RICKEY PETRO FUEL #                     341.92
85    10/08  FUEL HENRY,RICKEY PILOT #486                        33.98
85    10/08  FUEL HENRY,RICKEY TA-TUSCALOOS                     455.25
85    10/09  FUEL HENRY,RICKEY TA-ROCKWALL                      445.74
85    10/10  FUEL HENRY,MARTHA TA-DENMARK (                     538.95
85    10/11  FUEL HENRY,RICKEY TA-AMARILLO                      456.39
90    10/11  WASATCH EXCESS MILES SEPT                          406.80
-----------------------------------------------------------------------------
                 *** TOTAL CHARGES                            4,844.91
                 *** TOTAL E/C/B CHARGE BACKS
                     E/C/B-Escrow charges not included in charges deducted total
-----------------------------------------------------------------------------
                 *** TOTAL AMOUNT DUE OWNER                   3,419.29
```

CFL000257

```
Date: 10/15/2014          Central Freight Lines,Inc.          SETT_CUR
Time: 11:55:27               Operator Settlements           Page:  155
------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 10/15/2014
OWNER HENRR   RICKEY HENRY JR.
                                    DUE OWNER
                                    ---------
Loaded Miles                           5,488
Empty Miles                              766
Lease Amt (%)                              0
Lease Amt (Mileage)                    8,264.20
 Add Pay                                  .00
Gross Due Owner                        8,264.20
Reimbursements
 Total Reimbursements                     .00
Charges
 53 WASATCH LEASE PAYMENTS              770.00
 56 OMNITRAC                             19.50
 60 INS-PHYS DAMAGE                     129.15
 61 OWNER OCC INS                        31.85
 62 INS-BOBTAIL                           6.00
 63 DRIVER WORKER COMP                  121.67
 78 MAINTENANCE ESCROW                  413.21
 81 SURETY BOND ESCROW                   50.00
 85 FUEL PURCHASES                    2,896.73
 90 WASATCH EXCESS MILES                406.80
Total Charges                         4,844.91
Unsettled Bal Fwd                         .00
Net Amt Due Owner                     3,419.29
Amt of Dir Deposit                    3,419.29
```

CFL000258

```
Date: 10/23/2014        Central Freight Lines,Inc.              SETT_CUR
Time: 11:13:56             Operator Settlements              Page:  152
```
---
```
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
```
---

| ** TRIP PAYMENTS ** | | | | ---LOADED--- | | ---EMPTY--- | | DUE |
| ORDER | DATE | ORIGIN | DESTINATION | MLS | RATE | MLS | RATE | OWNER |
|---|---|---|---|---|---|---|---|---|
| 3329315 | 10/13 | FRESNO | CA FONTANA | CA | 0 | .000 | 130 1.25 | 162.50 |
| 3329315 | 10/13 | FRESNO | CA FONTANA | CA | 0 | .000 | 130 1.25 | 162.50 |
| 3329331 | 10/13 | FRESNO | CA FONTANA | CA | 0 | .000 | 0 .00 | .00 |
| 3329331 | 10/13 | FRESNO | CA FONTANA | CA | 0 | .000 | 0 .00 | .00 |
| 1492024 | 10/17 | FONTANA | CA ALBUQUERQUE | NM | 379 | 1.320 | 0 .00 | 500.28 |
| 1492024 | 10/17 | FONTANA | CA ALBUQUERQUE | NM | 379 | 1.320 | 0 .00 | 500.28 |
| 1493691 | 10/17 | FONTANA | CA ALBUQUERQUE | NM | 0 | .000 | 0 .00 | .00 |
| 1493691 | 10/17 | FONTANA | CA ALBUQUERQUE | NM | 0 | .000 | 0 .00 | .00 |
| 3334190 | 10/18 | ALBUQUERQUE | NM PHOENIX | AZ | 236 | 1.320 | 0 .00 | 311.52 |
| 3334190 | 10/18 | ALBUQUERQUE | NM PHOENIX | AZ | 236 | 1.320 | 0 .00 | 311.52 |
| 7095847 | 10/18 | ALBUQUERQUE | NM PHOENIX | AZ | 0 | .000 | 0 .00 | .00 |
| 7095847 | 10/18 | ALBUQUERQUE | NM PHOENIX | AZ | 0 | .000 | 0 .00 | .00 |

---
```
               *** TOTAL REVENUE                            1,948.60
```
---

| *** CHARGES *** | | | CHARGES |
| CODE | DATE | DESCRIPTION | DEDUCTED |
|---|---|---|---|
| 53 | 08/30 | WASATCH RENT PAYMENTS | 100.00 |
| 53 | 09/13 | WASATCH MAKE UP PAYMENTS | 50.00 |
| 56 | 06/28 | OMNITRAC IP 107087469 | 19.50 |
| 60 | 08/23 | INS-PHYS DAM/CAP | 129.15 |
| 61 | 05/10 | OWNER OCC HENRR | 31.85 |
| 62 | 05/10 | INS-BOBTAIL | 6.00 |
| 63 | 09/27 | DRIVER WC HENRR | 121.67 |
| 78 | 05/10 | MAINTENANCE ESCROW | 97.43 |
| 81 | 05/10 | SURETY BOND ESCROW | 50.00 |
| 85 | 10/12 | FUEL HENRY,RICKEY PETRO FUEL # | 490.70 |
| 85 | 10/16 | FUEL HENRY,RICKEY PILOT #381 | 37.08 |
| 85 | 10/17 | FUEL HENRY,MARTHA PETRO FUEL # | 512.11 |

---
```
               *** TOTAL CHARGES                            1,645.49
               *** TOTAL E/C/B CHARGE BACKS
                   E/C/B=Escrow charges not included in charges deducted total
```
---
```
               *** TOTAL AMOUNT DUE OWNER                     303.11
```

```
Date: 10/23/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 11:13:56              Operator Settlements              Page:  153
--------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 10/23/2014
OWNER HENRR   RICKEY HENRY JR.
                                  DUE OWNER
                                 ----------
Loaded Miles                         1,230
Empty Miles                            260
Lease Amt (%)                            0
Lease Amt (Mileage)              1,948.60
 Add Pay                              .00
Gross Due Owner                  1,948.60
Reimbursements
  Total Reimbursements               .00
Charges
  53 WASATCH LEASE PAYMENTS        150.00
  56 OMNITRAC                       19.50
  60 INS-PHYS DAMAGE              129.15
  61 OWNER OCC INS                 31.85
  62 INS-BOBTAIL                    6.00
  63 DRIVER WORKER COMP           121.67
  78 MAINTENANCE ESCROW            97.43
  81 SURETY BOND ESCROW            50.00
  85 FUEL PURCHASES              1,039.89
Total Charges                    1,645.49
Unsettled Bal Fwd                    .00
Net Amt Due Owner                  303.11
Amt of Dir Deposit                 303.11
```

CFL000260

```
Date: 10/29/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 11:04:00              Operator Settlements                Page:  152
-------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
-------------------------------------------------------------------------
** TRIP PAYMENTS **                      ---LOADED------EMPTY----    DUE
ORDER    DATE  ORIGIN        DESTINATION   MLS  RATE  MLS  RATE    OWNER
-------------------------------------------------------------------------
9311994 10/19  PHOENIX    AZ FONTANA    CA 165 1.310    0  .00    216.15
9311994 10/19  PHOENIX    AZ FONTANA    CA 165 1.310    0  .00    216.15
1496108 10/23  FONTANA    CA PHOENIX    AZ 165 1.310    0  .00    216.15
1496108 10/23  FONTANA    CA PHOENIX    AZ 165 1.310    0  .00    216.15
1496322 10/23  FONTANA    CA PHOENIX    AZ   0  .000    0  .00       .00
1496322 10/23  FONTANA    CA PHOENIX    AZ   0  .000    0  .00       .00
1537067 10/23  PHOENIX    AZ FRESNO     CA 297 1.310    0  .00    389.07
1537067 10/23  PHOENIX    AZ FRESNO     CA 297 1.310    0  .00    389.07
1537083 10/23  PHOENIX    AZ FRESNO     CA   0  .000    0  .00       .00
1537083 10/23  FRESNO     CA SACRAMENTO CA  89 1.310    0  .00    116.59
1537083 10/23  PHOENIX    AZ FRESNO     CA   0  .000    0  .00       .00
1537083 10/23  FRESNO     CA SACRAMENTO CA  89 1.310    0  .00    116.59
3339025 10/23  FRESNO     CA SACRAMENTO CA   0  .000    0  .00       .00
3339025 10/23  FRESNO     CA SACRAMENTO CA   0  .000    0  .00       .00
3339702 10/24  FRESNO     CA HAYWARD    CA   0  .000   90 1.24    111.60
3339702 10/24  FRESNO     CA HAYWARD    CA   0  .000   90 1.24    111.60
7357627 10/24  SACRAMENTO CA FRESNO     CA  89 1.310    0  .00    116.59
7357627 10/24  SACRAMENTO CA FRESNO     CA  89 1.310    0  .00    116.59
7357759 10/24  SACRAMENTO CA FRESNO     CA   0  .000    0  .00       .00
7357759 10/24  SACRAMENTO CA FRESNO     CA   0  .000    0  .00       .00
-------------------------------------------------------------------------
             *** TOTAL REVENUE                               2,332.30
-------------------------------------------------------------------------
*** CHARGES ***                                             CHARGES
CODE  DATE  DESCRIPTION                                     DEDUCTED
-------------------------------------------------------------------------
56   06/28  OMNITRAC IP 107087469                             19.50
60   08/23  INS-PHYS DAM/GAP                                 129.15
61   05/10  OWNER OCC HENRR                                   31.85
62   05/10  INS-BOBTAIL                                        6.00
63   09/27  DRIVER WC HENRR                                  121.67
78   05/10  MAINTENANCE ESCROW                               116.62
81   05/10  SURETY BOND ESCROW                                50.00
85   10/19  FUEL HENRY,MARTHA TA-COACHELLA                   299.71
85   10/23  FUEL HENRY,RICKEY TA-TONOPAH                     540.55
85   10/24  FUEL HENRY,RICKEY TA-LIVINGSTO                   294.90
```

CFL000261

```
Date: 10/29/2014              Central Freight Lines,Inc.              SETT_CUR
Time: 11:04:00                  Operator Settlements                 Page:  153
---------------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
---------------------------------------------------------------------------------
*** CHARGES ***                                                      CHARGES
CODE  DATE   DESCRIPTION                                             DEDUCTED
---------------------------------------------------------------------------------
85    10/25  FUEL HENRY,MARTHA TA-BARSTOW                             377.58
85    10/25  FUEL HENRY,MARTHA PETRO FUEL #                           514.92
---------------------------------------------------------------------------------
              *** TOTAL CHARGES                                      2,502.45
              *** TOTAL E/C/B CHARGE BACKS
                   E/C/B=Escrow charges not included in charges deducted total
---------------------------------------------------------------------------------
              *** TOTAL AMOUNT DUE OWNER                              170.15-
```

CFL000262

```
Date: 10/29/2014            Central Freight Lines,Inc.              SETT_CUR
Time: 11:04:00                 Operator Settlements                Page: 154
-----------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 10/29/2014
OWNER HENRR  RICKEY HENRY JR.
                                    DUE OWNER
                                    ---------
Loaded Miles                           1,610
Empty Miles                              180
Lease Amt (%)                              0
Lease Amt (Mileage)                   2,332.30
 Add Pay                                  .00
Gross Due Owner                       2,332.30
Reimbursements
  46 Auto Advance Reimbursement         170.15
  Total Reimbursements                    .00
Charges
  56 OMNITRAC                            19.50
  60 INS-PHYS DAMAGE                    129.15
  61 OWNER OCC INS                       31.85
  62 INS-BOBTAIL                          6.00
  63 DRIVER WORKER COMP                 121.67
  78 MAINTENANCE ESCROW                 116.62
  81 SURETY BOND ESCROW                  50.00
  85 FUEL PURCHASES                    2,027.66
Total Charges                         2,502.45
Unsettled Bal Fwd                       170.15
Net Amt Due Owner                         .00
Amt of Dir.Deposit                        .00
```

CFL000263

```
Date: 11/06/2014              Central Freight Lines,Inc.              SETT_CUR
Time: 14:27:03                   Operator Settlements               Page:  149
--------------------------------------------------------------------------------
Owner: HBNRR   Unit: 500033
        RICKEY HENRY JR.
        13263 PLACENTIA STREET
        HESPERIA,CA 92344
--------------------------------------------------------------------------------
```

| ** TRIP PAYMENTS ** | | | | ---LOADED--- | | ---EMPTY--- | | DUE |
|---|---|---|---|---|---|---|---|---|
| ORDER | DATE | ORIGIN | DESTINATION | MLS | RATE | MLS | RATE | OWNER |
| 8978009 | 10/26 | HAYWARD CA | FORT WORTH TX | 852 | 1.310 | 0 | .00 | 1,116.12 |
| 8978009 | 10/26 | HAYWARD CA | FORT WORTH TX | 852 | 1.310 | 0 | .00 | 1,116.12 |
| 9084724 | 10/26 | HAYWARD CA | FORT WORTH TX | 0 | .000 | 0 | .00 | .00 |
| 9084724 | 10/26 | HAYWARD CA | FORT WORTH TX | 0 | .000 | 0 | .00 | .00 |
| 3341435 | 10/27 | FRESNO CA | SACRAMENTO CA | 89 | 1.310 | 0 | .00 | 116.59 |
| 3341435 | 10/27 | FRESNO CA | SACRAMENTO CA | 89 | 1.310 | 0 | .00 | 116.59 |
| 6498844 | 10/27 | FORT WORTH TX | FRESNO CA | 777 | 1.310 | 0 | .00 | 1,017.87 |
| 6498844 | 10/27 | FORT WORTH TX | FRESNO CA | 777 | 1.310 | 0 | .00 | 1,017.87 |
| 7014145 | 10/27 | FORT WORTH TX | FRESNO CA | 0 | .000 | 0 | .00 | .00 |
| 7014145 | 10/27 | FORT WORTH TX | FRESNO CA | 0 | .000 | 0 | .00 | .00 |
| 9170812 | 10/27 | FRESNO CA | SACRAMENTO CA | 0 | .000 | 0 | .00 | .00 |
| 9170812 | 10/27 | FRESNO CA | SACRAMENTO CA | 0 | .000 | 0 | .00 | .00 |
| 1510205 | 10/28 | SACRAMENTO CA | HAYWARD CA | 58 | 1.310 | 0 | .00 | 75.98 |
| 1510205 | 10/28 | HAYWARD CA | FONTANA CA | 204 | 1.310 | 0 | .00 | 267.24 |
| 1510205 | 10/28 | SACRAMENTO CA | HAYWARD CA | 58 | 1.310 | 0 | .00 | 75.98 |
| 1510205 | 10/28 | HAYWARD CA | FONTANA CA | 204 | 1.310 | 0 | .00 | 267.24 |
| 3341872 | 10/28 | SACRAMENTO CA | HAYWARD CA | 0 | .000 | 0 | .00 | .00 |
| 3341872 | 10/28 | SACRAMENTO CA | HAYWARD CA | 0 | .000 | 0 | .00 | .00 |
| 9082025 | 10/28 | HAYWARD CA | FONTANA CA | 0 | .000 | 0 | .00 | .00 |
| 9082025 | 10/28 | HAYWARD CA | FONTANA CA | 0 | .000 | 0 | .00 | .00 |
| | 11/01 | 20 D&H | 0903-101814 | 0 | .000 | 0 | .00 | 165.00 |

```
--------------------------------------------------------------------------------
                 *** TOTAL REVENUE                                   5,352.60
--------------------------------------------------------------------------------
```

| *** CHARGES *** | | | CHARGES |
|---|---|---|---|
| CODE | DATE | DESCRIPTION | DEDUCTED |
| 53 | 11/01 | WASATCH LEASE PAYMENTS | 620.00 |
| 53 | 11/01 | WASATCH RENT PAYMENTS | 100.00 |
| 53 | 11/01 | WASATCH MAKE UP PAYMENTS | 50.00 |
| 56 | 06/28 | OMNITRAC IP 107087469 | 19.50 |
| 60 | 08/23 | INS-PHYS DAM/GAP | 129.15 |
| 61 | 05/10 | OWNER OCC HENRR | 31.85 |
| 62 | 05/10 | INS-BOBTAIL | 6.00 |
| 63 | 09/27 | DRIVER WC HENRR | 121.67 |
| 78 | 05/10 | MAINTENANCE ESCROW | 267.63 |

CFL000264

```
Date: 11/06/2014              Central Freight Lines,Inc.              SETT_CUR
Time: 14:27:03                  Operator Settlements                 Page:  150
-------------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
-------------------------------------------------------------------------------
*** CHARGES ***                                                      CHARGES
 CODE  DATE   DESCRIPTION                                            DEDUCTED
-------------------------------------------------------------------------------
 81    05/10  SURETY BOND ESCROW                                       50.00
 85    10/26  FUEL HENRY,RICKEY TA-MORIARTY                           567.39
 85    10/27  FUEL HENRY,RICKEY TA-BARSTOW                            390.83
 89    11/07  PREV SETTLE BALFWD                                      170.15
-------------------------------------------------------------------------------
              *** TOTAL CHARGES                                     2,524.17
              *** TOTAL E/C/B CHARGE BACKS
                  E/C/B=Escrow charges not included in charges deducted total
-------------------------------------------------------------------------------
              *** TOTAL AMOUNT DUE OWNER                            2,828.43
```

CFL000265

```
Date: 11/06/2014          Central Freight Lines,Inc.           SETT_CUR
Time: 14:27:03             Operator Settlements            Page:  151
-----------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 11/06/2014
OWNER HENRR  RICKEY HENRY JR.
                                  DUE OWNER
                                  ---------
Loaded Miles                         3,960
Empty Miles                              0
Lease Amt (%)                            0
Lease Amt (Mileage)              5,187.60
 Add Pay                           165.00
Gross Due Owner                  5,352.60
Reimbursements
 Total Reimbursements                 .00
Charges
 53 WASATCH LEASE PAYMENTS         770.00
 56 OMNITRAC                        19.50
 60 INS-PHYS DAMAGE                129.15
 61 OWNER OCC INS                   31.85
 62 INS-BOBTAIL                      6.00
 63 DRIVER WORKER COMP             121.67
 78 MAINTENANCE ESCROW             267.63
 81 SURETY BOND ESCROW              50.00
 85 FUEL PURCHASES                 958.22
 89 AUTO ADVANCE DEDUCTION         170.15
Total Charges                    2,524.17
Unsettled Bal Fwd                     .00
Net Amt Due Owner                2,828.43
Amt of Dir Deposit               2,828.43
```

CFL000266

```
Date: 11/12/2014        Central Freight Lines,Inc.              SETT_CUR
Time: 14:49:56             Operator Settlements               Page:  153
---------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
      RICKEY HENRY JR.
      13263 PLACENTIA STREET
      HESPERIA,CA 92344
---------------------------------------------------------------------------
** TRIP PAYMENTS **                      ---LOADED------EMPTY----    DUE
ORDER   DATE  ORIGIN       DESTINATION    MLS  RATE MLS  RATE     OWNER
---------------------------------------------------------------------------
1374875 11/05 FONTANA    CA EL PASO   TX  385 1.310   0  .00     504.35
1374875 11/05 EL PASO    TX FORT WORTH TX  301 1.310   0  .00     394.31
1374875 11/05 FONTANA    CA EL PASO   TX  385 1.310   0  .00     504.35
1374875 11/05 EL PASO    TX FORT WORTH TX  301 1.310   0  .00     394.31
1374883 11/05 FONTANA    CA EL PASO   TX    0  .000   0  .00        .00
1374883 11/05 FONTANA    CA EL PASO   TX    0  .000   0  .00        .00
9510116 11/05 EL PASO    TX FORT WORTH TX    0  .000   0  .00        .00
9510116 11/05 EL PASO    TX FORT WORTH TX    0  .000   0  .00        .00
8416232 11/07 FORT WORTH TX FONTANA   CA  685 1.310   0  .00     897.35
8416232 11/07 FORT WORTH TX FONTANA   CA  685 1.310   0  .00     897.35
---------------------------------------------------------------------------
              *** TOTAL REVENUE                               3,592.02
---------------------------------------------------------------------------
*** CHARGES ***                                              CHARGES
CODE  DATE  DESCRIPTION                                      DEDUCTED
---------------------------------------------------------------------------
53    11/01 WASATCH LEASE PAYMENTS                            620.00
53    11/01 WASATCH RENT PAYMENTS                             100.00
53    11/01 WASATCH MAKE UP PAYMENTS                           50.00
56    06/28 OMNITRAC IP 107087469                              19.50
60    08/23 INS-PHYS DAM/GAP                                  129.15
61    05/10 OWNER OCC HENRR                                    31.85
62    05/10 INS-BOBTAIL                                         6.00
63    09/27 DRIVER WC HENRR                                   121.67
78    05/10 MAINTENANCE ESCROW                                179.60
81    05/10 SURETY BOND ESCROW                                 50.00
85    11/04 FUEL HENRY,MARTHA TA-COACHELLA                    426.77
85    11/05 FUEL HENRY,RICKEY TA-TONOPAH                       43.08
85    11/05 FUEL HENRY,RICKEY PETRO FUEL #                    359.87
85    11/05 FUEL HENRY,MARTHA PETRO FUEL #                    406.86
85    11/06 FUEL HENRY,MARTHA TA-WILLCOX                      269.33
85    11/08 FUEL HENRY,MARTHA TA-COACHELLA                    535.03
---------------------------------------------------------------------------
            *** TOTAL CHARGES                               3,348.71
            *** TOTAL E/C/B CHARGE BACKS
              E/C/B=Escrow charges not included in charges deducted total
---------------------------------------------------------------------------
            *** TOTAL AMOUNT DUE OWNER                        243.31
```

CFL000267

```
Date: 11/12/2014            Central Freight Lines,Inc.            SETT_CUR
Time: 14:49:56               Operator Settlements              Page:  154
-------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 11/12/2014
OWNER HENRR  RICKEY HENRY JR.
                                    DUE OWNER
                                    ---------
Loaded Miles                            2,742
Empty Miles                                 0
Lease Amt (%)                               0
Lease Amt (Mileage)                  3,592.02
  Add Pay                                  .00
Gross Due Owner                      3,592.02
Reimbursements
  Total Reimbursements                    .00
Charges
  53 WASATCH LEASE PAYMENTS            770.00
  56 OMNITRAC                           19.50
  60 INS-PHYS DAMAGE                   129.15
  61 OWNER OCC INS                      31.85
  62 INS-BOBTAIL                         6.00
  63 DRIVER WORKER COMP                121.67
  78 MAINTENANCE ESCROW                179.60
  81 SURETY BOND ESCROW                 50.00
  85 FUEL PURCHASES                   2,040.94
Total Charges                        3,348.71
Unsettled Bal Fwd                         .00
Net Amt Due Owner                      243.31
Amt of Dir Deposit                     243.31
```

CFL000268

```
Date: 11/20/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 09:40:33               Operator Settlements                Page: 155
----------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
----------------------------------------------------------------------------
** TRIP PAYMENTS **                        ---LOADED------EMPTY----      DUE
ORDER    DATE  ORIGIN        DESTINATION    MLS  RATE  MLS  RATE       OWNER

1431378 11/09  FONTANA    CA FORT WORTH  TX  685 1.320    0  .00      904.20
1431378 11/09  FONTANA    CA FORT WORTH  TX  685 1.320    0  .00      904.20
6357255 11/10  FORT WORTH TX FONTANA     CA  685 1.320    0  .00      904.20
6357255 11/10  FORT WORTH TX FONTANA     CA  685 1.320    0  .00      904.20
        11/15  13 D&H        1119-110114       0  .000    0  .00      107.25
----------------------------------------------------------------------------
                 *** TOTAL REVENUE                                  3,724.05
----------------------------------------------------------------------------
*** CHARGES ***                                                     CHARGES
CODE  DATE  DESCRIPTION                                             DEDUCTED
----------------------------------------------------------------------------
 53   11/01  WASATCH LEASE PAYMENTS                                  620.00
 53   11/01  WASATCH RENT PAYMENTS                                   100.00
 53   11/01  WASATCH MAKE UP PAYMENTS                                 50.00
 56   06/28  OMNITRAC IP 107087469                                    19.50
 60   08/23  INS-PHYS DAM/GAP                                        129.15
 61   05/10  OWNER OCC HENRR                                          31.85
 62   05/10  INS-BOBTAIL                                               6.00
 63   09/27  DRIVER WC HENRR                                         121.67
 78   05/10  MAINTENANCE ESCROW                                      186.20
 81   05/10  SURETY BOND ESCROW                                       50.00
 85   11/09  FUEL HENRY,RICKEY PETRO FUEL #                          201.44
 85   11/09  FUEL HENRY,MARTHA PETRO FUEL #                          408.38
 85   11/10  FUEL HENRY,RICKEY PETRO FUEL #                          299.41
 90   11/15  WASATCH EXCESS MILES OCT                                387.72
----------------------------------------------------------------------------
                 *** TOTAL CHARGES                                  2,611.32
                 *** TOTAL E/C/B CHARGE BACKS
                     E/C/B=Escrow charges not included in charges deducted total
----------------------------------------------------------------------------
                 *** TOTAL AMOUNT DUE OWNER                         1,112.73
```

CFL000269

```
Date: 11/20/2014         Central Freight Lines,Inc.          SETT_CUR
Time: 09:40:33              Operator Settlements            Page:  156
------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 11/19/2014
OWNER HENRR  RICKEY HENRY JR.
                                     DUE OWNER
                                     ---------
Loaded Miles                           2,740
Empty Miles                                0
Lease Amt (%)                              0
Lease Amt (Mileage)                    3,616.80
 Add Pay                                 107.25
Gross Due Owner                        3,724.05
Reimbursements
  Total Reimbursements                     .00
Charges
  53 WASATCH LEASE PAYMENTS             770.00
  56 OMNITRAC                            19.50
  60 INS-PHYS DAMAGE                    129.15
  61 OWNER OCC INS                       31.85
  62 INS-BOBTAIL                          6.00
  63 DRIVER WORKER COMP                 121.67
  78 MAINTENANCE ESCROW                 186.20
  81 SURETY BOND ESCROW                  50.00
  85 FUEL PURCHASES                     909.23
  90 WASATCH EXCESS MILES               387.72
Total Charges                         2,611.32
Unsettled Bal Fwd                          .00
Net Amt Due Owner                     1,112.73
Amt of Dir Deposit                    1,112.73
```

CFL000270

```
Date: 11/24/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 18:18:50               Operator Settlements              Page: 155
----------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
----------------------------------------------------------------------
*** CHARGES ***                                              CHARGES
CODE  DATE   DESCRIPTION                                     DEDUCTED
----------------------------------------------------------------------
56    06/28  OMNITRAC IP 107087469                             19.50
60    08/23  INS-PHYS DAM/GAP                                 129.15
61    05/10  OWNER OCC HENRR                                   31.85
62    05/10  INS-BOBTAIL                                        6.00
63    09/27  DRIVER WC HENRR                                  121.67
78    05/10  MAINTENANCE ESCROW                                 .00
81    05/10  SURETY BOND ESCROW                               50.00
----------------------------------------------------------------------
         *** TOTAL CHARGES                                   358.17
         *** TOTAL E/C/B CHARGE BACKS
             E/C/B=Escrow charges not included in charges deducted total
----------------------------------------------------------------------
         *** TOTAL AMOUNT DUE OWNER                          358.17-
```

CFL000271

```
Date: 11/24/2014           Central Freight Lines,Inc.              SETT_CUR
Time: 18:18:50                Operator Settlements              Page:  156
-----------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 11/24/2014
OWNER HENRR  RICKEY HENRY JR.
                                        DUE OWNER
                                        ----------
Loaded Miles                                    0
Empty Miles                                     0
Lease Amt (%)                                   0
Lease Amt (Mileage)                           .00
 Add Pay                                       .00
Gross Due Owner                                .00
Reimbursements
 46 Auto Advance Reimbursement             358.17
 Total Reimbursements                         .00
Charges
 56 OMNITRAC                                 19.50
 60 INS-PHYS DAMAGE                         129.15
 61 OWNER OCC INS                            31.85
 62 INS-BOBTAIL                               6.00
 63 DRIVER WORKER COMP                      121.67
 78 MAINTENANCE ESCROW                        .00
 81 SURETY BOND ESCROW                       50.00
Total Charges                              358.17
Unsettled Bal Fwd                          358.17
Net Amt Due Owner                             .00
Amt of Dir Deposit                            .00
```

CFL000272

```
Date: 12/04/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 12:44:28               Operator Settlements               Page:  150
-----------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
-----------------------------------------------------------------------------
*** CHARGES ***                                                     CHARGES
CODE  DATE   DESCRIPTION                                            DEDUCTED
-----------------------------------------------------------------------------
56    06/28  OMNITRAC IP 107087469                                    19.50
60    08/23  INS-PHYS DAM/GAP                                        129.15
61    05/10  OWNER OCC HENRR                                          31.85
62    05/10  INS-BOBTAIL                                               6.00
63    09/27  DRIVER WC HENRR                                         121.67
78    05/10  MAINTENANCE ESCROW                                         .00
81    05/10  SURETY BOND ESCROW                                       50.00
89    12/05  PREV SETTLE BALFWD                                      358.17
-----------------------------------------------------------------------------
               *** TOTAL CHARGES                                     716.34
               *** TOTAL E/C/B CHARGE BACKS
                    E/C/B=Escrow charges not included in charges deducted total
-----------------------------------------------------------------------------
               *** TOTAL AMOUNT DUE OWNER                            716.34-
```

CFL000273

```
Date: 12/04/2014          Central Freight Lines,Inc.          SETT_CUR
Time: 12:44:28              Operator Settlements            Page:  151
-----------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 12/04/2014
OWNER HENRR   RICKEY HENRY JR.
                                      DUE OWNER
                                      ---------
     Loaded Miles                            0
     Empty Miles                             0
     Lease Amt (%)                           0
     Lease Amt (Mileage)                   .00
      Add Pay                              .00
     Gross Due Owner                       .00
     Reimbursements
      46 Auto Advance Reimbursement     716.34
      Total Reimbursements                 .00
     Charges
      56 OMNITRAC                        19.50
      60 INS-PHYS DAMAGE                129.15
      61 OWNER OCC INS                    31.85
      62 INS-BOBTAIL                       6.00
      63 DRIVER WORKER COMP             121.67
      78 MAINTENANCE ESCROW               .00
      81 SURETY BOND ESCROW             50.00
      89 AUTO ADVANCE DEDUCTION         358.17
     Total Charges                      716.34
     Unsettled Bal Fwd                  716.34
     Net Amt Due Owner                    .00
     Amt of Dir Deposit                   .00
```

CFL000274

```
Date: 12/11/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 12:23:54               Operator Settlements                 Page:  153
--------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
--------------------------------------------------------------------------
*** CHARGES ***                                               CHARGES
 CODE  DATE  DESCRIPTION                                      DEDUCTED
--------------------------------------------------------------------------
 56   06/28  OMNITRAC IP 107087469                              19.50
 60   08/23  INS-PHYS DAM/GAP                                  129.15
 61   05/10  OWNER CCC HENRR                                    31.85
 62   05/10  INS-BOBTAIL                                         6.00
 63   09/27  DRIVER WC HENRR                                   121.67
 78   05/10  MAINTENANCE ESCROW                                   .00
 78   12/06  APPLY TWDS NEG SETT W/MNT ESCR                    203.77-
 89   12/12  PREV SETTLE BALFWD                                716.34
--------------------------------------------------------------------------
             *** TOTAL CHARGES                                 820.74
             *** TOTAL E/C/B CHARGE BACKS
                 E/C/B=Escrow charges not included in charges deducted total
--------------------------------------------------------------------------
             *** TOTAL AMOUNT DUE OWNER                        820.74-
```

CFL000275

```
Date: 12/11/2014          Central Freight Lines,Inc.          SETT_CUR
Time: 12:23:54               Operator Settlements            Page:  154
--------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 12/11/2014
OWNER HENRR  RICKEY HENRY JR.
                                      DUE OWNER
                                      ---------
Loaded Miles                               0
Empty Miles                                0
Lease Amt (%)                              0
Lease Amt (Mileage)                      .00
 Add Pay                                 .00
Gross Due Owner                          .00
Reimbursements
 46 Auto Advance Reimbursement        820.74
 Total Reimbursements                    .00
Charges
 56 OMNITRAC                           19.50
 60 INS-PHYS DAMAGE                   129.15
 61 OWNER OCC INS                      31.85
 62 INS-BOBTAIL                         6.00
 63 DRIVER WORKER COMP                121.67
 78 MAINTENANCE ESCROW                203.77-
 89 AUTO ADVANCE DEDUCTION            716.34
Total Charges                         820.74
Unsettled Bal Fwd                     820.74
Net Amt Due Owner                        .00
Amt of Dir Deposit                       .00
```

CFL000276

```
Date: 12/18/2014            Central Freight Lines,Inc.              SETT_CUR
Time: 11:37:58                Operator Settlements              Page:   155
-----------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
-----------------------------------------------------------------------------
*** CHARGES ***                                                    CHARGES
 CODE  DATE   DESCRIPTION                                          DEDUCTED
-----------------------------------------------------------------------------
 56   06/28   OMNITRAC IP 107087469                                  19.50
 60   08/23   INS-PHYS DAM/GAP                                      129.15
 61   05/10   OWNER OCC HENRR                                        31.85
 62   05/10   INS-BOBTAIL                                             6.00
 63   09/27   DRIVER WC HENRR                                       121.67
 78   05/10   MAINTENANCE ESCROW                                       .00
 89   12/19   PREV SETTLE BALFWD                                    820.74
-----------------------------------------------------------------------------
              *** TOTAL CHARGES                                   1,128.91
              *** TOTAL E/C/B CHARGE BACKS
                  E/C/B=Escrow charges not included in charges deducted total
-----------------------------------------------------------------------------
              *** TOTAL AMOUNT DUE OWNER                          1,128.91-
```

CFL000277

```
Date: 12/18/2014            Central Freight Lines,Inc.         SETT_CUR
Time: 11:37:58                Operator Settlements           Page:  156
-----------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 12/18/2014
OWNER HENRR  RICKEY HENRY JR.
                                      DUE OWNER
                                      ---------
Loaded Miles                               0
Empty Miles                                0
Lease Amt (%)                              0
Lease Amt (Mileage)                      .00
 Add Pay                                 .00
Gross Due Owner                          .00
Reimbursements
 46 Auto Advance Reimbursement      1,128.91
 Total Reimbursements                    .00
Charges
 56 OMNITRAC                           19.50
 60 INS-PHYS DAMAGE                   129.15
 61 OWNER OCC INS                      31.85
 62 INS-BOBTAIL                         6.00
 63 DRIVER WORKER COMP                121.67
 78 MAINTENANCE ESCROW                   .00
 89 AUTO ADVANCE DEDUCTION            820.74
Total Charges                       1,128.91
Unsettled Bal Fwd                   1,128.91
Net Amt Due Owner                        .00
Amt of Dir Deposit                       .00
```

CFL000278

```
Date: 12/23/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 09:52:05               Operator Settlements                Page:  147
-------------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344

-------------------------------------------------------------------------------
*** CHARGES ***                                                    CHARGES
CODE  DATE   DESCRIPTION                                           DEDUCTED
-------------------------------------------------------------------------------
56    06/28  OMNITRAC IP 107087469                                   19.50
60    08/23  INS-PHYS DAM/GAP                                       129.15
61    05/10  OWNER OCC HENRR                                         31.85
62    05/10  INS-BOBTAIL                                              6.00
63    09/27  DRIVER WC HENRR                                        121.67
78    05/10  MAINTENANCE ESCROW                                        .00
89    12/26  PREV SETTLE BALFWD                                    1,128.91

-------------------------------------------------------------------------------
             *** TOTAL CHARGES                                    1,437.08
             *** TOTAL E/C/B CHARGE BACKS
                 E/C/B=Escrow charges not included in charges deducted total
-------------------------------------------------------------------------------
             *** TOTAL AMOUNT DUE OWNER                           1,437.08-
```

CFL000279

```
Date: 12/23/2014           Central Freight Lines,Inc.            SETT_CUR
Time: 09:52:05               Operator Settlements               Page:  148
----------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 12/23/2014
OWNER HENRR   RICKEY HENRY JR.
                                       DUE OWNER
                                       ---------
Loaded Miles                                  0
Empty Miles                                   0
Lease Amt (%)                                 0
Lease Amt (Mileage)                         .00
 Add Pay                                     .00
Gross Due Owner                             .00
Reimbursements
 46 Auto Advance Reimbursement         1,437.08
 Total Reimbursements                       .00
Charges
 56 OMNITRAC                              19.50
 60 INS-PHYS DAMAGE                      129.15
 61 OWNER OCC INS                         31.85
 62 INS-BOBTAIL                           6.00
 63 DRIVER WORKER COMP                   121.67
 78 MAINTENANCE ESCROW                      .00
 89 AUTO ADVANCE DEDUCTION             1,128.91
Total Charges                          1,437.08
Unsettled Bal Fwd                      1,437.08
Net Amt Due Owner                           .00
Amt of Dir Deposit                          .00
```

CFL000280

```
Date: 12/31/2014          Central Freight Lines,Inc.              SETT_CUR
Time: 09:24:46             Operator Settlements                 Page:  146
-----------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
-----------------------------------------------------------------------------
** TRIP PAYMENTS **                      ---LOADED------EMPTY----    DUE
ORDER    DATE  ORIGIN       DESTINATION   MLS  RATE  MLS  RATE     OWNER
-----------------------------------------------------------------------------
3389582 12/27  FONTANA    CA PHOENIX   AZ   0  .000  165 1.17     193.05
3389582 12/27  FONTANA    CA PHOENIX   AZ   0  .000  165 1.17     193.05
-----------------------------------------------------------------------------
              *** TOTAL REVENUE                                   386.10
-----------------------------------------------------------------------------
*** CHARGES ***                                                  CHARGES
CODE  DATE  DESCRIPTION                                          DEDUCTED
-----------------------------------------------------------------------------
56   06/28  OMNITRAC IP 107087469                                  19.50
60   08/23  INS-PHYS DAM/GAP                                      129.15
61   05/10  OWNER OCC HENRR                                        31.85
62   05/10  INS-BOBTAIL                                             6.00
63   09/27  DRIVER WC HENRR                                       121.67
78   05/10  MAINTENANCE ESCROW                                     19.31
85   12/26  FUEL HENRY,RICKEY TA-ONTARIO W                        154.37
85   12/27  FUEL HENRY,RICKEY TA-ELOY                             339.80
89   01/02  PREV SETTLE BALFWD                                  1,437.08
-----------------------------------------------------------------------------
            *** TOTAL CHARGES                                   2,258.73
            *** TOTAL E/C/B CHARGE BACKS
              E/C/B=Escrow charges not included in charges deducted total
-----------------------------------------------------------------------------
            *** TOTAL AMOUNT DUE OWNER                          1,872.63-
```

CFL000281

```
Date: 12/31/2014          Central Freight Lines,Inc.           SETT_CUR
Time: 09:24:46               Operator Settlements             Page:   147
-------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 12/31/2014
OWNER HENRR   RICKEY HENRY JR.
                                     DUE OWNER
                                     ---------
Loaded Miles                                 0
Empty Miles                                330
Lease Amt (%)                                0
Lease Amt (Mileage)                     386.10
 Add Pay                                    .00
Gross Due Owner                         386.10
Reimbursements
 46 Auto Advance Reimbursement        1,872.63
 Total Reimbursements                      .00
Charges
 56 OMNITRAC                             19.50
 60 INS-PHYS DAMAGE                     129.15
 61 OWNER OCC INS                        31.85
 62 INS-BOBTAIL                           6.00
 63 DRIVER WORKER COMP                  121.67
 78 MAINTENANCE ESCROW.                  19.31
 85 FUEL PURCHASES                      494.17
 89 AUTO ADVANCE DEDUCTION            1,437.08
Total Charges                         2,258.73
Unsettled Bal Fwd                     1,872.63
Net Amt Due Owner                          .00
Amt of Dir Deposit                         .00
```

CFL000282

```
Date: 01/08/2015        Central Freight Lines,Inc.           SETT_CUR
Time: 12:23:33             Operator Settlements              Page:  139
------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
------------------------------------------------------------------------
** TRIP PAYMENTS **                    ---LOADED------EMPTY----    DUE
ORDER   DATE ORIGIN      DESTINATION    MLS  RATE MLS  RATE      OWNER
------------------------------------------------------------------------
2160026 01/03 FONTANA    CA SAN ANTONIO TX 659 1.230   0  .00    810.57
2160026 01/03 FONTANA    CA SAN ANTONIO TX 659 1.230   0  .00    810.57
1588714 12/28 PHOENIX    AZ FORT WORTH  TX 525 1.230   0  .00    645.75
1588714 12/28 PHOENIX    AZ FORT WORTH  TX 525 1.230   0  .00    645.75
2500890 12/29 FORT WORTH TX RENO        NV 879 1.230   0  .00  1,081.17
2500890 12/29 FORT WORTH TX RENO        NV 879 1.230   0  .00  1,081.17
9431602 12/29 FORT WORTH TX RENO        NV   0  .000   0  .00       .00
9431602 12/29 FORT WORTH TX RENO        NV   0  .000   0  .00       .00
1166941 12/30 RENO       NV FONTANA     CA 253 1.230   0  .00    311.19
1166941 12/30 RENO       NV FONTANA     CA 253 1.230   0  .00    311.19
1166966 12/30 RENO       NV FONTANA     CA   0  .000   0  .00       .00
1166966 12/30 RENO       NV FONTANA     CA   0  .000   0  .00       .00
------------------------------------------------------------------------
          *** TOTAL REVENUE                                   5,697.36
------------------------------------------------------------------------
*** CHARGES ***                                              CHARGES
CODE  DATE  DESCRIPTION                                       DEDUCTED
------------------------------------------------------------------------
53    01/03  WASATCH LEASE PAYMENTS                            620.00
53    01/03  WASATCH RENT PAYMENTS                             100.00
53    01/03  WASATCH MAKE UP PAYMENTS                          100.00
56    06/28  OMNITRAC IP 107087469                              19.50
60    08/23  INS-PHYS DAM/GAP                                  129.15
61    05/10  OWNER OCC HENRR                                    31.85
62    05/10  INS-BOBTAIL                                         6.00
63    09/27  DRIVER WC HENRR                                   121.67
78    05/10  MAINTENANCE ESCROW                                284.87
85    01/02  FUEL HENRY,RICKEY TA-ONTARIO W                    131.88
85    01/03  FUEL HENRY,RICKEY PETRO FUEL #                    343.34
85    12/28  FUEL HENRY,RICKEY PETRO FUEL #                    388.22
85    12/28  FUEL HENRY,MARTHA TA-MORIARTY                     284.78
85    12/29  FUEL HENRY,RICKEY PETRO FUEL #                    208.89
85    12/30  FUEL HENRY,MARTHA TA-SPARKS                       139.39
89    01/09  PREV SETTLE BALFWD                              1,872.63
------------------------------------------------------------------------
          *** TOTAL CHARGES                                   4,782.17
          *** TOTAL E/C/B CHARGE BACKS
              E/C/B=Escrow charges not included in charges deducted total
------------------------------------------------------------------------
          *** TOTAL AMOUNT DUE OWNER                            915.19
```

CFL000283

```
Date: 01/08/2015          Central Freight Lines,Inc.              SETT_CUR
Time: 12:23:33              Operator Settlements              Page:  140
-------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 01/08/2015
OWNER HENRR  RICKEY HENRY JR.
                                    DUE OWNER
                                    ---------
Loaded Miles                          4,632
Empty Miles                               0
Lease Amt (%)                             0
Lease Amt (Mileage)               5,697.36
 Add Pay                                .00
Gross Due Owner                    5,697.36
Reimbursements
 Total Reimbursements                   .00
Charges
 53 WASATCH LEASE PAYMENTS          820.00
 56 OMNITRAC                         19.50
 60 INS-PHYS DAMAGE                 129.15
 61 OWNER OCC INS                    31.85
 62 INS-BOBTAIL                       6.00
 63 DRIVER WORKER COMP              121.67
 78 MAINTENANCE ESCROW              284.87
 85 FUEL PURCHASES                1,496.50
 89 AUTO ADVANCE DEDUCTION        1,872.63
Total Charges                     4,782.17
Unsettled Bal Fwd                      .00
Net Amt Due Owner                   915.19
Amt of Dir Deposit                  915.19
```

CFL000284

```
Date: 01/14/2015          Central Freight Lines,Inc.              SETT_CUR
Time: 12:20:34               Operator Settlements               Page: 146
------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
------------------------------------------------------------------------
** TRIP PAYMENTS **                    ---LOADED------EMPTY----    DUE
ORDER   DATE ORIGIN       DESTINATION    MLS   RATE MLS   RATE    OWNER
------------------------------------------------------------------------
3393600 01/04 SAN ANTONIO TX FORT WORTH  TX    0   .000 133  1.15  152.95
3393600 01/04 SAN ANTONIO TX FORT WORTH  TX    0   .000 133  1.15  152.95
2502649 01/05 FORT WORTH  TX SACRAMENTO  CA  863 1.220   0   .00 1,052.86
2502649 01/05 FORT WORTH  TX SACRAMENTO  CA  863 1.220   0   .00 1,052.86
1478973 01/06 SACRAMENTO  CA HAYWARD     CA   52 1.220   0   .00   63.44
1478973 01/06 SACRAMENTO  CA HAYWARD     CA   52 1.220   0   .00   63.44
1479054 01/06 SACRAMENTO  CA HAYWARD     CA    0  .000   0   .00     .00
1479054 01/06 HAYWARD     CA FONTANA     CA  204 1.220   0   .00  248.88
1479054 01/06 SACRAMENTO  CA HAYWARD     CA    0  .000   0   .00     .00
1479054 01/06 HAYWARD     CA FONTANA     CA  204 1.220   0   .00  248.88
9982018 01/06 HAYWARD     CA FONTANA     CA    0  .000   0   .00     .00
9982018 01/06 HAYWARD     CA FONTANA     CA    0  .000   0   .00     .00
3392321 01/08 FONTANA     CA FORT WORTH  TX  685 1.220   0   .00  835.70
3392321 01/08 FONTANA     CA FORT WORTH  TX  685 1.220   0   .00  835.70
9572967 01/08 FONTANA     CA FORT WORTH  TX    0  .000   0   .00     .00
9572967 01/08 FONTANA     CA FORT WORTH  TX    0  .000   0   .00     .00
1672930 01/09 FORT WORTH  TX CHICAGO     IL  479 1.220   0   .00  584.38
1672930 01/09 FORT WORTH  TX CHICAGO     IL  479 1.220   0   .00  584.38
------------------------------------------------------------------------
           *** TOTAL REVENUE                                    5,876.42
------------------------------------------------------------------------
*** CHARGES ***                                                 CHARGES
CODE  DATE  DESCRIPTION                                         DEDUCTED
------------------------------------------------------------------------
53    01/03 WASATCH LEASE PAYMENTS                                620.00
53    01/03 WASATCH RENT PAYMENTS                                 100.00
53    01/03 WASATCH MAKE UP PAYMENTS                              100.00
56    06/28 OMNITRAC IP 107087469                                  19.50
60    08/23 INS-PHYS DAM/GAP                                      129.15
61    05/10 OWNER OCC HENRR                                        31.85
62    05/10 INS-BOBTAIL                                             6.00
63    09/27 DRIVER WC HENRR                                       121.67
78    05/10 MAINTENANCE ESCROW                                    293.82
85    01/04 FUEL HENRY,RICKEY PETRO FUEL #                        358.67
85    01/04 FUEL HENRY,MARTHA PETRO FUEL #                        298.93
85    01/05 FUEL HENRY,RICKEY PETRO ONTARI                        296.37
```

CFL000285

```
Date: 01/14/2015              Central Freight Lines,Inc.              SETT_CUR
Time: 12:20:34                  Operator Settlements                 Page:  147
-------------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
-------------------------------------------------------------------------------
*** CHARGES ***                                                      CHARGES
  CODE  DATE   DESCRIPTION                                           DEDUCTED
-------------------------------------------------------------------------------
  85   01/06   FUEL HENRY,RICKEY TA-ONTARIO W                         179.89
  85   01/07   FUEL HENRY,MARTHA TA-TONOPAH                           273.15
  85   01/07   FUEL HENRY,MARTHA TA-BIG SPRIN                         347.78
  85   01/08   FUEL HENRY,RICKEY TA-STRAFFORD                         369.96
  85   01/10   FUEL HENRY,RICKEY TA-ST. LOUIS                         304.81
-------------------------------------------------------------------------------
             *** TOTAL CHARGES                                      3,851.55
             *** TOTAL E/C/B CHARGE BACKS
                 E/C/B=Escrow charges not included in charges deducted total
-------------------------------------------------------------------------------
             *** TOTAL AMOUNT DUE OWNER                             2,024.87
```

CFL000286

```
Date: 01/14/2015              Central Freight Lines,Inc.              SETT_CUR
Time: 12:20:34                 Operator Settlements                  Page:  148
--------------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 01/14/2015
OWNER HENRR   RICKEY HENRY JR.
                                        DUE OWNER
                                        ---------
Loaded Miles                                4,566
Empty Miles                                   266
Lease Amt (%)                                   0
Lease Amt (Mileage)                      5,876.42
 Add Pay                                      .00
Gross Due Owner                          5,876.42
Reimbursements
  Total Reimbursements                        .00
Charges
  53 WASATCH LEASE PAYMENTS                820.00
  56 OMNITRAC                               19.50
  60 INS-PHYS DAMAGE                       129.15
  61 OWNER OCC INS                          31.85
  62 INS-BOBTAIL                             6.00
  63 DRIVER WORKER COMP                    121.67
  78 MAINTENANCE ESCROW                    293.82
  85 FUEL PURCHASES                      2,429.56
Total Charges                            3,851.55
Unsettled Bal Fwd                             .00
Net Amt Due Owner                        2,024.87
Amt of Dir Deposit                       2,024.87
```

CFL000287

```
Date: 01/22/2015          Central Freight Lines,Inc.          SETT_CUR
Time: 14:09:04              Operator Settlements              Page:  150
----------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
----------------------------------------------------------------------
** TRIP PAYMENTS **                      ---LOADED------EMPTY----   DUE
ORDER   DATE  ORIGIN       DESTINATION    MLS  RATE MLS  RATE     OWNER
----------------------------------------------------------------------
8657934 01/11 CHICAGO     IL FONTANA   CA  987 1.200   0  .00 1,184.40
8657934 01/11 CHICAGO     IL FONTANA   CA  987 1.200   0  .00 1,184.40
1623024 01/14 FONTANA     CA FRESNO    CA    0  .000 260 1.13   293.80
2089464 01/14 FRESNO      CA SACRAMENTO CA   89 1.200   0  .00   106.80
2089464 01/14 FRESNO      CA FONTANA   CA  260 1.200   0  .00   312.00
2089464 01/14 FRESNO      CA SACRAMENTO CA   89 1.200   0  .00   106.80
2639102 01/14 FRESNO      CA SACRAMENTO CA    0  .000   0  .00      .00
2639102 01/14 FONTANA     CA FRESNO    CA    0  .000   0  .00      .00
2639102 01/14 FRESNO      CA SACRAMENTO CA    0  .000   0  .00      .00
1476423 01/15 SACRAMENTO  CA FONTANA   CA  217 1.200   0  .00   260.40
1476423 01/15 SACRAMENTO  CA FONTANA   CA  217 1.200   0  .00   260.40
1476431 01/15 SACRAMENTO  CA FONTANA   CA    0  .000   0  .00      .00
1476431 01/15 SACRAMENTO  CA FONTANA   CA    0  .000   0  .00      .00
2639375 01/16 FONTANA     CA PHOENIX   AZ  165 1.200   0  .00   198.00
2639375 01/16 FONTANA     CA PHOENIX   AZ  165 1.200   0  .00   198.00
2639698 01/16 FONTANA     CA PHOENIX   AZ    0  .000   0  .00      .00
2639698 01/16 FONTANA     CA PHOENIX   AZ    0  .000   0  .00      .00
----------------------------------------------------------------------
              *** TOTAL REVENUE                              4,105.00
----------------------------------------------------------------------
*** CHARGES ***                                              CHARGES
CODE  DATE  DESCRIPTION                                     DEDUCTED
----------------------------------------------------------------------
53    01/03 WASATCH LEASE PAYMENTS                            620.00
53    01/17 WASATCH MAKE UP PAYMENTS                          150.00
56    06/28 OMNITRAC IP 107087469                              19.50
60    08/23 INS-PHYS DAM/GAP                                  129.15
61    05/10 OWNER OCC HENRR                                    31.85
62    05/10 INS-BOBTAIL                                         6.00
63    09/27 DRIVER WC HENRR                                   121.67
78    05/10 MAINTENANCE ESCROW                                205.25
85    01/11 FUEL HENRY,RICKEY TA-SANTA ROS                    383.84
85    01/13 FUEL HENRY,RICKEY PETRO ONTARI                    192.39
85    01/15 FUEL HENRY,MARTHA TA-LIVINGSTO                    311.09
85    01/16 FUEL HENRY,MARTHA PETRO DEMING                    363.75
85    01/17 FUEL HENRY,RICKEY PETRO FUEL #                    352.56
----------------------------------------------------------------------
              *** TOTAL CHARGES                              2,887.05
              *** TOTAL E/C/B CHARGE BACKS
              E/C/B=Escrow charges not included in charges deducted total
----------------------------------------------------------------------
              *** TOTAL AMOUNT DUE OWNER                     1,217.95
```

CFL000288

```
Date: 01/22/2015              Central Freight Lines,Inc.            SETT_CUR
Time: 14:09:04                  Operator Settlements               Page:  151
-----------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 01/22/2015
OWNER HENRR   RICKEY HENRY JR.
                                        DUE OWNER
                                        ---------
Loaded Miles                              3,176
Empty Miles                                 260
Lease Amt (%)                                 0
Lease Amt (Mileage)                      4,105.00
 Add Pay                                     .00
Gross Due Owner                          4,105.00
Reimbursements
 Total Reimbursements                        .00
Charges
 53 WASATCH LEASE PAYMENTS                 770.00
 56 OMNITRAC                                19.50
 60 INS-PHYS DAMAGE                        129.15
 61 OWNER OCC INS                           31.85
 62 INS-BOBTAIL                              6.00
 63 DRIVER WORKER COMP                     121.67
 78 MAINTENANCE ESCROW                     205.25
 85 FUEL PURCHASES                       1,603.63
Total Charges                            2,887.05
Unsettled Bal Fwd                            .00
Net Amt Due Owner                        1,217.95
Amt of Dir Deposit                       1,217.95
```

CFL000289

```
Date: 01/29/2015          Central Freight Lines,Inc.              SETT_CUR
Time: 13:32:34               Operator Settlements                 Page:  150
-------------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
-------------------------------------------------------------------------------
** TRIP PAYMENTS **                         ---LOADED------EMPTY----    DUE
ORDER    DATE  ORIGIN        DESTINATION    MLS  RATE  MLS   RATE      OWNER
-------------------------------------------------------------------------------
2071504 01/18  PHOENIX    AZ CHATTANOOGA TN 906 1.180    0   .00   1,069.08
2071504 01/18  PHOENIX    AZ CHATTANOOGA TN 906 1.180    0   .00   1,069.08
2639375 01/18  PHOENIX    AZ CHATTANOOGA TN   0  .000    0   .00        .00
2639375 01/18  PHOENIX    AZ CHATTANOOGA TN   0  .000    0   .00        .00
3406154 01/18  CHATTANOOGA TN FORT WORTH  TX   0  .000  407 1.11    451.77
3406154 01/18  CHATTANOOGA TN FORT WORTH  TX   0  .000  407 1.11    451.77
1673789 01/19  FORT WORTH TX DALLAS       TX  16 1.180    0   .00     18.88
1673789 01/19  DALLAS     TX MEMPHIS      TN 474 1.180    0   .00    559.32
1673789 01/19  FORT WORTH TX DALLAS       TX  16 1.180    0   .00     18.88
3405008 01/19  DALLAS     TX MEMPHIS      TN   0  .000  474 1.11    526.14
3407897 01/21  MEMPHIS    TN CHICAGO      IL   0  .000  278 1.11    308.58
3407897 01/21  MEMPHIS    TN CHICAGO      IL   0  .000  278 1.11    308.58
8659302 01/24  CHICAGO    IL FONTANA      CA 987 1.180    0   .00  1,164.66
8659302 01/24  CHICAGO    IL FONTANA      CA 987 1.180    0   .00  1,164.66
8659385 01/24  CHICAGO    IL FONTANA      CA   0  .000    0   .00        .00
8659385 01/24  CHICAGO    IL FONTANA      CA   0  .000    0   .00        .00
-------------------------------------------------------------------------------
           *** TOTAL REVENUE                                     7,111.40
-------------------------------------------------------------------------------
*** CHARGES ***                                                 CHARGES
CODE  DATE  DESCRIPTION                                         DEDUCTED
-------------------------------------------------------------------------------
 53   01/03  WASATCH LEASE PAYMENTS                              620.00
 53   01/17  WASATCH MAKE UP PAYMENTS                            150.00
 56   06/28  OMNITRAC IP 107087469                               19.50
 60   08/23  INS-PHYS DAM/GAP                                    129.15
 61   05/10  OWNER OCC HENRR                                      31.85
 62   05/10  INS-BOBTAIL                                           6.00
 63   09/27  DRIVER WC HENRR                                     121.67
 78   05/10  MAINTENANCE ESCROW                                  355.57
 85   01/18  FUEL HENRY,RICKEY PETRO FUEL #                      327.19
 85   01/19  FUEL HENRY,RICKEY TA-PRESCOTT                        64.71
 85   01/20  FUEL HENRY,RICKEY TA-MATTHEWS                       334.37
 85   01/23  FUEL HENRY,RICKEY PETRO FUEL #                      350.40
 85   01/23  FUEL HENRY,MARTHA PETRO FUEL #                      309.83
-------------------------------------------------------------------------------
           *** TOTAL CHARGES                                    2,820.24
           *** TOTAL E/C/B CHARGE BACKS
               E/C/B=Escrow charges not included in charges deducted total
-------------------------------------------------------------------------------
           *** TOTAL AMOUNT DUE OWNER                           4,291.16
```

CFL000290

```
Date: 01/29/2015          Central Freight Lines,Inc.          SETT_CUR
Time: 13:32:34              Operator Settlements            Page:  151
----------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 01/29/2015
OWNER HENRR   RICKEY HENRY JR.
                                    DUE OWNER
                                    ----------
Loaded Miles                           4,292
Empty Miles                            1,844
Lease Amt (%)                              0
Lease Amt (Mileage)                 7,111.40
 Add Pay                                  .00
Gross Due Owner                     7,111.40
Reimbursements
 Total Reimbursements                     .00
Charges
 53 WASATCH LEASE PAYMENTS            770.00
 56 OMNITRAC                           19.50
 60 INS-PHYS DAMAGE                   129.15
 61 OWNER OCC INS                      31.85
 62 INS-BOBTAIL                         6.00
 63 DRIVER WORKER COMP                121.67
 78 MAINTENANCE ESCROW                355.57
 85 FUEL PURCHASES                  1,386.50
Total Charges                       2,820.24
Unsettled Bal Fwd                         .00
Net Amt Due Owner                   4,291.16
Amt of Dir Deposit                  4,291.16
```

CFL000291

```
Date: 02/05/2015          Central Freight Lines,Inc.              SETT_CUR
Time: 10:53:29               Operator Settlements               Page:  147
----------------------------------------------------------------------------
Owner; HENRR   Unit: 500033.
        RICKEY HENRY JR.
        13263 PLACENTIA STREET
        HESPERIA,CA 92344
----------------------------------------------------------------------------
```

| ** TRIP PAYMENTS ** | | | | ---LOADED--- | | ---EMPTY--- | | DUE |
|---|---|---|---|---|---|---|---|---|
| ORDER | DATE | ORIGIN | DESTINATION | MLS | RATE | MLS | RATE | OWNER |
| 2072882 | 01/29 | FONTANA    CA | HOUSTON    TX | 755 | 1.170 | 0 | .00 | 883.35 |
| 2072882 | 01/29 | FONTANA    CA | HOUSTON    TX | 755 | 1.170 | 0 | .00 | 883.35 |
| 2077105 | 01/29 | FONTANA    CA | HOUSTON    TX | 0 | .000 | 0 | .00 | .00 |
| 2077105 | 01/29 | FONTANA    CA | HOUSTON    TX | 0 | .000 | 0 | .00 | .00 |
| 5818760 | 01/30 | HOUSTON    TX | PHOENIX    AZ | 591 | 1.170 | 0 | .00 | 691.47 |
| 5818760 | 01/30 | HOUSTON    TX | PHOENIX    AZ | 591 | 1.170 | 0 | .00 | 691.47 |
| 5818778 | 01/30 | HOUSTON    TX | PHOENIX    AZ | 0 | .000 | 0 | .00 | .00 |
| 5818778 | 01/30 | HOUSTON    TX | PHOENIX    AZ | 0 | .000 | 0 | .00 | .00 |
| 1634526 | 01/31 | PHOENIX    AZ | SACRAMENTO    CA | 379 | 1.170 | 0 | .00 | 443.43 |
| 1634526 | 01/31 | PHOENIX    AZ | SACRAMENTO    CA | 379 | 1.170 | 0 | .00 | 443.43 |
| 5818778 | 01/31 | PHOENIX    AZ | SACRAMENTO    CA | 0 | .000 | 0 | .00 | .00 |
| 5818778 | 01/31 | PHOENIX    AZ | SACRAMENTO    CA | 0 | .000 | 0 | .00 | .00 |

```
----------------------------------------------------------------------------
              *** TOTAL REVENUE                              4,036.50
----------------------------------------------------------------------------
```

| *** CHARGES *** | | | CHARGES |
|---|---|---|---|
| CODE | DATE | DESCRIPTION | DEDUCTED |
| 53 | 01/03 | WASATCH LEASE PAYMENTS | 620.00 |
| 53 | 01/17 | WASATCH MAKE UP PAYMENTS | 150.00 |
| 56 | 06/28 | OMNITRAC IP 107087469 | 19.50 |
| 60 | 08/23 | INS-PHYS DAM/GAP | 129.15 |
| 61 | 05/10 | OWNER OCC HENRR | 31.85 |
| 62 | 05/10 | INS-BOBTAIL | 6.00 |
| 63 | 09/27 | DRIVER WC HENRR | 121.67 |
| 78 | 05/10 | MAINTENANCE ESCROW | 201.83 |
| 85 | 01/28 | FUEL HENRY,MARTHA TA-TONOPAH | 347.30 |
| 85 | 01/29 | FUEL HENRY,RICKEY PETRO FUEL # | 133.81 |
| 85 | 01/29 | FUEL HENRY,MARTHA PETRO FUEL # | 271.11 |
| 85 | 01/29 | FUEL HENRY,RICKEY TA-SAN ANTON | 145.35 |
| 85 | 01/30 | FUEL HENRY,MARTHA PETRO FUEL # | 323.56 |

```
----------------------------------------------------------------------------
              *** TOTAL CHARGES                             2,501.13
              *** TOTAL E/C/B CHARGE BACKS
                  E/C/B=Escrow charges not included in charges deducted total
----------------------------------------------------------------------------
              *** TOTAL AMOUNT DUE OWNER                    1,535.37
```

CFL000292

```
Date: 02/05/2015          Central Freight Lines,Inc.          SETT_CUR
Time: 10:53:29               Operator Settlements          Page:  148
--------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 02/05/2015
OWNER HENRR  RICKEY HENRY JR.
                                       DUE OWNER
                                       ---------
Loaded Miles                             3,450
Empty Miles                                  0
Lease Amt (%)                                0
Lease Amt (Mileage)                  4,036.50
 Add Pay                                   .00
Gross Due Owner                      4,036.50
Reimbursements
 Total Reimbursements                      .00
Charges
 53 WASATCH LEASE PAYMENTS            770.00
 56 OMNITRAC                           19.50
 60 INS-PHYS DAMAGE                   129.15
 61 OWNER OCC INS                      31.85
 62 INS-BOBTAIL                         6.00
 63 DRIVER WORKER COMP                121.67
 78 MAINTENANCE ESCROW                201.83
 85 FUEL PURCHASES                  1,221.13
Total Charges                       2,501.13
Unsettled Bal Fwd                         .00
Net Amt Due Owner                   1,535.37
Amt of Dir Deposit                  1,535.37
```

CFL000293

```
Date: 02/13/2015        Central Freight Lines,Inc.              SETT_CUR
Time: 08:24:46             Operator Settlements                Page:  146
------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
------------------------------------------------------------------------
** TRIP PAYMENTS **                     ---LOADED------EMPTY----      DUE
ORDER   DATE  ORIGIN        DESTINATION    MLS  RATE MLS  RATE      OWNER
------------------------------------------------------------------------
2454635 02/01 PICO RIVERA  CA FONTANA    CA  21 1.160   0  .00      24.36
2454635 02/01 PICO RIVERA  CA FONTANA    CA  21 1.160   0  .00      24.36
2454700 02/01 PICO RIVERA  CA FONTANA    CA   0  .000   0  .00       .00
2454700 02/01 PICO RIVERA  CA FONTANA    CA   0  .000   0  .00       .00
3419389 02/01 SACRAMENTO   CA PICO RIVERA CA  0  .000 204 1.09     222.36
3419389 02/01 SACRAMENTO   CA PICO RIVERA CA  0  .000 204 1.09     222.36
3419397 02/01 SACRAMENTO   CA PICO RIVERA CA  0  .000   0  .00       .00
3419397 02/01 SACRAMENTO   CA PICO RIVERA CA  0  .000   0  .00       .00
------------------------------------------------------------------------
            *** TOTAL REVENUE                                      493.44
------------------------------------------------------------------------
*** CHARGES ***                                                  CHARGES
CODE  DATE  DESCRIPTION                                         DEDUCTED
------------------------------------------------------------------------
 56   06/28  OMNITRAC IP 107087469                                 19.50
 60   08/23  INS-PHYS DAM/GAP                                     129.15
 61   05/10  OWNER OCC HENRR                                       31.85
 62   05/10  INS-BOBTAIL                                            6.00
 63   09/27  DRIVER WC HENRR                                      121.67
 78   05/10  MAINTENANCE ESCROW                                    24.67
 85   02/01  FUEL HENRY,RICKEY PETRO FUEL #                       314.31
------------------------------------------------------------------------
            *** TOTAL CHARGES                                     647.15
            *** TOTAL E/C/B CHARGE BACKS
               E/C/B=Escrow charges not included in charges deducted total
------------------------------------------------------------------------
            *** TOTAL AMOUNT DUE OWNER                            153.71-
```

CFL000294

```
Date: 02/13/2015            Central Freight Lines,Inc.              SETT_CUR
Time: 08:24:46                  Operator Settlements             Page:  147
-----------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 02/12/2015
OWNER HENRR  RICKEY HENRY JR.
                                    DUE OWNER
                                    ---------
Loaded Miles                             42
Empty Miles                             408
Lease Amt (%)                             0
Lease Amt (Mileage)                  493.44
 Add Pay                                .00
Gross Due Owner                      493.44
Reimbursements
 46 Auto Advance Reimbursement       153.71
  Total Reimbursements                 .00
Charges
 56 OMNITRAC                          19.50
 60 INS-PHYS DAMAGE                  129.15
 61 OWNER OCC INS                     31.85
 62 INS-BOBTAIL                        6.00
 63 DRIVER WORKER COMP               121.67
 78 MAINTENANCE ESCROW                24.67
 85 FUEL PURCHASES                   314.31
Total Charges                        647.15
Unsettled Bal Fwd                    153.71
Net Amt Due Owner                      .00
Amt of Dir Deposit                     .00
```

CFL000295

```
Date: 02/19/2015          Central Freight Lines,Inc.              SHTT_CUR
Time: 09:33:14               Operator Settlements              Page:  152
----------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
----------------------------------------------------------------------------
** TRIP PAYMENTS **                   ---LOADED------EMPTY----    DUE
ORDER   DATE  ORIGIN        DESTINATION    MLS  RATE  MLS  RATE   OWNER
----------------------------------------------------------------------------
2373215 02/10 FONTANA     CA FORT WORTH TX 685 1.160   0   .00   794.60
2373215 02/10 FONTANA     CA FORT WORTH TX 685 1.160   0   .00   794.60
2374148 02/10 FONTANA     CA FORT WORTH TX   0  .000   0   .00      .00
2374148 02/10 FONTANA     CA FORT WORTH TX   0  .000   0   .00      .00
1475805 02/13 SACRAMENTO  CA FRESNO     CA  89 1.160   0   .00   103.24
1475805 02/13 SACRAMENTO  CA FRESNO     CA  89 1.160   0   .00   103.24
1475979 02/13 SACRAMENTO  CA FRESNO     CA   0  .000   0   .00      .00
1475979 02/13 SACRAMENTO  CA FRESNO     CA   0  .000   0   .00      .00
2500031 02/13 FORT WORTH  TX RENO       NV 879 1.160   0   .00 1,019.64
2500031 02/13 FORT WORTH  TX RENO       NV 879 1.160   0   .00 1,019.64
2507796 02/13 FORT WORTH  TX RENO       NV   0  .000   0   .00      .00
2507796 02/13 FORT WORTH  TX RENO       NV   0  .000   0   .00      .00
3429958 02/13 RENO        NV SACRAMENTO CA   0  .000  64 1.09    69.76
3429958 02/13 RENO        NV SACRAMENTO CA   0  .000  64 1.09    69.76
3429966 02/13 RENO        NV SACRAMENTO CA   0  .000   0   .00      .00
3429966 02/13 RENO        NV SACRAMENTO CA   0  .000   0   .00      .00
3430261 02/14 FRESNO      CA FONTANA    CA 130 1.160   0   .00   150.80
3430261 02/14 FRESNO      CA FONTANA    CA 130 1.160   0   .00   150.80
9176934 02/14 FRESNO      CA FONTANA    CA   0  .000   0   .0C      .00
9176934 02/14 FRESNO      CA FONTANA    CA   0  .000   0   .00      .00
----------------------------------------------------------------------------
          *** TOTAL REVENUE                                    4,276.08
----------------------------------------------------------------------------
*** CHARGES ***                                                CHARGES
CODE   DATE  DESCRIPTION                                       DEDUCTED
----------------------------------------------------------------------------
53    02/14  WASATCH LEASE PAYMENTS                             620.00
53    02/14  WASATCH MAKE UP PAYMENTS                           150.00
53    02/14  WASATCH 2290 PAYMENTS                               27.50
56    06/28  OMNITRAC IP 107087469                               19.50
60    08/23  INS-PHYS DAM/GAP                                   129.15
61    05/10  OWNER OCC HENRR                                     31.85
62    05/10  INS-BOBTAIL                                          6.00
63    09/27  DRIVER WC HENRR                                    121.67
78    05/10  MAINTENANCE ESCROW                                 213.80
85    02/10  FUEL HENRY,RICKEY TA-ELOY                          378.04
```

CFL000296

```
Date: 02/19/2015            Central Freight Lines,Inc.            SETT_CUR
Time: 09:33:14                Operator Settlements              Page:  153
-----------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
-----------------------------------------------------------------------------
*** CHARGES ***                                                   CHARGES
CODE  DATE   DESCRIPTION                                          DEDUCTED
-----------------------------------------------------------------------------
85    02/11  FUEL HENRY,RICKEY TA-DALLAS SO                        367.84
85    02/12  FUEL HENRY,RICKEY TA-GALLUP                           436.97
85    02/13  FUEL HENRY,RICKEY TA-SPARKS                           143.04
85    02/13  FUEL HENRY,MARTHA TA-LIVINGSTO                        343.60
89    02/20  PREV SETTLE BALFWD                                    153.71
90    02/14  WASATCH EXCESS MILES JAN                              735.48
-----------------------------------------------------------------------------
                   *** TOTAL CHARGES                             3,878.15
                   *** TOTAL E/C/B CHARGE BACKS
                       E/C/B=Escrow charges not included in charges deducted total
-----------------------------------------------------------------------------
                   *** TOTAL AMOUNT DUE OWNER                      397.93
```

CFL000297

```
Date: 02/19/2015          Central Freight Lines,Inc.            SETT_CUR
Time: 09:33:14              Operator Settlements               Page:  154
-----------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 02/19/2015
OWNER HENRR   RICKEY HENRY JR.
                                      DUE OWNER
                                      ---------
Loaded Miles                            3,566
Empty Miles                               128
Lease Amt (%)                               0
Lease Amt (Mileage)                  4,276.08
 Add Pay                                   .00
Gross Due Owner                      4,276.08
Reimbursements
 Total Reimbursements                      .00
Charges
 53 WASATCH LEASE PAYMENTS             797.50
 56 OMNITRAC                            19.50
 60 INS-PHYS DAMAGE                    129.15
 61 OWNER OCC INS                       31.85
 62 INS-BOBTAIL                          6.00
 63 DRIVER WORKER COMP                 121.67
 78 MAINTENANCE ESCROW                 213.80
 85 FUEL PURCHASES                   1,669.49
 89 AUTO ADVANCE DEDUCTION             153.71
 90 WASATCH EXCESS MILES               735.48
Total Charges                        3,878.15
Unsettled Bal Fwd                          .00
Net Amt Due Owner                      397.93
Amt of Dir Deposit                     397.93
```

CFL000298

```
Date: 02/26/2015          Central Freight Lines,Inc.              SETT_CUR
Time: 11:44:23              Operator Settlements                  Page:  154
------------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
      RICKEY HENRY JR.
      13263 PLACENTIA STREET
      HESPERIA,CA 92344
------------------------------------------------------------------------------
** TRIP PAYMENTS **                      ---LOADED------EMPTY----    DUE
ORDER   DATE  ORIGIN        DESTINATION    MLS   RATE  MLS  RATE    OWNER
------------------------------------------------------------------------------
2376143 02/16 FONTANA       CA FORT WORTH  TX 685 1.170   0  .00   801.45
2376143 02/16 FONTANA       CA FORT WORTH  TX 685 1.170   0  .00   801.45
2378552 02/16 FONTANA       CA FORT WORTH  TX   0  .000   0  .00     .00
2378552 02/16 FONTANA       CA FORT WORTH  TX   0  .000   0  .00     .00
2310191 02/17 FORT WORTH    TX MEMPHIS     TN 250 1.170   0  .00   292.50
2310191 02/17 FORT WORTH    TX MEMPHIS     TN 250 1.170   0  .00   292.50
3432648 02/19 MEMPHIS       TN CHICAGO     IL   0  .000 278 1.10   305.80
3432648 02/19 MEMPHIS       TN CHICAGO     IL   0  .000 278 1.10   305.80
------------------------------------------------------------------------------
              *** TOTAL REVENUE                                   2,799.50
------------------------------------------------------------------------------
*** CHARGES ***                                                   CHARGES
CODE  DATE  DESCRIPTION                                           DEDUCTED
------------------------------------------------------------------------------
53    02/14 WASATCH LEASE PAYMENTS                                 620.00
53    02/14 WASATCH 2290 PAYMENTS                                   27.50
56    06/28 OMNITRAC IP 107087469                                   19.50
60    08/23 INS-PHYS DAM/GAP                                       129.15
61    05/10 OWNER OCC HENRR                                         31.85
62    05/10 INS-BOBTAIL                                              6.00
63    09/27 DRIVER WC HENRR                                        121.67
78    05/10 MAINTENANCE ESCROW                                     139.98
85    02/15 FUEL HENRY,MARTHA TA-ELOY                              320.85
85    02/15 FUEL HENRY,RICKEY TA-SWEETWATE                         331.49
85    02/18 FUEL HENRY,RICKEY TA-MATTHEWS                          400.00
85    02/20 FUEL HENRY,RICKEY TA-WALCOTT -                         386.33
85    02/21 FUEL HENRY,MARTHA PETRO FUEL #                         142.39
------------------------------------------------------------------------------
            *** TOTAL CHARGES                                    2,676.71
            *** TOTAL E/C/B CHARGE BACKS
            E/C/B=Escrow charges not included in charges deducted total
------------------------------------------------------------------------------
            *** TOTAL AMOUNT DUE OWNER                             122.79
```

CFL000299

```
Date: 02/26/2015          Central Freight Lines,Inc.          SETT_CUR
Time: 11:44:23            Operator Settlements           Page:  155
-------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 02/26/2015
OWNER HENRR  RICKEY HENRY JR.
                                    DUE OWNER
                                    ---------
Loaded Miles                          1,870
Empty Miles                             556
Lease Amt (%)                             0
Lease Amt (Mileage)                 2,799.50
 Add Pay                                 .00
Gross Due Owner                     2,799.50
Reimbursements
 Total Reimbursements                    .00
Charges
 53 WASATCH LEASE PAYMENTS            647.50
 56 OMNITRAC                           19.50
 60 INS-PHYS DAMAGE                   129.15
 61 OWNER OCC INS                      31.85
 62 INS-BOBTAIL                         6.00
 63 DRIVER WORKER COMP                121.67
 78 MAINTENANCE ESCROW                139.98
 85 FUEL PURCHASES                  1,581.06
Total Charges                       2,676.71
Unsettled Bal Fwd                        .00
Net Amt Due Owner                     122.79
Amt of Dir Deposit                    122.79
```

CFL000300

```
Date: 03/05/2015        Central Freight Lines,Inc.           SETT_CUR
Time: 13:18:54            Operator Settlements              Page:  161
--------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
--------------------------------------------------------------------------
** TRIP PAYMENTS **                    ---LOADED------EMPTY----   DUE
ORDER    DATE ORIGIN        DESTINATION   MLS  RATE MLS  RATE   OWNER
--------------------------------------------------------------------------
2691491 02/23 CHICAGO    IL RENO      NV 964 1.180    0  .00 1,137.52
2691491 02/23 CHICAGO    IL RENO      NV 964 1.180    0  .00 1,137.52
2691897 02/23 CHICAGO    IL RENO      NV   0  .000    0  .00    .00
2691897 02/23 CHICAGO    IL RENO      NV   0  .000    0  .00    .00
3437076 02/23 RENO       NV FONTANA   CA   0  .000  253 1.11 280.83
3437076 02/23 RENO       NV FONTANA   CA   0  .000  253 1.11 280.83
        02/28 16 BK DN HOURS  2/20/15 2691491  0  .000  0  .00 264.00
--------------------------------------------------------------------------
             *** TOTAL REVENUE                            3,100.70
--------------------------------------------------------------------------
*** CHARGES ***                                          CHARGES
 CODE  DATE  DESCRIPTION                                 DEDUCTED
--------------------------------------------------------------------------
 53   02/14  WASATCH LEASE PAYMENTS                        620.00
 53   02/14  WASATCH 2290 PAYMENTS                          27.50
 53   02/28  WASATCH MAKE UP PAYMENTS                      150.00
 56   06/28  OMNITRAC IP 107087469                          19.50
 60   08/23  INS-PHYS DAM/GAP                              129.15
 61   05/10  OWNER OCC HENRR                                31.85
 62   05/10  INS-BOBTAIL                                     6.00
 63   09/27  DRIVER WC HENRR                               121.67
 78   05/10  MAINTENANCE ESCROW                            155.04
 85   02/22  FUEL HENRY,RICKEY TA-FT. BRIDG                357.23
--------------------------------------------------------------------------
             *** TOTAL CHARGES                            1,617.94
             *** TOTAL E/C/B CHARGE BACKS
                 E/C/B=Escrow charges not included in charges deducted total
--------------------------------------------------------------------------
             *** TOTAL AMOUNT DUE OWNER                   1,482.76
```

CFL000301

```
Date: 03/05/2015          Central Freight Lines,Inc.           SETT_CUR
Time: 13:18:54               Operator Settlements            Page:  162
----------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 03/04/2015
OWNER HENRR   RICKEY HENRY JR.
                                   DUE OWNER
                                   ----------
Loaded Miles                          1,928
Empty Miles                             506
Lease Amt (%)                             0
Lease Amt (Mileage)                   2,836.70
 Add Pay                                264.00
Gross Due Owner                       3,100.70
Reimbursements
 Total Reimbursements                    .00
Charges
 53 WASATCH LEASE PAYMENTS             797.50
 56 OMNITRAC                            19.50
 60 INS-PHYS DAMAGE                    129.15
 61 OWNER OCC INS                       31.85
 62 INS-BOBTAIL                          6.00
 63 DRIVER WORKER COMP                 121.67
 78 MAINTENANCE ESCROW                 155.04
 85 FUEL PURCHASES                     357.23
Total Charges                        1,617.94
Unsettled Bal Fwd                        .00
Net Amt Due Owner                    1,482.76
Amt of Dir Deposit                   1,482.76
```

CFL000302

```
Date: 03/11/2015            Central Freight Lines,Inc.              SETT_CUR
Time: 16:53:59                Operator Settlements                 Page:  152
-------------------------------------------------------------------------------
Owner: HENRR    Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
-------------------------------------------------------------------------------
*** CHARGES ***                                                    CHARGES
CODE  DATE   DESCRIPTION                                           DEDUCTED
-------------------------------------------------------------------------------
56    03/07  OMNITRAC 107087469 PAY OFF                             212.80
78    03/07  OMNITRAC 107087469 W/SURETY BO                         212.80-
-------------------------------------------------------------------------------
             *** TOTAL CHARGES                                          .00
             *** TOTAL E/C/B CHARGE BACKS
                 E/C/B=Escrow charges not included in charges deducted total
-------------------------------------------------------------------------------
             *** TOTAL AMOUNT DUE OWNER                                 .00
```

CFL000303

```
Date: 03/11/2015          Central Freight Lines,Inc.              SETT_CUR
Time: 16:53:59              Operator Settlements               Page:  153
----------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 03/11/2015
OWNER HENRR   RICKEY HENRY JR.
                                   DUE OWNER
                                   ---------
Loaded Miles                            0
Empty Miles                             0
Lease Amt (%)                           0
Lease Amt (Mileage)                   .00
 Add Pay                              .00
Gross Due Owner                       .00
Reimbursements
 Total Reimbursements                 .00
Charges
  56 OMNITRAC                      212.80
  78 MAINTENANCE ESCROW           212.80-
Total Charges                        .00
Unsettled Bal Fwd                    .00
Net Amt Due Owner                    .00
Amt of Dir Deposit                   .00
```

CFL000304

```
Date: 03/19/2015             Central Freight Lines,Inc.              SETT_CUR
Time: 14:20:10                 Operator Settlements               Page:  161
-------------------------------------------------------------------------------
Owner: HENRR   Unit: 500033
       RICKEY HENRY JR.
       13263 PLACENTIA STREET
       HESPERIA,CA 92344
-------------------------------------------------------------------------------
*** CHARGES ***                                                      CHARGES
CODE  DATE   DESCRIPTION                                            DEDUCTED
-------------------------------------------------------------------------------
56    03/14  OMNITRAC UNINSTALL 330074682                            94.00
-------------------------------------------------------------------------------
                    *** TOTAL CHARGES                                94.00
                    *** TOTAL E/C/B CHARGE BACKS
                        E/C/B=Escrow charges not included in charges deducted total
-------------------------------------------------------------------------------
                    *** TOTAL AMOUNT DUE OWNER                       94.00-
```

CFL000305

```
Date: 03/19/2015          Central Freight Lines,Inc.              SETT_CUR
Time: 14:20:10              Operator Settlements              Page:  162
--------------------------------------------------------------------------
OPERATOR SETTLEMENTS OWNER SUMMARY FOR 03/19/2015
OWNER HENRR  RICKEY HENRY JR.
                                    DUE OWNER
                                    ---------
Loaded Miles                            0
Empty Miles                             0
Lease Amt (%)                           0
Lease Amt (Mileage)                   .00
 Add Pay                              .00
Gross Due Owner                       .00
Reimbursements
 46 Auto Advance Reimbursement      94.00
 Total Reimbursements                 .00
Charges
 56 OMNITRAC                        94.00
Total Charges                       94.00
Unsettled Bal Fwd                   94.00
Net Amt Due Owner                     .00
Amt of Dir Deposit                    .00
```

CFL000306