# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY HENRY, an individual, on behalf of himself, on behalf of all persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CENTRAL FREIGHT LINES, INC., a corporation; and DOES 1 through 50, inclusive<br><br>　　　　　Defendant. | Case No. 2:16-CV-00280- JAM-JDP<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO EXTEND REPLY DEADLINE AND HEARING DATE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Case No. 2:16-CV-00280- JAM-JDP

ORDER

# **ORDER**

The Court, having read and reviewed the Parties' Joint Stipulation and Request to Extend Reply Deadline and Hearing Date for Plaintiff's Motion for Class Certification, and good cause appearing, hereby grants the Parties' request and ORDERS as follows:

1. Defendant shall provide the notices of errata for all declarants no later than noon on **December 9, 2021**, and if not provided, the unsigned and unrevised copy can be used as the completed and final transcript for purposes of Plaintiff's Reply brief;

2. Plaintiff's Reply to the Opposition shall be continued from December 3, 2021 to **December 10, 2021**; and

3. The Hearing on Plaintiff's Motion for Class Certification will be held on **January 25, 2022** at 1:30 pm.

IT IS SO ORDERED.

DATED: November 19, 2021        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE