**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICKEY HENRY, an individual, on behalf of himself, on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTRAL FREIGHT LINES, INC., a corporation; and DOES 1 through 50, inclusive<br><br>    Defendants. | Case No. 2:16-CV-00280- JAM-JDP<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO (1) FILE AMENDED OPPOSITION TO CLASS CERTIFICATION AND (2) WITHDRAW DEFENDANT'S SUMMARY OF EVIDENCE** |

**ORDER**

The Court, having read and reviewed the Parties' Joint Stipulation and Request to (1) allow Defendant to file an Amended Opposition to Plaintiff's Motion for Class Certification and (2) withdraw Defendant's Summary of Evidence (Dkt. 119-1), and good cause appearing, hereby grants the Parties' request and ORDERS as follows:

1. Defendant's Amended Opposition (attached to the Joint Stipulation as Exhibit A) shall be filed and shall replace Defendant's prior Opposition to Plaintiff's Motion to Class Certification (Dkt. 119);

2. Defendant's Summary of Evidence (Dkt. 119-1) shall be deemed withdrawn in its entirety;

3. Plaintiff's deadline to file Plaintiff's Reply to Defendant's Amended Opposition shall remain on December 10, 2021; and

4. The hearing on Plaintiff's Motion for Class Certification shall be remain on January 25, 2022 at 1:30 pm.

IT IS SO ORDERED.

DATED:  December 9, 2021         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE