UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rickey Henry, | No. 2:16-cv-00280-KJM-JDP |
| Plaintiffs, | ORDER |
| v. | |
| Central Freight Lines, Inc., et al., | |
| Defendants. | |

Counsel for defendant Central Freight Lines, Inc. has withdrawn, and the company has not obtained substitute counsel. *See* Mot. Withdraw, ECF No. 130; Min. Order, ECF No. 132. "It is a longstanding rule that '[c]orporations and other unincorporated associations must appear in court through an attorney.'" *D–Beam Ltd. Partnership v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973–74 (9th Cir. 2004) (quoting *Licht v. Am. W. Airlines* (*In re Am. W. Airlines*), 40 F.3d 1058, 1059 (9th Cir. 1994)). This District's Local Rules enforce that bar. *See* E.D. Cal. L.R. 183(a). When a corporation does not appear by counsel, its answer may be stricken. *See Emp. Painters' Tr. v. Ethan Enters., Inc.*, 480 F.3d 993 (9th Cir. 2007). The unopposed motion to strike Central Freight Lines' answer (ECF No. 140) is thus **granted**, and the clerk's office is instructed to **enter default against Central Freight Lines**. *See* Fed. R. Civ. P. 55(a).

      The status (pretrial scheduling) conference currently set for September 22, 2022 is **vacated**.  Plaintiff is directed to file a status report **within fourteen days**, proposing a schedule for adjudicating this putative class action.  *Cf. Cortes v. Nat'l Credit Adjusters, L.L.C.*, No. 16-00823, 2017 WL 3284797, at *2 (E.D. Cal. Aug. 2, 2017) ("[E]ntry of default does not alter the Court's analysis for class certification." (quoting *Whitaker v. Bennett L., PLLC*, No. 13-3145, 2014 WL 5454398, at *3 (S.D. Cal. Oct. 27, 2014)).

      IT IS SO ORDERED.

DATED: July 8, 2022.

CHIEF UNITED STATES DISTRICT JUDGE