UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY HENRY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTRAL FREIGHT LINES, INC.,<br><br>    Defendant. | No. 2:16-cv-00280-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT<br><br>(Doc. Nos. 164, 166) |

On September 9, 2022, the Clerk of the Court entered default as to defendant Central Freight Lines, Inc. (Doc. No. 152.) After their earlier filed motion for entry of default judgment was denied without prejudice (Doc. No. 162), on April 10, 2024, plaintiffs filed the pending renewed motion for default judgment. (Doc. No. 164.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

On March 14, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiffs' renewed motion for default judgment be granted in part and denied in part. (Doc. No. 166.) Specifically, the magistrate judge found that consideration of the relevant factors supported the conclusion that plaintiffs were entitled to default judgment on the claims asserted in their second amended complaint in light of defendant's failure to respond thereto. (*Id.* at 4–6.) The magistrate judge also concluded that plaintiffs' unrefuted evidence of their damages in the amount sought was sufficient. (*Id.* at 6–7.) However, the magistrate judge

found that plaintiffs had failed to satisfy their burden of demonstrating the reasonableness of the attorneys' fees requested and recommended that their request for costs and attorney's fees be denied without prejudice to renewal by way of timely motion filed in compliance with Local Rule 292 and 293.  (*Id.* at 7–9.)

The findings and recommendations were served on the parties the same day they were issued and provided that any objections thereto were to be filed within fourteen (14) days. (*Id.* at 9.)  To date, no objections have been filed and the time for doing so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case.  Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The Findings and Recommendations filed March 14, 2025 (Doc. No. 166), are ADOPTED in full;

2. Plaintiffs' renewed motion for default judgment (Doc. No. 164), is GRANTED in part and DENIED in part;

3. Plaintiff Corley is awarded $12,051.31 in damages and penalties;

4. Plaintiff Garcia is awarded $1,003,814.92 in damages and penalties;

5. Plaintiff Henry is awarded $24,347.60 in damages and penalties;

6. Plaintiff Moreno is awarded $31,169.47 in damages and penalties;

7. Plaintiff Waldman is awarded $222,809.83 in damages and penalties;

8. Plaintiffs' request for costs and attorney's fees is denied without prejudice to renewal upon a timely motion filed in compliance with Local Rule 292 and 293; and

9. The Clerk of the Court is directed to enter judgment and thereafter to close this case upon the issuance of the order addressing plaintiffs' motion for attorneys' fees and costs or, if no such motion is filed, thirty (30) days from the date of this order.  *See*

/////

/////

/////

Local Rule 293(a) (providing 28 days after entry of final judgment to file a motion for award of attorneys' fees).

IT IS SO ORDERED.

Dated: **March 31, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3